**Marathon Digital Holdings, Inc. (MARA)**                                                              **Schlatre, Tad**

## List of Purchases and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---:|---:|
| Purchase | 6/1/2021 | 80 | $24.7000 |
| Purchase | 6/11/2021 | 19 | $26.4200 |
| Purchase | 7/2/2021 | 50 | $30.5800 |
| Purchase | 8/6/2021 | 174 | $33.9100 |
| Purchase | 8/6/2021 | 221 | $33.6800 |
| Purchase | 8/6/2021 | 39 | $33.8300 |
| Purchase | 8/6/2021 | 70 | $33.5100 |
| Purchase | 8/11/2021 | 168 | $36.0000 |
| Purchase | 9/3/2021 | 500 | $44.5100 |
| Purchase | 10/26/2021 | 825 | $55.2200 |
| Purchase | 10/29/2021 | 20 | $50.7000 |
| Purchase | 10/29/2021 | 18 | $50.7000 |
| Purchase | 10/29/2021 | 2 | $50.7000 |
| Purchase | 11/15/2021 | 1,000 | $74.1000 |
| Purchase | 11/15/2021 | 2 | $73.9000 |
| Sale | 7/6/2021 | (50) | $30.6500 |
| Sale | 8/10/2021 | (174) | $34.5000 |
| Sale | 8/12/2021 | (43) | $33.3100 |
| Sale | 8/12/2021 | (57) | $33.3100 |
| Sale | 8/12/2021 | (112) | $33.3200 |
| Sale | 8/12/2021 | (217) | $33.3200 |
| Sale | 8/13/2021 | (68) | $34.5000 |
| Sale | 8/13/2021 | (100) | $34.5100 |
| Sale | 9/3/2021 | (500) | $44.0000 |
| Sale | 11/1/2021 | (18) | $55.0800 |
| Sale | 11/1/2021 | (50) | $55.0200 |
| Sale | 11/1/2021 | (52) | $55.1800 |
| Sale | 11/1/2021 | (55) | $55.0700 |
| Sale | 11/1/2021 | (300) | $55.0600 |
| Sale | 11/1/2021 | (390) | $55.1000 |