ANDREW R. MUEHLBAUER
Nevada Bar No. 10161
**MUEHLBAUER LAW OFFICE, LTD.**
7915 West Sahara Avenue, Suite 104
Las Vegas, Nevada 89117
Telephone: 702-330-4505
Fax: 702-825-0141
Email: andrew@mlolegal.com

Liaison Counsel for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| TAD SCHLATRE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MARATHON DIGITAL HOLDINGS, INC. f/k/a MARATHON PATENT GROUP, INC., MERRICK D. OKAMOTO, FREDERICK G. THIEL, and SIMEON SALZMAN,<br><br>Defendants. | Case No. 2:21-cv-2209-RFB-NJK<br><br>MOTION TO WITHDRAW THE ATTORNEY APPEARANCE OF J. ALEXANDER HOOD II |

  Pursuant to LR IA 11-6, J. Alexander Hood II hereby moves this Court for entry of an Order granting his request to withdraw as counsel for Plaintiff Tad Schlatre in the above-captioned action and to have his name, address, and email address removed from the service list (including ECF service list).

  Plaintiff Tad Schlatre will continue to be represented by other attorneys of Pomerantz LLP, including Jeremy A. Lieberman. Mr. Hood's withdrawal will not delay resolution of this matter.

{00474603;2 }

1

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: December 28, 2021 | POMERANTZ LLP |
| 3 | | |
| 4 | | */s/ J. Alexander Hood II*_____<br>J. Alexander Hood II |
| 5 | | 600 Third Avenue, Floor 20<br>New York, New York 10016 |
| 6 | | Phone: 212-661-1100<br>Fax: 917-463-1044 |
| 7 | | Email: ahood@pomlaw.com |

{00474603;2 }