ANDREW R. MUEHLBAUER
Nevada Bar No. 10161
**MUEHLBAUER LAW OFFICE, LTD.**
7915 West Sahara Avenue, Suite 104
Las Vegas, Nevada 89117
Telephone: 702-330-4505
Fax: 702-825-0141
Email: andrew@mlolegal.com

Liaison Counsel for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| TAD SCHLATRE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MARATHON DIGITAL HOLDINGS, INC. f/k/a MARATHON PATENT GROUP, INC., MERRICK D. OKAMOTO, FREDERICK G. THIEL, and SIMEON SALZMAN,<br><br>Defendants. | Case No. 2:21-cv-2209-RFB-NJK<br><br>DECLARATION OF J. ALEXANDER HOOD II IN SUPPORT OF THE MOTION TO WITHDRAW THE ATTORNEY APPEARANCE OF J. ALEXANDER HOOD II |

I, J. Alexander Hood II, hereby declare as follows:

    1.    I am an Of Counsel of the law firm of Pomerantz LLP ("Pomerantz").

    2.    I submit this Declaration in connection with my Motion to Withdraw the Attorney Appearance of J. Alexander Hood II on behalf of Plaintiff Tad Schlatre to this matter.

    3.    Liaison Counsel Muehlbauer Law Office, Ltd. together with Jeremy A. Lieberman of Pomerantz LLP, will continue to represent Plaintiff Tad Schlatre in this matter, and my withdrawal will not delay resolution of this matter.

{00474604;2 }

4. The information contained in my Motion to Withdraw the Attorney Appearance of J. Alexander Hood II that I caused to be filed with this Court on this date is true and accurate.

I declare under penalty of perjury of the laws of the State of New York that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: December 28, 2021                    POMERANTZ LLP


                                            */s/ J. Alexander Hood II*
                                            J. Alexander Hood II
                                            600 Third Avenue, Floor 20
                                            New York, New York 10016
                                            Phone: 212-661-1100
                                            Fax: 917-463-1044
                                            Email: ahood@pomlaw.com

{00474604;2 }