1

ANDREW R. MUEHLBAUER
Nevada Bar No. 10161
**MUEHLBAUER LAW OFFICE, LTD.**
7915 West Sahara Avenue, Suite 104
Las Vegas, Nevada 89117
Telephone: 702-330-4505
Fax: 702-825-0141
Email: andrew@mlolegal.com

Liaison Counsel for Plaintiff

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

10

11

12

13

14

15

16

17

| | |
|---|---|
| TAD SCHLATRE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MARATHON DIGITAL HOLDINGS, INC. f/k/a MARATHON PATENT GROUP, INC., MERRICK D. OKAMOTO, FREDERICK G. THIEL, and SIMEON SALZMAN,<br><br>Defendants. | Case No. 2:21-cv-2209-RFB-NJK<br><br>CERTIFICATE OF SERVICE |

18

19

20

21

22

23

24

I, Andrew R. Muehlbauer, hereby certify that I caused to be served a true and correct copy of the Motion to Withdraw the Attorney Appearance of J. Alexander Hood II; Declaration of J. Alexander Hood II in Support of the Motion to Withdraw the Attorney Appearance of J. Alexander Hood II; and [Proposed] Order by ECF. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

25

26

27

I, Andrew R. Muehlbauer, hereby certify that I caused to be served a true and correct copy of the Motion to Withdraw the Attorney Appearance of J. Alexander Hood II; Declaration of J.

28

{00474606;2 }

Alexander Hood II in Support of the Motion to Withdraw the Attorney Appearance of J. Alexander

Hood II; and [Proposed] Order by U.S. first class mail upon the following:

MARATHON DIGITAL HOLDINGS, INC.
f/k/a MARATHON PATENT GROUP, INC.,
MERRICK D. OKAMOTO, FREDERICK G.
THIEL, and SIMEON SALZMAN
National Registered Agents, Inc.
Attn: Matthew Taylor
701 S Carson St STE 200
Carson City, NV, 89701

Jolie Kahn, Esq.
12 East 49th Street, 11th Floor
New York, NY 10017

Dated: December 29, 2021

_____
Andrew R. Muehlbauer

{00474606;2 }