# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Tad Schlatre, Individually and on Behalf of All Others Similarly Situated,

           Plaintiff(s),

vs.

Marathon Digital Holdings Inc. f/k/a Marathon Patent Group, Inc., et al.

           Defendant(s).

Case # 2:21-CV-02209-RFB-NJK

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

---

    Jeremy A. Lieberman, Petitioner, respectfully represents to the Court:
    (name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

Pomerantz LLP
(firm name)

with offices at  600 Third Avenue, Floor 20
                           (street address)

New York, New York, 10016,
(city)     (state)    (zip code)

212-661-1100, jalieberman@pomlaw.com
(area code + telephone number)  (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

Tad Schlatre to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since September 17, 2003 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of New York (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| See Exhibit A. | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has no disciplinary proceedings, etc.)
None.

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

> (State "none" if Petitioner has never been denied admission.)
> None.

7. That Petitioner is a member of good standing in the following Bar Associations.

> (State "none" if Petitioner is not a member of other Bar Associations.)
> None.

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| See Exhibit B. | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF New York )
COUNTY OF New York )

Jeremy A. Lieberman, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this 20th day of December, 2021.

_____
Notary Public or Clerk of Court

ELAINE F. GOODMAN
Notary Public - State of New York
Commission No. 01GO6277645
Qualified in New York County
My Commission Expires Mar. 11, 2025

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate Andrew R. Muehlbauer, (name of local counsel) Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

Muehlbauer Law Office, Ltd., 7915 West Sahara Ave., Suite 104
(street address)

Las Vegas, Nevada, 89117
(city)  (state)  (zip code)

702-330-4505, Andrew@mlolegal.com
(area code + telephone number)  (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) __Andrew R. Muehlbauer__ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Tad Schlatre
_____
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

10161                           Andrew@mlolegal.com
Bar number                      Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) __Andrew R. Muehlbauer__ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

__Tad Schlatre__
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____/s/_____
Designated Resident Nevada Counsel's signature

10161                     Andrew@mlolegal.com
Bar number                Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| TAD SCHLATRE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MARATHON DIGITAL HOLDINGS, INC. f/k/a MARATHON PATENT GROUP, INC., MERRICK D. OKAMOTO, FREDERICK G. THIEL, and SIMEON SALZMAN,<br><br>Defendants. | Case No.: 2:21-cv-02209-RFB-NJK<br><br>**CERTIFICATION OF JEREMY A. LIEBERMAN** |

{00473039;1}

1

1. I am an attorney with the law firm of Pomerantz LLP, 600 Third Avenue, 20th Floor, New York, New York 10016.

2. I make this certification pursuant to LR IA 11-2(b)(3).

3. I have been a member in good standing of the bars set forth on Exhibit A annexed hereto.

4. Attached as Exhibit C is my Certificate of Good Standing to the Supreme Court for the State of New York, Appellate Division, Second Judicial Department. This is the only state court where I am admitted. All of my other admissions are to federal courts.

5. I am in good standing in every court where I have been admitted to practice.

6. There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction where I am admitted to practice.

_____
Jeremy A. Lieberman

Subscribed and sworn to before me this __20th__ day of __December__, 20__21__.

_____
Notary Public or Clerk of Court

ELAINE F. GOODMAN
Notary Public - State of New York
Commission No. 01GO6277645
Qualified in New York County
My Commission Expires Mar. 11, 20_5_

