UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| TAD SCHLATRE, Individually and on Behalf of All Others Similarly Situated, | Case No. 2:21-cv-2209-RFB-NJK |
| Plaintiff, | [PROPOSED] ORDER |
| v. | [Docket No. 6] |
| MARATHON DIGITAL HOLDINGS, INC. f/k/a MARATHON PATENT GROUP, INC., MERRICK D. OKAMOTO, FREDERICK G. THIEL, and SIMEON SALZMAN, | |
| Defendants. | |

1.      The Motion to Withdraw the Attorney Appearance of J. Alexander Hood II is GRANTED.

2.      The Clerk of Court is respectfully directed to remove J. Alexander Hood II from the docket.

3.      The Clerk of Court is respectfully directed to remove J. Alexander Hood II from the ECF notice list.

IT IS SO ORDERED.
Dated:  January 3, 2022
.
.
_____
United States Magistrate Judge

{00474605;1 }

1