| | |
|---|---|
| **KEMP JONES, LLP** | **LABATON SUCHAROW LLP** |
| Don Springmeyer (SBN 1021) | Francis P. McConville (*pro hac vice* forthcoming) |
| Wells Fargo Tower, 17th Floor | David J. Schwartz (*pro hac vice* forthcoming) |
| 3800 Howard Hughes Parkway | 140 Broadway |
| Las Vegas, Nevada 89169 | New York, New York 10005 |
| Telephone: (702) 385-6000 | Telephone: (212) 907-0700 |
| Facsimile: (702) 385-6001 | Facsimile: (212) 818-0477 |
| d.springmeyer@kempjones.com | fmcconville@labaton.com |
| | dschwartz@labaton.com |
| *Proposed Liaison Counsel for the Class* | |
| | *Counsel for Proposed Lead Plaintiff and Proposed Lead Counsel for the Class* |

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| TED SCHLATRE, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  v.<br><br>MARATHON DIGITAL HOLDINGS, INC. f/k/a MARATHON PATENT GROUP, INC., MERRICK D. OKAMOTO, FREDERICK G. THIEL, and SIMEON SALZMAN,<br><br>    Defendants. | Case No. 2:21-CV-02209-RFB-NJK<br><br>**CLASS ACTION**<br><br>**DECLARATION OF DON SPRINGMEYER IN SUPPORT OF MOTION OF EVAN DANA FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL** |

I, Don Springmeyer, declare as follows:

I am a member in good standing of the bar of the State of Nevada and am admitted to practice before this Court. I am an attorney at Kemp Jones, LLP ("Kemp Jones"), proposed Liaison Counsel for the Class. I submit this declaration in support of the motion filed by movant Evan Dana for the entry of an Order: (1) appointing Evan Dana as Lead Plaintiff and (2) approving his selection of Labaton Sucharow LLP as Lead Counsel for the Class and Kemp Jones as Liaison Counsel for the Class.

Attached as Exhibits A through E are true and correct copies of the following documents:

EXHIBIT A: Signed Certifications of Evan Dana, pursuant to the requirements of the PSLRA, 15 U.S.C. § 78u-4(a)(2);

EXHIBIT B: Loss Analysis for Evan Dana

EXHIBIT C: Notice of pendency of Action

EXHIBIT D: Declaration of Evan Dana; and

EXHIBIT E: Firm Resume of Labaton Sucharow LLP.

I hereby declare under penalty of perjury that the foregoing is true and correct.

DATED: February 15, 2022

　　　　　　　　　　　　　　　　　　　　　　　　／s/ Don Springmeyer
　　　　　　　　　　　　　　　　　　　　　　　　Don Springmeyer

DECLARATION OF DON SPRINGMEYER
Case No. 2:21-cv-02209-RFB-NJK