**Exhibit B**

**LOSS ANALYSIS**
**Class Period: 10/13/20 to 11/15/21**

## MARATHON DIGITAL HOLDINGS, INC.

| Ticker | CUSIP | SEDOL | ISIN | Lookback Price |
|---|---|---|---|---|
| MARA | 565788106 | BLR7B52 | US5657881067 | $35.2781 [1] |

**Evan Dana**

**LIFO**

| Transaction Type | Trade Date | Quantity | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|
| Open | 10/13/20 | 0 | | |
| Purchase | 10/07/21 | 55 | $37.2500 | ($2,048.75) |
| Purchase | 10/07/21 | 1,000 | $37.5800 | ($37,580.00) |
| Purchase | 10/07/21 | 1,000 | $36.7200 | ($36,720.00) |
| Purchase | 10/07/21 | 4,000 | $37.4100 | ($149,640.00) |
| Purchase | 10/08/21 | 571 | $39.1400 | ($22,348.94) |
| Purchase | 10/08/21 | 1,000 | $38.7600 | ($38,760.00) |
| Purchase | 10/08/21 | 1,000 | $38.8100 | ($38,810.00) |
| Purchase | 10/08/21 | 3,000 | $38.8400 | ($116,520.00) |
| Purchase | 10/08/21 | 3,000 | $38.9500 | ($116,850.00) |
| Purchase | 10/08/21 | 4,374 | $39.0900 | ($170,979.66) |
| Purchase | 10/13/21 | 1 | $39.6000 | ($39.60) |
| Purchase | 10/13/21 | 1,000 | $39.1900 | ($39,190.00) |
| Purchase | 10/13/21 | 1,000 | $39.3900 | ($39,390.00) |
| Purchase | 10/13/21 | 4,000 | $39.2700 | ($157,080.00) |
| Purchase | 10/13/21 | 1,000 | $40.6800 | ($40,680.00) |
| Purchase | 10/13/21 | 1,000 | $42.6700 | ($42,670.00) |
| Purchase | 10/13/21 | 222 | $40.6600 | ($9,026.52) |
| Purchase | 10/14/21 | 1,000 | $40.5000 | ($40,500.00) |
| Purchase | 10/14/21 | 1,000 | $40.7500 | ($40,750.00) |
| Purchase | 10/19/21 | 1,000 | $45.1000 | ($45,100.00) |
| Purchase | 10/19/21 | 1,000 | $48.6000 | ($48,600.00) |
| Purchase | 10/19/21 | 1,000 | $48.4800 | ($48,480.00) |
| Purchase | 10/19/21 | 1,000 | $47.3300 | ($47,330.00) |
| Purchase | 10/19/21 | 3,000 | $47.4500 | ($142,350.00) |
| Purchase | 10/19/21 | 10,000 | $45.7000 | ($457,000.00) |
| **Class Period purchases:** | | **46,223** | | **($1,928,443.47)** |
| Sale | 10/07/21 | -2,470 | $37.2000 | $91,884.00 |
| Sale | 10/07/21 | -2,530 | $37.5000 | $94,875.00 |
| Sale | 10/08/21 | -4,000 | $38.9000 | $155,600.00 |
| Sale | 10/08/21 | -5,000 | $39.0600 | $195,300.00 |
| Sale | 10/13/21 | -1,000 | $39.4000 | $39,400.00 |
| Sale | 10/13/21 | -4,000 | $39.2900 | $157,160.00 |
| Sale | 10/13/21 | -5,000 | $39.2600 | $196,300.00 |
| Sale | 10/13/21 | -200 | $40.6200 | $8,124.00 |
| Sale | 10/14/21 | -1,000 | $40.8900 | $40,890.00 |

[1] *Value of shares held is the mean trading price from 11/15/2021 to 2/11/2022.*

| Transaction Type | Trade Date | Quantity | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|
| Sale | 10/14/21 | -1,000 | $40.8800 | $40,880.00 |
| Sale | 10/14/21 | -3,023 | $40.9300 | $123,731.39 |
| **Class Period sales that match to Class Period purchases:** | | **-29,223** | | **$1,144,144.39** |
| | Shares Held: | 17,000 | $35.2781 | $599,727.10 |
| | | | **LIFO Gain/(Loss):** | **($184,571.98)** |
| | | | Total Shares Bought: | 46,223 |
| | | | Total Net Shares: | 17,000 |
| | | | Total Net Expenditures: | ($784,299.08) |