**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| TED SCHLATRE, Individually and on Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>        v.<br><br>MARATHON DIGITAL HOLDINGS, INC. f/k/a MARATHON PATENT GROUP, INC., MERRICK D. OKAMOTO, FREDERICK G. THIEL, and SIMEON SALZMAN,<br><br>                              Defendants. | Case No. 2:21-CV-02209-RFB-NJK<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER GRANTING MOTION OF EVAN DANA FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL** |

1  Having considered the Motion of Evan Dana ("Dana") for Appointment as Lead Plaintiff
2  and Approval of Selection of Counsel (the "Motion"):

3  **IT IS HEREBY ORDERED THAT:**

4  1. The Motion is granted.

5  2. This Order (the "Order") shall apply to the Action and to each case that relates to
6  the same subject matter that is subsequently filed in this Court or is transferred to this Court, and
7  is consolidated with the Action.

8  **I.  MASTER DOCKET AND MASTER FILE**

9  3. A Master Docket and Master File shall be established for the Action. The Master
10 File shall be captioned *In re Marathon Digital Holdings, Inc. Securities Litigation*, No. 21-cv-
11 02209 (D. Nev.). All orders, pleadings, motions and other documents shall, when filed and
12 docketed in the Master File, be deemed filed and docketed in each individual case to the extent
13 applicable. When an order, pleading, motion or document is filed with a caption indicating that it
14 is applicable to fewer than all of these consolidated actions, the Clerk shall file such pleadings in
15 the Master File and note such filing in the Master Docket and in the docket of each action
16 referenced.

17 4. When a case that arises out of the same subject matter of the Action is hereinafter
18 filed in this Court or transferred from another court, the Clerk of this Court shall:

19     a. File a copy of this Order in the separate file for such action;
20     b. Mail a copy of this Order to the attorney for the plaintiff(s) in the newly-filed
21        or transferred case and to any new defendant(s) in the newly-filed or transferred
22        case; and
23     c. Make the appropriate entry in the Master Docket for the Action.

24 5. Each new case that arises out of the subject matter of the Action which is filed in
25 this Court or transferred to this Court, shall be consolidated with the Action and this Order shall
26 apply thereto, unless a party objects to consolidation, as provided for herein, or any provision of
27 this Order, within ten (10) days after the date upon which a copy of this Order is served on counsel
28 for such party, by filing an application for relief and this Court deems it appropriate to grant such

application. Nothing in the foregoing shall be construed as a waiver of the Defendants' right to object to consolidation of any subsequently-filed or transferred related action.

## II. APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL

6. Dana is appointed to serve as Lead Plaintiff in the Action pursuant to 15 U.S.C. § 78u-4(a)(3)(B).

7. Dana's selection of Labaton Sucharow LLP as Lead Counsel for the Class is approved pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v). Lead Counsel shall have the authority to speak for all Plaintiffs and Class members in all matters regarding the litigation, including, but not limited to, pre-trial proceedings, motion practice, trial, and settlement. Lead Counsel shall make all work assignments in such a manner as to facilitate the orderly and efficient prosecution of this litigation, and to avoid duplicative or unproductive effort. Additionally, Lead Counsel shall have the following responsibilities:

   a. to brief and argue motions;
   b. to initiate and conduct discovery, including, but not limited to, coordination of discovery with Defendants' counsel, and the preparation of written interrogatories, requests for admissions, and requests for production of documents;
   c. to direct and coordinate the examination of witnesses in depositions;
   d. to act as spokesperson at pretrial conferences;
   e. to initiate and conduct any settlement negotiations with Defendants' counsel;
   f. to consult with and employ experts;
   g. to receive and review periodic time reports of all attorneys on behalf of Plaintiffs, to determine if the time is being spent appropriately and for the benefit of Plaintiffs, and to determine and distribute Plaintiffs' attorneys' fees; and
   h. to perform such other duties as may be expressly authorized by further order of this Court.

8. Dana's selection of Kemp Jones, LLP as Liaison Counsel to the Class is approved.

**IT IS SO ORDERED.**

DATED: _____

                                          HONORABLE RICHARD F. BOULWARE, II
                                          UNITED STATES DISTRICT JUDGE
                                          DISTRICT OF NEVADA