**THE O'MARA LAW FIRM, P.C.**
David C. O'Mara
311 East Liberty St.
Reno, Nevada 89501
Tel: 775-323-1321
Fax: 775-323-4082
Email: david@omaralaw.net

**LEVI & KORSINSKY, LLP**
Adam M. Apton
55 Broadway, 10th Floor
New York, NY 10006
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

*Attorneys for Movant Cory Jay Wiedel*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| TAD SCHLATRE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MARATHON DIGITAL HOLDINGS, INC. f/k/a MARATHON PATENT GROUP, INC., MERRICK D. OKAMOTO, FREDERICK G. THIEL, and SIMEON SALZMAN,<br><br>Defendants. | Case No. 2:21-cv-02209-RFB-NJK<br><br>**DECLARATION OF DAVID C. O'MARA IN SUPPORT OF MOTION OF CORY JAY WIEDEL FOR: (1) APPOINTMENT AS LEAD PLAINTIFF; AND (2) APPROVAL OF SELECTION OF COUNSEL** |

I, DAVID C. O'MARA, hereby declare as follows:

1. I am a partner of the law firm of The O'Mara Law Firm, P.C., liaison counsel for Cory Jay Wiedel ("Movant"). I respectfully submit this declaration in support of Movant's Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel in the above-captioned action (the "Action"). This declaration is based on my own personal knowledge and/or the firm's records of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached hereto as **Exhibit A** is a true and correct copy of the sworn certification of Movant.

3. Attached hereto as **Exhibit B** is a true and correct copy of the loss chart detailing Movant's losses as a result of investments in Marathon Digital Holdings, Inc. f/k/a Marathon Patent

1 | Group, Inc.

2 |     4. Attached hereto as **Exhibit C** is a true and correct copy of the press release originally published on December 17, 2021 on *Globe Newswire* announcing the pendency of the above-captioned securities lawsuit.

5 |     5. Attached hereto as **Exhibit D** is a true and correct copy of the Declaration signed by Movant in support of his lead plaintiff motion.

7 |     6. Attached hereto as **Exhibit E** is a true and correct copy of the firm résumé of Levi & Korsinsky, LLP.

9 |     7. Attached hereto as **Exhibit F** is a true and correct copy of the firm résumé of The O'Mara Law Firm, P.C.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 15th day of February, 2022.

                        */s/ David C. O'Mara*
                        David C. O'Mara