# EXHIBIT B

| Client Name | Cory J. Wiedel |
|---|---|
| Company Name | Marathon Digital Holdings, Inc. f/k/a Marathon Patent Group, Inc. |
| Ticker Symbol | MARA |
| Security Type | |
| Class Period Start | 10-13-2020 |
| Class Period End | 11-15-2021 |
| 90-DAY Lookback Period Start | 11-16-2021 |
| 90-DAY Lookback Period End | 02-13-2022 |
| 90-DAY Lookback Average | $ 34.95 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $494,650.28 |
| DURA LIFO* Total | $353,469.40 |
| Gross Shares Purchased | 68,000 |
| Net Shares Retained | 14,750 |
| Net Funds Expended | $1,010,134.97 |

### Cory J. Wiedel

| | Purchases | | | | Sales | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 11-15-2021 | 1000 | 70.3441 | $ 70,344.10 | | | | | | - | 1000 | 1000 | $ 34.95 | $ 34,948.11 | $ 35,395.99 | $ 35,395.99 |
| 11-15-2021 | 1000 | 68.7475 | $ 68,747.50 | | | | | | - | 1000 | 1000 | $ 34.95 | $ 34,948.11 | $ 33,799.39 | $ 33,799.39 |
| 11-15-2021 | 2000 | 66.24 | $ 132,480.00 | | | | | | - | 2000 | 2000 | $ 34.95 | $ 69,896.23 | $ 62,583.77 | $ 62,583.77 |
| 11-15-2021 | 1000 | 65.75 | $ 65,750.00 | | | | | | - | 1000 | 1000 | $ 34.95 | $ 34,948.11 | $ 30,801.89 | $ 30,801.89 |
| 11-15-2021 | 1000 | 66.0996 | $ 66,099.60 | | | | | | - | 1000 | 1000 | $ 34.95 | $ 34,948.11 | $ 31,151.49 | $ 31,151.49 |
| 11-15-2021 | 1000 | 65.95 | $ 65,950.00 | | | | | | - | 1000 | 1000 | $ 34.95 | $ 34,948.11 | $ 31,001.89 | $ 31,001.89 |
| 11-15-2021 | 2000 | 65.6025 | $ 131,205.00 | | | | | | - | 2000 | 2000 | $ 34.95 | $ 69,896.23 | $ 61,308.77 | $ 61,308.77 |
| 11-15-2021 | 404 | 65.8674 | $ 26,610.43 | | | | | | - | 404 | 404 | $ 34.95 | $ 14,119.04 | $ 12,491.39 | $ 12,491.39 |
| 11-15-2021 | 596 | 65.8674 | $ 39,256.97 | | | | | | - | 596 | 596 | $ 34.95 | $ 20,829.08 | $ 18,427.89 | $ 18,427.89 |
| 11-15-2021 | 2000 | 65.119 | $ 130,238.00 | | | | | | - | 2000 | 2000 | $ 34.95 | $ 69,896.23 | $ 60,341.77 | $ 60,341.77 |
| 11-15-2021 | 50 | 64.21 | $ 3,210.50 | 11-15-2021 | 50 | | $ 54.30 | $ 2,715.00 | - | - | - | $ 34.95 | | $ 495.50 | |
| 11-15-2021 | 100 | 64.21 | $ 6,421.00 | 11-15-2021 | 100 | | $ 56.50 | $ 5,650.00 | - | - | - | $ 34.95 | | $ 771.00 | |
| 11-15-2021 | 100 | 64.21 | $ 6,421.00 | 11-15-2021 | 100 | | $ 55.75 | $ 5,575.00 | - | - | - | $ 34.95 | | $ 846.00 | |
| 11-15-2021 | 154 | 64.21 | $ 9,888.34 | 11-15-2021 | 154 | | $ 54.25 | $ 8,354.50 | - | - | - | $ 34.95 | | $ 1,533.84 | |
| 11-15-2021 | 246 | 64.21 | $ 15,795.66 | 11-15-2021 | 246 | | $ 54.25 | $ 13,345.50 | - | - | - | $ 34.95 | | $ 2,450.16 | |
| 11-15-2021 | 500 | 64.21 | $ 32,105.00 | 11-15-2021 | 500 | | $ 54.37 | $ 27,185.00 | - | - | - | $ 34.95 | | $ 4,920.00 | |
| 11-15-2021 | 5 | 64.21 | $ 321.05 | 11-15-2021 | 5 | | $ 54.30 | $ 271.50 | - | - | - | $ 34.95 | | $ 49.55 | |
| 11-15-2021 | 100 | 64.21 | $ 6,421.00 | 11-15-2021 | 100 | | $ 54.30 | $ 5,430.00 | - | - | - | $ 34.95 | | $ 991.00 | |
| 11-15-2021 | 100 | 64.21 | $ 6,421.00 | 11-15-2021 | 100 | | $ 54.30 | $ 5,430.00 | - | - | - | $ 34.95 | | $ 991.00 | |
| 11-15-2021 | 195 | 64.21 | $ 12,520.95 | 11-15-2021 | 195 | | $ 54.30 | $ 10,588.50 | - | - | - | $ 34.95 | | $ 1,932.45 | |
| 11-15-2021 | 25 | 64.21 | $ 1,605.25 | 11-15-2021 | 25 | | $ 54.85 | $ 1,371.25 | - | - | - | $ 34.95 | | $ 234.00 | |
| 11-15-2021 | 25 | 64.21 | $ 1,605.25 | 11-15-2021 | 25 | | $ 56.15 | $ 1,403.75 | - | - | - | $ 34.95 | | $ 201.50 | |
| 11-15-2021 | 25 | 64.21 | $ 1,605.25 | 11-15-2021 | 25 | | $ 56.20 | $ 1,405.00 | - | - | - | $ 34.95 | | $ 200.25 | |
| 11-15-2021 | 50 | 64.21 | $ 3,210.50 | 11-15-2021 | 50 | | $ 56.05 | $ 2,802.50 | - | - | - | $ 34.95 | | $ 408.00 | |
| 11-15-2021 | 50 | 64.21 | $ 3,210.50 | 11-15-2021 | 50 | | $ 56.05 | $ 2,802.50 | - | - | - | $ 34.95 | | $ 408.00 | |
