# EXHIBIT D

1

**THE O'MARA LAW FIRM, P.C.**
David C. O'Mara

2

311 East Liberty St.
Reno, Nevada 89501

3

Tel: 775-323-1321
Fax: 775-323-4082

4

Email: david@omaralaw.net

5

**LEVI & KORSINSKY, LLP**
Adam M. Apton

6

55 Broadway, 10th Floor
New York, NY 10006

7

Tel: (212) 363-7500
Fax: (212) 363-7171

8

Email: aapton@zlk.com

9

*Attorneys for Movants Cory Jay Wiedel*

10

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

11

| TAD SCHLATRE, Individually and on Behalf of All Others Similarly Situated, | Case No. 2:21-cv-02209-RFB-NJK |
|---|---|

12

| | |
|---|---|

| Plaintiff, | **DECLARATION OF CORY JAY WIEDEL IN SUPPORT OF HIS MOTION FOR APPOINTMENT AS LEAD PLAINTIFF** |

13

14

| v. | |
|---|---|

15

| MARATHON DIGITAL HOLDINGS, INC. f/k/a MARATHON PATENT GROUP, INC., MERRICK D. OKAMOTO, FREDERICK G. THIEL, and SIMEON SALZMAN, | |
|---|---|

16

17

| Defendants. | |
|---|---|

18

19

I, Cory Jay Wiedel, pursuant to 28 U.S.C. § 1746, declare as follow:

20

1.      I respectfully submit this Declaration in support of my motion for appointment as

21

Lead Plaintiff in the above-captioned securities class action (the "Action") against Marathon

22

Digital Holdings, Inc. f/k/a Marathon Patent Group, Inc. ("Marathon" or the "Company"). I have

23

personal knowledge about the facts stated herein and could competently testify to them if called

24

to do so.

25

2.      I currently reside in Omaha, Nebraska. I have a Bachelor of Science in Agriculture.

26

I am currently self-employed as the owner of Smash My Trash, located in Omaha, Nebraska

27

where I oversee two employees. I have been investing in securities for twelve years. Further, I

28

have experience hiring and overseeing attorneys for routine business matters.

3.    I am both capable and qualified to serve as the lead plaintiff in the Action. By virtue of my significant financial interest in the resolution of the Action, I am motivated to litigate vigorously, efficiently, and to the best of my ability to maximize the potential recovery for myself and the Class I seek to represent.

4.    Prior to seeking appointment as lead plaintiff in the Action, I communicated with attorneys at Levi & Korsinsky, LLP about the lead plaintiff process, the responsibilities of a lead plaintiff, and how the Action would progress after a lead plaintiff is appointed. I understand that a lead plaintiff is required to direct the litigation on behalf of the Class, stay apprised of all material developments of the litigation, and that I would owe fiduciary duties to the Class to act in its best interest.

5.    I understand that I was not required to seek appointment as lead plaintiff in order to recover. Rather, based on my financial interest, I decided to seek lead plaintiff appointment than remain an absent class member.

6.    After discussing the responsibilities of serving as a lead plaintiff and being satisfied that Levi & Korsinsky, LLP would adequately serve as lead counsel based on the firm's experience, resources, and past successes, I signed a retainer agreement with Levi & Korsinsky, LLP and authorized the firm to file a lead plaintiff motion on my behalf. I understand that my counsel is submitting this declaration along with a timely application for appointment as lead plaintiff on my behalf.

DECLARATION OF CORY JAY WIEDEL

1    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing

2    statements related to myself are true and correct.

3

4    Signed: 

5

6    Name: Cory Jay Wiedel

7

8

9    Date: 2-14-22

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28