# EXHIBIT F



311 East Liberty Street
Reno, Nevada 89501
775-323-1321
775-323-4082 (fax)
www.omaralaw.net

## FIRM RESUME

For over eighteen (18) years, David C. O'Mara has built and maintained an outstanding reputation within the State of Nevada by providing superior legal services to his many clients.

The O'Mara Law Firm is a full-service law firm located in Reno, Nevada, serving a wide range of clients throughout Nevada in both state and federal courts. With experience in areas such as complex commercial and civil litigation, business law, securities and investment disputes, family law, and election law. The firm's attorneys have the experience, knowledge, and integrity to represent their clients in an aggressive, compassionate, and ethical manner.

### *Class Action and Shareholder Litigation*

The O'Mara Law Firm has served as lead, local or liaison counsel in several class actions and shareholder actions.  Some of these cases include:

- *Lauren v. The Sands Regent, et al.*, CV06-01275 (2nd Judicial Dist., Nevada)

- *Thompson v. Direct General Corp.*, 07-C-0026 (12th Judicial Dist., Tennessee) (Lead Counsel)

- *Saullo v. Benson, et al.*, A525433 (8th Judicial Dist., Nevada)

- *West Palm Beach Firefighter's Pension Fund v. Station Casinos, Inc.*, A536211 (8th Judicial Dist., Nevada)

- *Hendrickson v. Gunnerman*, CV07-00187 (2nd Judicial Dist., Nevada)

- *Pirelli Armstrong Tire Corp. Retiree Medical Benefits Trust v. Yoseloff, et. al.* (ShuffleMaster), 2:07-cv-01215

- *In Re MGM Mirage, Deriv. Litig.* 2:09-cv-01815 (D. Nev) (Co-Lead Counsel)

- *Opton v. Financial Federal Corp.*, 09-OC-00542 (1st Jud. Dist. Ct.)

- *Kolesnik v. Arena Resources*, CV10-01132 (2nd Judicial Dist. Ct.)

- *International Brotherhood of Electrical Workers Local 697 Pension Fund v. International Game Technology, et. al.*, 3:09-cv-00419 (D. Nev.) (obtained a 12.5-million-dollar recovery for the shareholders)

- *In Re China Green Agriculture, Inc., Derivative Shareholder Litigation*, 10-OC-00563 (1st Judicial District, Nevada)

- *Forsbe v. Las Vegas Sands Corp., et. al.* 2:10-cv-00765 (D. Nev.)

- *Howell v. JBI, Inc., et. al*, 3:11-cv-00545 (D.Nev.)

- *In Re Wonder Auto Technology, Inc., Derivative Shareholder Litigation*, 11-OC-00193 (1st Judicial District Ct. Nevada)



- *Loab v. Jiangping Jiang* (Universal Travel) 11-OC-1691 (1st Judicial District Ct. Nevada)

- *Stauffer v. Lee, et. al.* (L&L Energy), 11-OC-00353 (1st Judicial District Ct. Nevada)

- *In Re Assisted Living Concepts, Inc., Shareholder Litigation*, A-12-6754054 (8th Judicial Dist. Ct. Nevada)

- *In Re Zappos Security Breach Litigation*, (MDL 2357) 3:12-cv-00325 (D.Nev.)(obtained a settlement)

- *In Re Zappos Security Breach Litigation,* 16-16860 (9th Circuit Court of Appeals) (Reversed and Remanded back to the Nevada Federal District Court)( United States Supreme Court review denied).

- *IBEW Local 98 Pension Fund v. Chen, et. al*. (Wynn Resorts) A-12-661217 (8th Jud. Dist. Ct. Nevada)

- *In Re Parametric Sound Corporation Shareholder Litigation*, A-13-686890 (8th Judicial Dist. Ct. Nevada) (obtained a $9,650,000.00 recovery for the shareholders.)

- *Small, et. al. v. University Medical Center of Southern Nevada*, 2:13-cv-00298 (D.Nev) (obtained a $4,025,000.00 settlement for 586 opt-in Plaintiffs on a wage and hour case.)

- *In Re Spectrum Pharmaceuticals Inc., Securities Litigation*, 2:13-cv-00433 (D.Nev.)(obtained a $7,000,000.00 recovery for the shareholders).

- *In Re International Game Technology Shareholder's Litigation*, A-14-704058 (8th Judicial Dist. Ct. Nevada).

- *Schmidt v. Liberator Medical Holdings, Inc.,* A-15-728234-B (8th Judicial Dist. Ct. Nevada) (obtained a $4,750,000.00 recovery for the shareholders with an additional $3,000,000.00 settlement of litigation pending in California.)

