1 John P. Aldrich, Esq. (Resident Counsel)
Nevada State Bar #6877
2 Aldrich Law Firm, Ltd.
7866 West Sahara Ave.
3 Las Vegas, NV 89117
Tel: (702) 853-5490
4 jaldrich@johnaldrichlawfirm.com

5 *Liaison Counsel for [Proposed]
Lead Plaintiff Carlos Marina*
6
Reed R. Kathrein (to be admitted *pro hac vice*)
7 Lucas E. Gilmore (to be admitted *pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
8 715 Hearst Avenue, Suite 202
Berkeley, CA  94710
9 Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
10 reed@hbsslaw.com
lucasg@hbsslaw.com
11
*Attorneys for [Proposed]
12 Lead Plaintiff Carlos Marina*

13 [Additional counsel on signature page]

14

15 **UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
16

| | |
|---|---|
| TAD SCHLATRE, Individually and On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MARATHON DIGITAL HOLDINGS, INC., f/k/a MARATHON PATENT GROUP, INC., MERRICK D. OKAMOTO, FREDERICK G. THIEL, and SIMEON SALZMAN,<br><br>Defendants. | Case No.: 2:21-cv-02209-RFB-NJK<br><br><u>CLASS ACTION</u><br><br>**DECLARATION OF JOHN P. ALDRICH IN SUPPORT OF MOTION TO APPOINT CARLOS MARINA AS LEAD PLAINTIFF, AND APPROVE HIS SELECTION OF LEAD COUNSEL** |

1  I, John P. Aldrich, declare as follows:

2  1. I am a partner at the law firm Aldrich Law Firm, Ltd., Liaison Counsel for class member Carlos Marina ("Movant"). I am an attorney licensed to practice law in the State of Nevada. I make this declaration in support of Movant's Motion to Appoint Movant as Lead Plaintiff and Approve Movant's Selection of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached are true and correct copies of the following exhibits:

Exhibit A:  Notice of pendency of class action published in *GlobeNewswire*, a national business-oriented wire service, on December 17, 2021;

Exhibit B:  Hagens Berman's firm résumé;

Exhibit C:  Aldrich Law Firm's résumé;

Exhibit D:  Chart of Movant's estimated losses;

Exhibit E:  Movant's Declaration; and

Exhibit F:  Movant's sworn Certification.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 15th day of February 2022, at Las Vegas, Nevada.

  */s/ John P. Aldrich*
  JOHN P. ALDRICH

**CERTIFICATE OF SERVICE**

I hereby certify that on February 15, 2022, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List.

**ALDRICH LAW FIRM, LTD.**

*/s/John P. Aldrich*
John P. Aldrich, Esq.