{00473039;1}

2

# Exhibit A

### Jeremy A. Lieberman Attorney Admissions Chart

| Attorney Name | Court Name | Attorney Bar Number | Date of Admission |
|---|---|---|---|
| Jeremy Alan Lieberman | Supreme Court, State of New York, Second Department | 4161352 | Wednesday, September 17, 2003 |
| Jeremy Alan Lieberman | United States District Court, Southern District of New York | JL 6130 | Tuesday, January 10, 2006 |
| Jeremy Alan Lieberman | United States District Court, Eastern District of New York | JL1173 | Tuesday, January 10, 2006 |
| Jeremy Alan Lieberman | United States Court of Appeals for the Second Circuit | 09-201182 | Monday, November 09, 2009 (admitted); Wednesday, October 29, 2014 (renewed); Wednesday, September 11, 2019 (renewed) |
| Jeremy Alan Lieberman | United States Court of Appeals for the Ninth Circuit | No such number assigned. | Thursday, March 3, 2011 |
| Jeremy Alan Lieberman | United States District Court, Northern District of Illinois | 4161352 | Friday, August 31, 2012 |
| Jeremy Alan Lieberman | United States District Court, Southern District of Texas | No such number assigned. | Tuesday, November 26, 2013 |
| Jeremy Alan Lieberman | United States Court of Appeals for the Third Circuit | No such number assigned. | Friday, January 31, 2014 |
| Jeremy Alan Lieberman | United States Court of Appeals for the Tenth Circuit | No such number assigned. | Wednesday, March 5, 2014 |
| Jeremy Alan Lieberman | United States District Court, District of Colorado | No such number assigned. | Friday, June 13, 2014 (admitted); Tuesday, September 29, 2020 (renewed) |
| Jeremy Alan Lieberman | United States District Court, Eastern District of Michigan | No such number assigned. | Thursday, June 19, 2014 |

## Jeremy A. Lieberman Attorney Admissions Chart

| Attorney Name | Court Name | Attorney Bar Number | Date of Admission |
|---|---|---|---|
| Jeremy Alan Lieberman | United States Court of Appeals for the Sixth Circuit | No such number assigned. | Friday, January 30, 2015 |
| Jeremy Alan Lieberman | United States Court of Appeals for the Fourth Circuit | No such number assigned. | Thursday, June 11, 2015 |
| Jeremy Alan Lieberman | United States Court of Appeals for the Eleventh Circuit | No such number assigned. | Wednesday, April 6, 2016 |
| Jeremy Alan Lieberman | Supreme Court of the United States | 303778 | Monday, November 27, 2017 |
| Jeremy Alan Lieberman | United States District Court, Northern District of New York | 700864 | Tuesday, March 26, 2019 |
| Jeremy Alan Lieberman | United States Court of Appeals for the First Circuit | 1173466 | Thursday, June 13, 2019 |
| Jeremy Alan Lieberman | United States District Court, Western District of New York | No such number assigned. | Thursday, September 26, 2019 |
| Jeremy Alan Lieberman | United States Court of Appeals for the Fifth Circuit | No such number assigned. | Tuesday, October 6, 2020 |
| Jeremy Alan Lieberman | United States District Court, Eastern District of Wisconsin | No such number assigned. | Tuesday, November 30, 2021 |

# Exhibit B

## Jeremy A. Lieberman Pro Hac Vice Admissions

| Date of Application | Cause | Title of Court, Administrative Body, or Arbitrator | Was Application Granted or Denied? |
|---|---|---|---|
| April 13, 2020 | Chase v. Paysign, Inc., et al., Case No. 20-CV-00585 (D. Nev.) | United States District Court, District of Nevada | Granted |
| November 5, 2020 | 'The Daniels Family 2001 Revocable Trust v. Las Vegas Sands Corp., et al., Case No. 20-CV-01958 (D. Nev.) | United States District Court, District of Nevada | Granted |
| January 27, 2021 | Shi v. Paysign, Inc., et al., Case No. 20-CV-00553 (D. Nev.) | United States District Court, District of Nevada | Granted |
| September 15, 2021 | Luo v. Spectrum Pharmaceuticals, Inc., et al., Case No. 21-CV-01612 (D. Nev.) | United States District Court, District of Nevada | Granted |

# Exhibit C



## Appellate Division of the Supreme Court of the State of New York Second Judicial Department

I, Maria T. Fasulo, Acting Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that

## Jeremy Alan Lieberman

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **September 17, 2003**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on December 20, 2021.

*Maria T. Fasulo*

Acting Clerk of the Court

CertID-00045476



**Appellate Division**
**Supreme Court of the State of New York**
**Second Judicial Department**
**45 Monroe Place**
**Brooklyn, N.Y. 11201**
(718) 875-1300

**HECTOR D. LASALLE**
PRESIDING JUSTICE

**MARIA T. FASULO**
ACTING CLERK OF THE COURT

**DARRELL M. JOSEPH**
DEPUTY CLERKS

**KENNETH BAND**
**MELISSA KRAKOWSKI**
**WENDY STYNES**
ASSOCIATE DEPUTY CLERKS

To Whom It May Concern

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Second Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

*Maria T. Fasulo*

Maria T. Fasulo
Acting Clerk of the Court

Revised August 2021