| 11-15-2021 | 58 | 64.21 | $ 3,724.18 | 11-15-2021 | 58 | | $ 56.50 | $ 3,277.00 | - | - | - | $ 34.95 | | $ 447.18 | |
| 11-15-2021 | 42 | 64.21 | $ 2,696.82 | 11-15-2021 | 42 | | $ 56.50 | $ 2,373.00 | - | - | - | $ 34.95 | | $ 323.82 | |
| 11-15-2021 | 75 | 64.21 | $ 4,815.75 | 11-15-2021 | 75 | | $ 56.15 | $ 4,211.25 | - | - | - | $ 34.95 | | $ 604.50 | |
| 11-15-2021 | 100 | 64.21 | $ 6,421.00 | 11-15-2021 | 100 | | $ 54.75 | $ 5,475.00 | - | - | - | $ 34.95 | | $ 946.00 | |
| 11-15-2021 | 8 | 64.21 | $ 513.68 | 11-15-2021 | 8 | | $ 54.95 | $ 439.60 | - | - | - | $ 34.95 | | $ 74.08 | |
| 11-15-2021 | 10 | 64.21 | $ 642.10 | 11-15-2021 | 10 | | $ 54.95 | $ 549.50 | - | - | - | $ 34.95 | | $ 92.60 | |
| 11-15-2021 | 7 | 64.21 | $ 449.47 | 11-15-2021 | 7 | | $ 54.95 | $ 384.65 | - | - | - | $ 34.95 | | $ 64.82 | |
| 11-15-2021 | 25 | 64.21 | $ 1,605.25 | 11-15-2021 | 25 | | $ 55.25 | $ 1,381.25 | - | - | - | $ 34.95 | | $ 224.00 | |
| 11-15-2021 | 100 | 64.21 | $ 6,421.00 | 11-15-2021 | 100 | | $ 56.50 | $ 5,650.00 | - | - | - | $ 34.95 | | $ 771.00 | |
| 11-15-2021 | 25 | 64.21 | $ 1,605.25 | 11-15-2021 | 25 | | $ 55.05 | $ 1,376.25 | - | - | - | $ 34.95 | | $ 229.00 | |
| 11-15-2021 | 8 | 64.21 | $ 513.68 | 11-15-2021 | 8 | | $ 55.15 | $ 441.20 | - | - | - | $ 34.95 | | $ 72.48 | |
| 11-15-2021 | 10 | 64.21 | $ 642.10 | 11-15-2021 | 10 | | $ 55.15 | $ 551.50 | - | - | - | $ 34.95 | | $ 90.60 | |
| 11-15-2021 | 7 | 64.21 | $ 449.47 | 11-15-2021 | 7 | | $ 55.15 | $ 386.05 | - | - | - | $ 34.95 | | $ 63.42 | |
| 11-15-2021 | 25 | 64.21 | $ 1,605.25 | 11-15-2021 | 25 | | $ 56.45 | $ 1,411.25 | - | - | - | $ 34.95 | | $ 194.00 | |
| 11-15-2021 | 2 | 64.21 | $ 128.42 | 11-15-2021 | 2 | | $ 56.12 | $ 112.24 | - | - | - | $ 34.95 | | $ 16.18 | |
| 11-15-2021 | 23 | 64.21 | $ 1,476.83 | 11-15-2021 | 23 | | $ 56.10 | $ 1,290.30 | - | - | - | $ 34.95 | | $ 186.53 | |
| 11-15-2021 | 2750 | 64.21 | $ 176,577.50 | | | | | | - | 2750 | 2750 | $ 34.95 | $ 96,107.32 | $ 80,470.18 | $ 80,470.18 |
| 11-15-2021 | 100 | 65.1599 | $ 6,515.99 | 11-15-2021 | 100 | | $ 56.00 | $ 5,600.00 | - | - | - | $ 34.95 | | $ 915.99 | |
| 11-15-2021 | 187 | 65.1599 | $ 12,184.90 | 11-15-2021 | 187 | | $ 55.50 | $ 10,378.50 | - | - | - | $ 34.95 | | $ 1,806.40 | |
| 11-15-2021 | 100 | 65.1599 | $ 6,515.99 | 11-15-2021 | 100 | | $ 55.50 | $ 5,550.00 | - | - | - | $ 34.95 | | $ 965.99 | |
| 11-15-2021 | 213 | 65.1599 | $ 13,879.06 | 11-15-2021 | 213 | | $ 55.50 | $ 11,821.50 | - | - | - | $ 34.95 | | $ 2,057.56 | |
| 11-15-2021 | 50 | 65.1599 | $ 3,258.00 | 11-15-2021 | 50 | | $ 55.85 | $ 2,792.50 | - | - | - | $ 34.95 | | $ 465.50 | |
| 11-15-2021 | 100 | 65.1599 | $ 6,515.99 | 11-15-2021 | 100 | | $ 55.85 | $ 5,585.00 | - | - | - | $ 34.95 | | $ 930.99 | |
| 11-15-2021 | 21 | 65.1599 | $ 1,368.36 | 11-15-2021 | 21 | | $ 55.69 | $ 1,169.49 | - | - | - | $ 34.95 | | $ 198.87 | |
| 11-15-2021 | 79 | 65.1599 | $ 5,147.63 | 11-15-2021 | 79 | | $ 55.69 | $ 4,399.51 | - | - | - | $ 34.95 | | $ 748.12 | |
| 11-15-2021 | 40 | 65.1599 | $ 2,606.40 | 11-15-2021 | 40 | | $ 55.60 | $ 2,224.00 | - | - | - | $ 34.95 | | $ 382.40 | |
| 11-15-2021 | 10 | 65.1599 | $ 651.60 | 11-15-2021 | 10 | | $ 55.60 | $ 556.00 | - | - | - | $ 34.95 | | $ 95.60 | |
| 11-15-2021 | 50 | 65.1599 | $ 3,258.00 | 11-15-2021 | 50 | | $ 55.60 | $ 2,780.00 | - | - | - | $ 34.95 | | $ 478.00 | |
| 11-15-2021 | 500 | 65.1599 | $ 32,579.95 | 11-15-2021 | 500 | | $ 54.00 | $ 27,000.00 | - | - | - | $ 34.95 | | $ 5,579.95 | |
| 11-15-2021 | 100 | 65.1599 | $ 6,515.99 | 11-15-2021 | 100 | | $ 56.20 | $ 5,620.00 | - | - | - | $ 34.95 | | $ 895.99 | |
| 11-15-2021 | 450 | 65.1599 | $ 29,321.96 | 11-15-2021 | 450 | | $ 54.30 | $ 24,435.00 | - | - | - | $ 34.95 | | $ 4,886.96 | |