- *Plumbers Local Union No*. 519 v. *Ergen et al and Dish Network Corporation*; A-17-763397 (8th Judicial District Ct of Nevada)

- *Huffman v. Marnell Gaming, Inc.,* No. A-18-784363B ("Marnell"); *Huffman v. Truckee Gaming*, *LLC*, No. CV18-02257 ("Truckee"); *Huffman v. Sierra Development Company, Inc*., No. CV18-02258 ("Sierra"). *Alatalo v. MGM Resorts International* No. CV19-793066, *Artman v. Monarch Casino & Resort, Inc.,* No. CV18-02134 ("Monarch"), and *Artman v. El Dorado Resorts, Inc*., No. CV18-02133 ("Eldorado") (These cases were part of a global settlement that resulted in a recover of $14,000,000.00 in an Illinois Court)

**FIRM ATTORNEY**

**David C. O'Mara**

A native of Reno, Nevada, David C. O'Mara received his bachelor's degree in Political Science from the University of Nevada, Reno.  Following his graduation from the University of Nevada, Reno, David's worked as an aide to Congressman James Gibbons (R-NV) in Washington D.C., where he served as a legislative correspondent handling various issues including, natural resources, taxes and the Congressional Mining Caucus.



David earned his Jurist Doctor degree, along with a Government Affairs Certificate, from the University of the Pacific, McGeorge School of Law.  David was active in the Government Affairs Association, where he assisted in the drafting of the California Victim's Compensation Act (SB1423) and the Nevada Student Association.

Following law school, Mr. O'Mara served as a law clerk to the Honorable Steven Kosach of the Second Judicial District Court for the State of Nevada.  Thereafter, David served as legal counsel/election day coordinator for the Nevada Republican Party during the 2004 Presidential Election, where he sought to ensure fair and open elections.

Prior to joining the O'Mara Law Firm, David served as a law clerk with the United States Court of Federal Claims - an Article I Court with jurisdiction over various claims against the United States government, including contracts, Fifth Amendment takings claims, and tax refunds.  At the Federal Court of Claims, David worked with a panel of senior judges, including the Honorable Loren Smith and the Honorable Chief Judge Edward Damich.

As a shareholder with The O'Mara Law Firm, David practices primarily in and has experience with complex civil litigation, shareholder litigation, election law, family law, and probate and trust administration. David has been admitted to the State Bar of Nevada and is licensed to practice in all Nevada courts.  David is also licensed to practice in the United States Court of Federal Claims.  David holds memberships in the Nevada State Bar Association, the Washoe County Bar Association, the Clark County Bar Association and the United States Court of Federal Claims Bar Association.

***Selection of Nevada Supreme Court Decisions*:**

- *Bero-Wachs v. The Law Office of Logar and Pulver*, 123 Nev. 71, 157 P.3d 704, (Nev. 2007). (Attorney's lien could not attach to any exempt property that were exempt from execution under the exemption statute.)

- *In re Terry L.,* 2010 WL 3276160 (2010).  David C. O'Mara was appointed to represent Terry L., a minor child, after the State charged him with battery with a deadly weapon and sought certification of the juvenile as an adult.  After successfully defending Terry in the district court, the Nevada Supreme Court affirmed the district court's denial of the State's motion for certification.

- *Nevada Democratic Party v. Nevada Republican Party*, 256 P.3d 1 (2011). This was an appeal from a district court order granting a permanent injunction in a special election matter.  David represented the Nevada Republican Party at the trial and appellate level which resulted in the Nevada Supreme Court affirming the district court's order allowing a major political party to nominate their candidate in a special election to fill the vacancy in a seat for the United States House of Representatives. Political pundits throughout the state believe that the result of this litigation secured the seat would remain a republican stronghold.

- *State v. First Jud. Dist. Ct. (Pierson),* 2011 WL 3655154 (2011).  In 2007, the Storey County DA filed a criminal complaint charge the firm's client with battery and sexual assault.  The firm was able to obtain an order from the district court directing the State to obtain a victim's prior medical records and precluding the State's expert from testifying at trial.  The State petition the Nevada Supreme Court for a writ of mandamus or prohibition challenging the district court's order.  David O'Mara successfully represented Mr. Pierson at the trial and appellate level.  The Nevada Supreme Court denied the State writ petition and the criminal complaint was later dismissed



- *Sandpointe Apts. v. Eighth Jud. Dist. Ct.*, 313 P.3d 849 (2013).  David filed an Amicus Curiae on behalf of the Nevada Banker's Association, which later resulted in a favorable decision for the Association's members.

- *Bhan v. Das*, 129 Nev. 1098, 2013 (unpublished) David successfully defended a jury verdict in a defamation and breach of contract action and from a post-judgment order denying a new trial.

- *Guardianship of Aden Hailu v. Prime Healthcare Services*, 131 Nev. 872, 361 P.3d 524 (2015) (David successfully overturned the District Court's decision to deny a temporary restraining order to enjoin hospital from removing patient from life-support. The Supreme Court held that as a matter of first impression, district court failed to properly consider whether American Association of Neurology guidelines adequately measure all functions of entire brain, including the brain stem, under Uniform Determination of Death Act.)