| Date | Qty | Price | Total | Date | Qty | Price | Total | | | | Fee | Net |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11-15-2021 | 1600 | 64.5316 | $103,250.56 | 11-15-2021 | 1600 | $55.41 | $88,656.16 | - | - | - | $34.95 | $14,594.40 |
| 11-15-2021 | 100 | 64.5316 | $6,453.16 | 11-15-2021 | 100 | $55.80 | $5,580.00 | - | - | - | $34.95 | $873.16 |
| 11-15-2021 | 150 | 64.5316 | $9,679.74 | 11-15-2021 | 150 | $55.20 | $8,280.00 | - | - | - | $34.95 | $1,399.74 |
| 11-15-2021 | 113 | 64.5316 | $7,292.07 | 11-15-2021 | 113 | $55.45 | $6,265.85 | - | - | - | $34.95 | $1,026.22 |
| 11-15-2021 | 137 | 64.5316 | $8,840.83 | 11-15-2021 | 137 | $55.45 | $7,596.65 | - | - | - | $34.95 | $1,244.18 |
| 11-15-2021 | 500 | 64.5316 | $32,265.80 | 11-15-2021 | 500 | $55.75 | $27,875.00 | - | - | - | $34.95 | $4,390.80 |
| 11-15-2021 | 144 | 64.5316 | $9,292.55 | 11-15-2021 | 144 | $56.00 | $8,064.00 | - | - | - | $34.95 | $1,228.55 |
| 11-15-2021 | 256 | 64.5316 | $16,520.09 | 11-15-2021 | 256 | $56.00 | $14,336.00 | - | - | - | $34.95 | $2,184.09 |
| 11-15-2021 | 500 | 64.56 | $32,280.00 | 11-15-2021 | 500 | $54.90 | $27,447.50 | - | - | - | $34.95 | $4,832.50 |
| 11-15-2021 | 2000 | 64.56 | $129,120.00 | 11-15-2021 | 2000 | $56.26 | $112,510.00 | - | - | - | $34.95 | $16,610.00 |
| 11-15-2021 | 100 | 64.56 | $6,456.00 | 11-15-2021 | 100 | $55.79 | $5,579.00 | - | - | - | $34.95 | $877.00 |
| 11-15-2021 | 400 | 64.56 | $25,824.00 | 11-15-2021 | 400 | $55.41 | $22,164.04 | - | - | - | $34.95 | $3,659.96 |
| 11-15-2021 | 100 | 63.8799 | $6,387.99 | 11-15-2021 | 100 | $57.30 | $5,730.06 | - | - | - | $34.95 | $657.93 |
| 11-15-2021 | 100 | 63.8799 | $6,387.99 | 11-15-2021 | 100 | $57.34 | $5,734.04 | - | - | - | $34.95 | $653.95 |
| 11-15-2021 | 100 | 63.8799 | $6,387.99 | 11-15-2021 | 100 | $57.34 | $5,734.01 | - | - | - | $34.95 | $653.98 |
| 11-15-2021 | 5 | 63.879 | $319.40 | 11-15-2021 | 5 | $59.95 | $299.75 | - | - | - | $34.95 | $19.65 |
| 11-15-2021 | 95 | 63.879 | $6,068.51 | 11-15-2021 | 95 | $59.95 | $5,695.25 | - | - | - | $34.95 | $373.26 |
| 11-15-2021 | 200 | 63.879 | $12,775.80 | 11-15-2021 | 200 | $59.89 | $11,977.00 | - | - | - | $34.95 | $798.80 |
| 11-15-2021 | 100 | 63.879 | $6,387.90 | 11-15-2021 | 100 | $57.72 | $5,771.65 | - | - | - | $34.95 | $616.25 |
| 11-15-2021 | 200 | 63.879 | $12,775.80 | 11-15-2021 | 200 | $59.13 | $11,825.00 | - | - | - | $34.95 | $950.80 |
| 11-15-2021 | 200 | 63.879 | $12,775.80 | 11-15-2021 | 200 | $58.85 | $11,770.00 | - | - | - | $34.95 | $1,005.80 |
| 11-15-2021 | 100 | 63.879 | $6,387.90 | 11-15-2021 | 100 | $58.97 | $5,897.01 | - | - | - | $34.95 | $490.89 |
| 11-15-2021 | 100 | 63.879 | $6,387.90 | 11-15-2021 | 100 | $58.77 | $5,876.52 | - | - | - | $34.95 | $511.38 |
| 11-15-2021 | 100 | 63.879 | $6,387.90 | 11-15-2021 | 100 | $57.56 | $5,755.74 | - | - | - | $34.95 | $632.16 |
| 11-15-2021 | 100 | 63.879 | $6,387.90 | 11-15-2021 | 100 | $58.80 | $5,880.00 | - | - | - | $34.95 | $507.90 |
| 11-15-2021 | 100 | 63.879 | $6,387.90 | 11-15-2021 | 100 | $58.80 | $5,880.00 | - | - | - | $34.95 | $507.90 |
| 11-15-2021 | 100 | 63.879 | $6,387.90 | 11-15-2021 | 100 | $59.20 | $5,920.00 | - | - | - | $34.95 | $467.90 |
| 11-15-2021 | 200 | 63.879 | $12,775.80 | 11-15-2021 | 200 | $58.94 | $11,788.12 | - | - | - | $34.95 | $987.68 |
| 11-15-2021 | 200 | 63.879 | $12,775.80 | 11-15-2021 | 200 | $59.15 | $11,830.00 | - | - | - | $34.95 | $945.80 |
| 11-15-2021 | 300 | 63.879 | $19,163.70 | 11-15-2021 | 300 | $57.39 | $17,217.12 | - | - | - | $34.95 | $1,946.58 |
| 11-15-2021 | 500 | 63.879 | $31,939.50 | 11-15-2021 | 500 | $58.25 | $29,125.05 | - | - | - | $34.95 | $2,814.45 |
| 11-15-2021 | 100 | 63.879 | $6,387.90 | 11-15-2021 | 100 | $58.94 | $5,894.01 | - | - | - | $34.95 | $493.89 |
| 11-15-2021 | 500 | 63.879 | $31,939.50 | 11-15-2021 | 500 | $58.02 | $29,007.75 | - | - | - | $34.95 | $2,931.75 |
| 11-15-2021 | 250 | 63.879 | $15,969.75 | 11-15-2021 | 250 | $58.21 | $14,551.25 | - | - | - | $34.95 | $1,418.50 |
| 11-15-2021 | 250 | 63.879 | $15,969.75 | 11-15-2021 | 250 | $57.34 | $14,334.18 | - | - | - | $34.95 | $1,635.58 |
| 11-15-2021 | 100 | 63.879 | $6,387.90 | 11-15-2021 | 100 | $57.81 | $5,780.92 | - | - | - | $34.95 | $606.98 |
| 11-15-2021 | 100 | 63.879 | $6,387.90 | 11-15-2021 | 100 | $57.31 | $5,731.33 | - | - | - | $34.95 | $656.57 |
| 11-15-2021 | 10 | 63.879 | $638.79 | 11-15-2021 | 10 | $57.39 | $573.85 | - | - | - | $34.95 | $64.94 |
| 11-15-2021 | 60 | 63.879 | $3,832.74 | 11-15-2021 | 60 | $57.39 | $3,443.10 | - | - | - | $34.95 | $389.64 |
| 11-15-2021 | 100 | 63.879 | $6,387.90 | 11-15-2021 | 100 | $57.38 | $5,738.00 | - | - | - | $34.95 | $649.90 |
| 11-15-2021 | 2 | 63.879 | $127.76 | 11-15-2021 | 2 | $57.38 | $114.76 | - | - | - | $34.95 | $13.00 |
| 11-15-2021 | 19 | 63.879 | $1,213.70 | 11-15-2021 | 19 | $57.38 | $1,090.22 | - | - | - | $34.95 | $123.48 |
| 11-15-2021 | 100 | 63.879 | $6,387.90 | 11-15-2021 | 100 | $57.38 | $5,738.00 | - | - | - | $34.95 | $649.90 |
| 11-15-2021 | 4 | 63.879 | $255.52 | 11-15-2021 | 4 | $57.38 | $229.52 | - | - | - | $34.95 | $26.00 |
| 11-15-2021 | 5 | 63.879 | $319.40 | 11-15-2021 | 5 | $57.38 | $286.90 | - | - | - | $34.95 | $32.49 |
| 11-15-2021 | 200 | 63.855 | $12,771.00 | 11-15-2021 | 200 | $59.91 | $11,982.74 | - | - | - | $34.95 | $788.26 |
| 11-15-2021 | 100 | 63.85 | $6,385.00 | 11-15-2021 | 100 | $60.11 | $6,011.00 | - | - | - | $34.95 | $374.00 |
| 11-15-2021 | 200 | 63.85 | $12,770.00 | 11-15-2021 | 200 | $59.81 | $11,962.00 | - | - | - | $34.95 | $808.00 |
| 11-15-2021 | 250 | 63.165 | $15,791.25 | 11-15-2021 | 250 | $61.94 | $15,485.00 | - | - | - | $34.95 | $306.25 |
| 11-15-2021 | 250 | 63.165 | $15,791.25 | 11-15-2021 | 250 | $61.74 | $15,435.83 | - | - | - | $34.95 | $355.43 |
| 11-15-2021 | 250 | 63.165 | $15,791.25 | 11-15-2021 | 250 | $62.00 | $15,500.65 | - | - | - | $34.95 | $290.60 |
| 11-15-2021 | 500 | 63.165 | $31,582.50 | 11-15-2021 | 500 | $61.46 | $30,732.45 | - | - | - | $34.95 | $850.05 |
| 11-15-2021 | 250 | 63.165 | $15,791.25 | 11-15-2021 | 250 | $62.09 | $15,522.50 | - | - | - | $34.95 | $268.75 |
| 11-15-2021 | 250 | 63.165 | $15,791.25 | 11-15-2021 | 250 | $62.15 | $15,536.25 | - | - | - | $34.95 | $255.00 |
| 11-15-2021 | 250 | 63.165 | $15,791.25 | 11-15-2021 | 250 | $61.66 | $15,413.75 | - | - | - | $34.95 | $377.50 |
| 11-15-2021 | 500 | 63.165 | $31,582.50 | 11-15-2021 | 500 | $61.44 | $30,720.00 | - | - | - | $34.95 | $862.50 |
| 11-15-2021 | 500 | 63.165 | $31,582.50 | 11-15-2021 | 500 | $61.48 | $30,738.00 | - | - | - | $34.95 | $844.50 |
| 11-15-2021 | 300 | 63.165 | $18,949.50 | 11-15-2021 | 300 | $59.67 | $17,901.00 | - | - | - | $34.95 | $1,048.50 |
| 11-15-2021 | 200 | 63.165 | $12,633.00 | 11-15-2021 | 200 | $59.34 | $11,868.46 | - | - | - | $34.95 | $764.54 |
| 11-15-2021 | 200 | 63.165 | $12,633.00 | 11-15-2021 | 200 | $60.06 | $12,011.00 | - | - | - | $34.95 | $622.00 |
| 11-15-2021 | 100 | 63.165 | $6,316.50 | 11-15-2021 | 100 | $59.15 | $5,915.00 | - | - | - | $34.95 | $401.50 |
| 11-15-2021 | 100 | 63.165 | $6,316.50 | 11-15-2021 | 100 | $59.17 | $5,916.96 | - | - | - | $34.95 | $399.54 |
| 11-15-2021 | 100 | 63.165 | $6,316.50 | 11-15-2021 | 100 | $59.16 | $5,915.50 | - | - | - | $34.95 | $401.00 |
| 11-15-2021 | 200 | 63.165 | $12,633.00 | 11-15-2021 | 200 | $58.99 | $11,798.22 | - | - | - | $34.95 | $834.78 |
| 11-15-2021 | 300 | 63.165 | $18,949.50 | 11-15-2021 | 300 | $59.73 | $17,919.00 | - | - | - | $34.95 | $1,030.50 |
| 11-15-2021 | 200 | 63.165 | $12,633.00 | 11-15-2021 | 200 | $59.00 | $11,800.00 | - | - | - | $34.95 | $833.00 |
| 11-15-2021 | 200 | 63.165 | $12,633.00 | 11-15-2021 | 200 | $59.79 | $11,957.98 | - | - | - | $34.95 | $675.02 |
| 11-15-2021 | 100 | 63.165 | $6,316.50 | 11-15-2021 | 100 | $60.11 | $6,011.00 | - | - | - | $34.95 | $305.50 |
| 11-15-2021 | 100 | 62.9783 | $6,297.83 | 11-15-2021 | 100 | $61.33 | $6,133.01 | - | - | - | $34.95 | $164.82 |
| 11-15-2021 | 250 | 62.9783 | $15,744.58 | 11-15-2021 | 250 | $61.33 | $15,331.78 | - | - | - | $34.95 | $412.80 |
| 11-15-2021 | 250 | 62.9783 | $15,744.58 | 11-15-2021 | 250 | $61.22 | $15,305.13 | - | - | - | $34.95 | $439.45 |
| 11-15-2021 | 250 | 62.9783 | $15,744.58 | 11-15-2021 | 250 | $61.25 | $15,312.15 | - | - | - | $34.95 | $432.42 |
| 11-15-2021 | 250 | 62.9783 | $15,744.58 | 11-15-2021 | 250 | $61.26 | $15,315.48 | - | - | - | $34.95 | $429.10 |
| 11-15-2021 | 250 | 62.9783 | $15,744.58 | 11-15-2021 | 250 | $61.50 | $15,374.03 | - | - | - | $34.95 | $370.55 |
| 11-15-2021 | 250 | 62.9783 | $15,744.58 | 11-15-2021 | 250 | $61.43 | $15,358.08 | - | - | - | $34.95 | $386.50 |
| 11-15-2021 | 250 | 62.9783 | $15,744.58 | 11-15-2021 | 250 | $61.36 | $15,340.00 | - | - | - | $34.95 | $404.57 |

| Date | Qty | Price | Amount | Date | Qty | Price | Amount | | | | Fee | | P/L | P/L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11-15-2021 | 250 | 62.9783 | $ 15,744.58 | 11-15-2021 | 250 | $ 61.84 | $ 15,460.00 | - | - | - | $ 34.95 | | $ 284.57 | |
| 11-15-2021 | 50 | 62.965 | $ 3,148.25 | 11-15-2021 | 50 | $ 61.29 | $ 3,064.51 | - | - | - | $ 34.95 | | $ 83.74 | |
| 11-15-2021 | 150 | 62.965 | $ 9,444.75 | 11-15-2021 | 150 | $ 61.33 | $ 9,199.52 | - | - | - | $ 34.95 | | $ 245.24 | |
| 11-15-2021 | 100 | 62.965 | $ 6,296.50 | 11-15-2021 | 100 | $ 60.88 | $ 6,088.00 | - | - | - | $ 34.95 | | $ 208.50 | |
| 11-15-2021 | 250 | 62.965 | $ 15,741.25 | 11-15-2021 | 250 | $ 63.32 | $ 15,830.83 | - | - | - | $ 34.95 | | -$ 89.58 | -$ 89.58 |
| 11-15-2021 | 250 | 62.965 | $ 15,741.25 | 11-15-2021 | 250 | $ 61.75 | $ 15,437.18 | - | - | - | $ 34.95 | | $ 304.08 | |
| 11-15-2021 | 200 | 62.965 | $ 12,593.00 | 11-15-2021 | 200 | $ 61.29 | $ 12,258.02 | - | - | - | $ 34.95 | | $ 334.98 | |
| 11-15-2021 | 50 | 62.965 | $ 3,148.25 | 11-15-2021 | 50 | $ 61.08 | $ 3,054.06 | - | - | - | $ 34.95 | | $ 94.19 | |
| 11-15-2021 | 250 | 62.965 | $ 15,741.25 | 11-15-2021 | 250 | $ 61.56 | $ 15,390.50 | - | - | - | $ 34.95 | | $ 350.75 | |
| 11-15-2021 | 100 | 62.965 | $ 6,296.50 | 11-15-2021 | 100 | $ 60.88 | $ 6,088.00 | - | - | - | $ 34.95 | | $ 208.50 | |
| 11-15-2021 | 150 | 62.965 | $ 9,444.75 | 11-15-2021 | 150 | $ 61.10 | $ 9,165.00 | - | - | - | $ 34.95 | | $ 279.75 | |
| 11-15-2021 | 11 | 62.965 | $ 692.62 | 11-15-2021 | 11 | $ 61.13 | $ 672.38 | - | - | - | $ 34.95 | | $ 20.24 | |
| 11-15-2021 | 43 | 62.965 | $ 2,707.50 | 11-15-2021 | 43 | $ 61.13 | $ 2,628.38 | - | - | - | $ 34.95 | | $ 79.12 | |
| 11-15-2021 | 96 | 62.965 | $ 6,044.64 | 11-15-2021 | 96 | $ 61.08 | $ 5,863.80 | - | - | - | $ 34.95 | | $ 180.84 | |
| 11-15-2021 | 200 | 62.965 | $ 12,593.00 | 11-15-2021 | 200 | $ 61.10 | $ 12,220.00 | - | - | - | $ 34.95 | | $ 373.00 | |
| 11-15-2021 | 100 | 62.965 | $ 6,296.50 | 11-15-2021 | 100 | $ 61.10 | $ 6,110.00 | - | - | - | $ 34.95 | | $ 186.50 | |
| 11-15-2021 | 50 | 62.965 | $ 3,148.25 | 11-15-2021 | 50 | $ 61.53 | $ 3,076.32 | - | - | - | $ 34.95 | | $ 71.93 | |
| 11-15-2021 | 50 | 62.965 | $ 3,148.25 | 11-15-2021 | 50 | $ 61.10 | $ 3,055.00 | - | - | - | $ 34.95 | | $ 93.25 | |
| 11-15-2021 | 100 | 62.965 | $ 6,296.50 | 11-15-2021 | 100 | $ 61.53 | $ 6,152.64 | - | - | - | $ 34.95 | | $ 143.86 | |
| 11-15-2021 | 100 | 62.965 | $ 6,296.50 | 11-15-2021 | 100 | $ 61.84 | $ 6,183.95 | - | - | - | $ 34.95 | | $ 112.55 | |
| 11-15-2021 | 100 | 62.965 | $ 6,296.50 | 11-15-2021 | 100 | $ 61.53 | $ 6,152.64 | - | - | - | $ 34.95 | | $ 143.86 | |
| 11-15-2021 | 100 | 62.965 | $ 6,296.50 | 11-15-2021 | 100 | $ 61.84 | $ 6,183.95 | - | - | - | $ 34.95 | | $ 112.55 | |
| 11-15-2021 | 100 | 62.965 | $ 6,296.50 | 11-15-2021 | 100 | $ 61.21 | $ 6,121.00 | - | - | - | $ 34.95 | | $ 175.50 | |
| 11-15-2021 | 100 | 62.965 | $ 6,296.50 | 11-15-2021 | 100 | $ 61.21 | $ 6,121.00 | - | - | - | $ 34.95 | | $ 175.50 | |
| 11-15-2021 | 100 | 62.965 | $ 6,296.50 | 11-15-2021 | 100 | $ 60.79 | $ 6,078.64 | - | - | - | $ 34.95 | | $ 217.86 | |
| 11-15-2021 | 100 | 62.965 | $ 6,296.50 | 11-15-2021 | 100 | $ 60.79 | $ 6,078.64 | - | - | - | $ 34.95 | | $ 217.86 | |
| 11-15-2021 | 500 | 63.155 | $ 31,577.50 | 11-15-2021 | 500 | $ 63.22 | $ 31,610.00 | - | - | - | $ 34.95 | | -$ 32.50 | -$ 32.50 |
| 11-15-2021 | 500 | 63.155 | $ 31,577.50 | 11-15-2021 | 500 | $ 62.87 | $ 31,437.10 | - | - | - | $ 34.95 | | $ 140.40 | |
| 11-15-2021 | 500 | 63.155 | $ 31,577.50 | 11-15-2021 | 500 | $ 63.00 | $ 31,500.00 | - | - | - | $ 34.95 | | $ 77.50 | |
| 11-15-2021 | 500 | 63.155 | $ 31,577.50 | 11-15-2021 | 500 | $ 62.93 | $ 31,465.50 | - | - | - | $ 34.95 | | $ 112.00 | |
| 11-15-2021 | 500 | 63.155 | $ 31,577.50 | 11-15-2021 | 500 | $ 63.12 | $ 31,559.20 | - | - | - | $ 34.95 | | $ 18.30 | |
| 11-15-2021 | 250 | 63.155 | $ 15,788.75 | 11-15-2021 | 250 | $ 63.31 | $ 15,827.53 | - | - | - | $ 34.95 | | -$ 38.77 | -$ 38.77 |
| 11-15-2021 | 250 | 63.155 | $ 15,788.75 | 11-15-2021 | 250 | $ 63.17 | $ 15,792.50 | - | - | - | $ 34.95 | | -$ 03.75 | |
| 11-15-2021 | 100 | 62.4 | $ 6,240.00 | 11-15-2021 | 100 | $ 63.19 | $ 6,319.00 | - | - | - | $ 34.95 | | -$ 79.00 | -$ 79.00 |
| 11-15-2021 | 100 | 62.4 | $ 6,240.00 | 11-15-2021 | 100 | $ 63.19 | $ 6,319.00 | - | - | - | $ 34.95 | | -$ 79.00 | -$ 79.00 |
| 11-15-2021 | 200 | 62.4 | $ 12,480.00 | 11-15-2021 | 200 | $ 63.19 | $ 12,638.00 | - | - | - | $ 34.95 | | -$ 158.00 | -$ 158.00 |
| 11-15-2021 | 100 | 62.4 | $ 6,240.00 | 11-15-2021 | 100 | $ 63.19 | $ 6,319.00 | - | - | - | $ 34.95 | | -$ 79.00 | -$ 79.00 |
| 11-15-2021 | 306 | 62.4 | $ 19,094.40 | 11-15-2021 | 306 | $ 63.10 | $ 19,308.60 | - | - | - | $ 34.95 | | -$ 214.20 | -$ 214.20 |
| 11-15-2021 | 206 | 62.4 | $ 12,854.40 | 11-15-2021 | 206 | $ 63.15 | $ 13,008.90 | - | - | - | $ 34.95 | | -$ 154.50 | -$ 154.50 |
| 11-15-2021 | 500 | 62.4 | $ 31,200.00 | 11-15-2021 | 500 | $ 62.95 | $ 31,475.00 | - | - | - | $ 34.95 | | -$ 275.00 | -$ 275.00 |
| 11-15-2021 | 194 | 62.4 | $ 12,105.60 | 11-15-2021 | 194 | $ 63.10 | $ 12,241.40 | - | - | - | $ 34.95 | | -$ 135.80 | -$ 135.80 |
| 11-15-2021 | 78 | 62.39 | $ 4,866.42 | 11-15-2021 | 78 | $ 63.15 | $ 4,925.70 | - | - | - | $ 34.95 | | -$ 59.28 | -$ 59.28 |
| 11-15-2021 | 16 | 62.385 | $ 998.16 | 11-15-2021 | 16 | $ 63.15 | $ 1,010.40 | - | - | - | $ 34.95 | | -$ 12.24 | -$ 12.24 |
| 11-15-2021 | 100 | 62.385 | $ 6,238.50 | 11-15-2021 | 100 | $ 63.15 | $ 6,315.00 | - | - | - | $ 34.95 | | -$ 76.50 | -$ 76.50 |
| 11-15-2021 | 100 | 62.385 | $ 6,238.50 | 11-15-2021 | 100 | $ 63.15 | $ 6,315.00 | - | - | - | $ 34.95 | | -$ 76.50 | -$ 76.50 |
| 11-15-2021 | 500 | 62.7176 | $ 31,358.80 | 11-15-2021 | 500 | $ 63.38 | $ 31,690.25 | - | - | - | $ 34.95 | | -$ 331.45 | -$ 331.45 |
| 11-15-2021 | 913 | 62.7176 | $ 57,261.17 | 11-15-2021 | 913 | $ 63.54 | $ 58,009.74 | - | - | - | $ 34.95 | | -$ 748.57 | -$ 748.57 |
| 11-15-2021 | 1087 | 62.7176 | $ 68,174.03 | 11-15-2021 | 1087 | $ 63.54 | $ 69,065.26 | - | - | - | $ 34.95 | | -$ 891.23 | -$ 891.23 |
| 11-15-2021 | 500 | 62.7176 | $ 31,358.80 | 11-15-2021 | 500 | $ 62.85 | $ 31,422.50 | - | - | - | $ 34.95 | | -$ 63.70 | -$ 63.70 |
| 11-15-2021 | 1000 | 62.7176 | $ 62,717.60 | 11-15-2021 | 1000 | $ 63.65 | $ 63,650.10 | - | - | - | $ 34.95 | | -$ 932.50 | -$ 932.50 |
| 11-15-2021 | 500 | 62.7176 | $ 31,358.80 | 11-15-2021 | 500 | $ 62.76 | $ 31,380.85 | - | - | - | $ 34.95 | | -$ 22.05 | -$ 22.05 |
| 11-15-2021 | 500 | 62.7176 | $ 31,358.80 | 11-15-2021 | 500 | $ 63.66 | $ 31,830.00 | - | - | - | $ 34.95 | | -$ 471.20 | -$ 471.20 |
| 11-15-2021 | 500 | 61.9 | $ 30,950.00 | 11-15-2021 | 500 | $ 63.50 | $ 31,751.25 | - | - | - | $ 34.95 | | -$ 801.25 | -$ 801.25 |
| 11-15-2021 | 1000 | 61.9 | $ 61,900.00 | 11-15-2021 | 1000 | $ 63.44 | $ 63,444.90 | - | - | - | $ 34.95 | | -$ 1,544.90 | -$ 1,544.90 |
| 11-15-2021 | 1000 | 61.9 | $ 61,900.00 | 11-15-2021 | 1000 | $ 63.50 | $ 63,495.00 | - | - | - | $ 34.95 | | -$ 1,595.00 | -$ 1,595.00 |
| 11-15-2021 | 500 | 61.9 | $ 30,950.00 | 11-15-2021 | 500 | $ 63.38 | $ 31,690.25 | - | - | - | $ 34.95 | | -$ 740.25 | -$ 740.25 |
| 11-15-2021 | 500 | 62.49 | $ 31,245.00 | 11-15-2021 | 500 | $ 63.72 | $ 31,860.55 | - | - | - | $ 34.95 | | -$ 615.55 | -$ 615.55 |
| 11-15-2021 | 1500 | 62.49 | $ 93,735.00 | 11-15-2021 | 1500 | $ 63.50 | $ 95,253.75 | - | - | - | $ 34.95 | | -$ 1,518.75 | -$ 1,518.75 |
| 11-15-2021 | 500 | 61.64 | $ 30,820.00 | 11-15-2021 | 500 | $ 64.13 | $ 32,065.00 | - | - | - | $ 34.95 | | -$ 1,245.00 | -$ 1,245.00 |
| 11-15-2021 | 500 | 61.64 | $ 30,820.00 | 11-15-2021 | 500 | $ 63.28 | $ 31,642.40 | - | - | - | $ 34.95 | | -$ 822.40 | -$ 822.40 |
| 11-15-2021 | 299 | 61.64 | $ 18,430.36 | 11-15-2021 | 299 | $ 64.10 | $ 19,165.90 | - | - | - | $ 34.95 | | -$ 735.54 | -$ 735.54 |
| 11-15-2021 | 201 | 61.64 | $ 12,389.64 | 11-15-2021 | 201 | $ 64.10 | $ 12,884.10 | - | - | - | $ 34.95 | | -$ 494.46 | -$ 494.46 |
| 11-15-2021 | 500 | 61.64 | $ 30,820.00 | 11-15-2021 | 500 | $ 64.09 | $ 32,045.35 | - | - | - | $ 34.95 | | -$ 1,225.35 | -$ 1,225.35 |
| 11-15-2021 | 500 | 61.64 | $ 30,820.00 | 11-15-2021 | 500 | $ 63.64 | $ 31,821.45 | - | - | - | $ 34.95 | | -$ 1,001.45 | -$ 1,001.45 |
| 11-15-2021 | 500 | 61.64 | $ 30,820.00 | 11-15-2021 | 500 | $ 63.71 | $ 31,856.50 | - | - | - | $ 34.95 | | -$ 1,036.50 | -$ 1,036.50 |
| 11-15-2021 | 500 | 61.64 | $ 30,820.00 | 11-15-2021 | 500 | $ 62.96 | $ 31,478.00 | - | - | - | $ 34.95 | | -$ 658.00 | -$ 658.00 |
| 11-15-2021 | 1000 | 61.64 | $ 61,640.00 | 11-15-2021 | 1000 | $ 63.35 | $ 63,350.10 | - | - | - | $ 34.95 | | -$ 1,710.10 | -$ 1,710.10 |
| 11-15-2021 | 500 | 61.64 | $ 30,820.00 | 11-15-2021 | 500 | $ 63.08 | $ 31,540.00 | - | - | - | $ 34.95 | | -$ 720.00 | -$ 720.00 |
| 11-15-2021 | 200 | 60.5699 | $ 12,113.98 | 11-15-2021 | 200 | $ 65.71 | $ 13,142.00 | - | - | - | $ 34.95 | | -$ 1,028.02 | -$ 1,028.02 |
| 11-15-2021 | 500 | 60.5699 | $ 30,284.95 | 11-15-2021 | 500 | $ 65.76 | $ 32,878.00 | - | - | - | $ 34.95 | | -$ 2,593.05 | -$ 2,593.05 |
| 11-15-2021 | 300 | 60.5699 | $ 18,170.97 | 11-15-2021 | 300 | $ 65.70 | $ 19,710.00 | - | - | - | $ 34.95 | | -$ 1,539.03 | -$ 1,539.03 |
| 11-15-2021 | 500 | 60.5699 | $ 30,284.95 | 11-15-2021 | 500 | $ 64.08 | $ 32,041.75 | - | - | - | $ 34.95 | | -$ 1,756.80 | -$ 1,756.80 |
| 11-15-2021 | 500 | 60.5699 | $ 30,284.95 | 11-15-2021 | 500 | $ 64.09 | $ 32,045.00 | - | - | - | $ 34.95 | | -$ 1,760.05 | -$ 1,760.05 |
| 11-15-2021 | 200 | 59.7509 | $ 11,950.18 | 11-15-2021 | 200 | $ 66.06 | $ 13,211.88 | - | - | - | $ 34.95 | | -$ 1,261.70 | -$ 1,261.70 |
| 11-15-2021 | 500 | 59.7509 | $ 29,875.45 | 11-15-2021 | 500 | $ 65.74 | $ 32,870.00 | - | - | - | $ 34.95 | | -$ 2,994.55 | -$ 2,994.55 |
| 11-15-2021 | 300 | 59.7509 | $ 17,925.27 | 11-15-2021 | 300 | $ 65.71 | $ 19,713.00 | - | - | - | $ 34.95 | | -$ 1,787.73 | -$ 1,787.73 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11-15-2021 | 400 | 53.78 | $21,512.00 | 11-15-2021 | 400 | $66.40 | $26,960.00 | - | - | - | $34.95 | -$5,048.00 | -$5,048.00 |
| 11-15-2021 | 20 | 53.78 | $1,075.60 | 11-15-2021 | 20 | $66.10 | $1,322.00 | - | - | - | $34.95 | -$246.40 | -$246.40 |
| 11-15-2021 | 900 | 53.78 | $48,402.00 | 11-15-2021 | 900 | $66.10 | $59,490.00 | - | - | - | $34.95 | -$11,088.00 | -$11,088.00 |
| 11-15-2021 | 80 | 53.78 | $4,302.40 | 11-15-2021 | 80 | $66.10 | $5,288.00 | - | - | - | $34.95 | -$985.60 | -$985.60 |
| 11-15-2021 | 300 | 53.78 | $16,134.00 | 11-15-2021 | 300 | $66.41 | $19,923.03 | - | - | - | $34.95 | -$3,789.03 | -$3,789.03 |
| 11-15-2021 | 200 | 53.78 | $10,756.00 | 11-15-2021 | 200 | $66.41 | $13,282.18 | - | - | - | $34.95 | -$2,526.18 | -$2,526.18 |
| 11-15-2021 | 100 | 53.78 | $5,378.00 | 11-15-2021 | 100 | $66.39 | $6,639.00 | - | - | - | $34.95 | -$1,261.00 | -$1,261.00 |
| 11-15-2021 | 48 | 54.6 | $2,620.80 | 11-15-2021 | 48 | $66.50 | $3,192.00 | - | - | - | $34.95 | -$571.20 | -$571.20 |
| 11-15-2021 | 230 | 54.6 | $12,558.00 | 11-15-2021 | 230 | $66.50 | $15,295.00 | - | - | - | $34.95 | -$2,737.00 | -$2,737.00 |
| 11-15-2021 | 278 | 54.6 | $15,178.80 | 11-15-2021 | 278 | $66.45 | $18,473.10 | - | - | - | $34.95 | -$3,294.30 | -$3,294.30 |
| 11-15-2021 | 100 | 54.6 | $5,460.00 | 11-15-2021 | 100 | $66.50 | $6,650.00 | - | - | - | $34.95 | -$1,190.00 | -$1,190.00 |
| 11-15-2021 | 122 | 54.6 | $6,661.20 | 11-15-2021 | 122 | $66.50 | $8,113.00 | - | - | - | $34.95 | -$1,451.80 | -$1,451.80 |
| 11-15-2021 | 20 | 54.6 | $1,092.00 | 11-15-2021 | 20 | $66.45 | $1,329.00 | - | - | - | $34.95 | -$237.00 | -$237.00 |
| 11-15-2021 | 71 | 54.6 | $3,876.60 | 11-15-2021 | 71 | $66.45 | $4,717.95 | - | - | - | $34.95 | -$841.35 | -$841.35 |
| 11-15-2021 | 45 | 54.6 | $2,457.00 | 11-15-2021 | 45 | $66.45 | $2,990.25 | - | - | - | $34.95 | -$533.25 | -$533.25 |
| 11-15-2021 | 25 | 54.6 | $1,365.00 | 11-15-2021 | 25 | $66.45 | $1,661.25 | - | - | - | $34.95 | -$296.25 | -$296.25 |
| 11-15-2021 | 30 | 54.6 | $1,638.00 | 11-15-2021 | 30 | $66.45 | $1,993.50 | - | - | - | $34.95 | -$355.50 | -$355.50 |
| 11-15-2021 | 11 | 54.6 | $600.60 | 11-15-2021 | 11 | $66.45 | $730.95 | - | - | - | $34.95 | -$130.35 | -$130.35 |
| 11-15-2021 | 7 | 54.6 | $382.20 | 11-15-2021 | 7 | $66.45 | $465.15 | - | - | - | $34.95 | -$82.95 | -$82.95 |
| 11-15-2021 | 10 | 54.6 | $546.00 | 11-15-2021 | 10 | $66.45 | $664.50 | - | - | - | $34.95 | -$118.50 | -$118.50 |
| 11-15-2021 | 3 | 54.6 | $163.80 | 11-15-2021 | 3 | $66.45 | $199.35 | - | - | - | $34.95 | -$35.55 | -$35.55 |
| 11-15-2021 | 1000 | 54.1 | $54,100.00 | 11-15-2021 | 1000 | $69.06 | $69,055.00 | - | - | - | $34.95 | -$14,955.00 | -$14,955.00 |
| 11-15-2021 | 150 | 54.29 | $8,143.50 | 11-15-2021 | 150 | $70.87 | $10,631.12 | - | - | - | $34.95 | -$2,487.62 | -$2,487.62 |
| 11-15-2021 | 100 | 54.29 | $5,429.00 | 11-15-2021 | 100 | $70.60 | $7,060.00 | - | - | - | $34.95 | -$1,631.00 | -$1,631.00 |
| 11-15-2021 | 150 | 54.29 | $8,143.50 | 11-15-2021 | 150 | $70.60 | $10,590.00 | - | - | - | $34.95 | -$2,446.50 | -$2,446.50 |
| 11-15-2021 | 37 | 54.29 | $2,008.73 | 11-15-2021 | 37 | $70.55 | $2,610.35 | - | - | - | $34.95 | -$601.62 | -$601.62 |
| 11-15-2021 | 213 | 54.29 | $11,563.77 | 11-15-2021 | 213 | $70.55 | $15,027.15 | - | - | - | $34.95 | -$3,463.38 | -$3,463.38 |
| 11-15-2021 | 250 | 54.29 | $13,572.50 | 11-15-2021 | 250 | $70.42 | $17,605.03 | - | - | - | $34.95 | -$4,032.53 | -$4,032.53 |
| 11-15-2021 | 100 | 54.29 | $5,429.00 | 11-15-2021 | 100 | $70.87 | $7,087.41 | - | - | - | $34.95 | -$1,658.41 | -$1,658.41 |
| **Total:** | **68,000** | | **$4,283,555.58** | | **53,250** | | **$3,273,420.61** | **14,750** | **14,750** | | **$515,484.69** | **$494,650.28** | **$353,469.40** |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

\* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.