# Exhibit C

7866 West Sahara Avenue
Las Vegas, NV 89117
T: 702-853-5490 • F: 702-227-1975
jaldrich@johnaldrichlawfirm.com
www.johnaldrichlawfirm.com

John P. Aldrich *
_____

Catherine Hernandez
Jamie S. Hendrickson
* Also admitted in Utah and Idaho

# Aldrich Law Firm, Ltd.
## Current as of November 2021

Aldrich Law Firm, Ltd. has significant experience in commercial litigation, personal injury law and insurance defense litigation (including general liability, high dollar injury cases, and insurance pad faith), as well as complex litigation and appellate matters. The Firm has clients both large and small, and regularly acts as local counsel in significant litigation matters.

The Firm's attorneys provide aggressive, creative, and competent representation in all State and Federal Courts in Nevada. The Firm has attorneys licensed to practice in Nevada, Utah, and Idaho.

Through its hard-working attorneys and staff, the Firm strives to provide excellent service to its clients by responding promptly to inquiries and issues from clients, opposing counsel, and the courts. Although the Firm's attorneys have big firm experience, the small size of the firm lends itself to greater access for clients.

## JOHN P. ALDRICH

The Firm is led by its founder, John P. Aldrich. Mr. Aldrich has extensive experience in all phases of litigation and many areas of the law. Below is a brief outline of Mr. Aldrich's education, experience, and accomplishments.

### Education

• Bachelor of Arts, Economics, Brigham Young University, 1995
• Juris Doctorate, University of Idaho, 1999

### Specialized Training

• Harvard Mediation Training, Harvard University Law School, 2012 (certificate received)

**Bar Admissions**

- State Bar of Nevada, 1999
- United States District Court, District of Nevada, 1999
- Utah State Bar, 2000
- Idaho State Bar, 2002
- United States District Court, District of Idaho, 2002
- United States Court of Appeals for the Ninth Circuit, 2005
- United States Supreme Court, 2006

**Trial Experience**

- Mr. Aldrich has tried 13 cases to verdict, acting as either first or second chair.

**Arbitration Experience**

- Mr. Aldrich has handled numerous arbitrations. Mr. Aldrich's best estimate is that he has handled more than 50 arbitration hearings (both binding arbitrations and court-mandated non-binding arbitration proceedings).

**Post-Trial Motion Experience**

- Mr. Aldrich has extensive experience handling post-trial motions such as motions to set aside judgments, motions for new trial, and the like.

**Representative Class Action/Shareholder Derivative Experience**

- In re MGM Mirage Securities Litigation, United States District Court, District of Nevada, Case No. 2:09-cv-01558-GMN-VCF.
- Albert Perron, Derivatively on Behalf of China Armco Metals, Inc. V. Kexuan Yao, et al., Eighth Judicial District Court, Case No. A-13-679151-C.
- Siu Yip, et al. v. Galectin Therapeutics, Inc., et al., Eighth Judicial District Court, Case No. A-14-706397-B.
- Stephen Bushansky, Derivatively on Behalf of AAC Holdings, Inc. v. Jerrod N. Menz, et al., Eighth Judicial District Court, Case No. A-15-727891-C.
- Jesseph v. Digital Ally, Inc., Eighth Judicial District Court, Case No. A-18-781874-B.
- The Daniels Family 2001 Revocable Trust v. Las Vegas Sands Corp., et al., United States District Court, District of Nevada, Case No. 2:20-cv-01958-GMN-EJY.

**Representative Appellate Experience**

- Wade v. Stratosphere Gaming Corp., Nevada Supreme Court Case No. 50760.
- Pavao v. Allstate Insurance Co., 9th Circuit Court of Appeals Case No. 3:06-cv-00319-ECR (VPC).
- Starks v. State of Nevada, Nevada Supreme Court Case No. 47183.
- Thomas v. State of Nevada, Nevada Supreme Court Case No. 45992.
- Mitchell Capital, LLC v. Powercom, Inc., et al., Nevada Supreme Court Case No. 64669.
- Las Vegas Metropolitan Police Department v. Charles Jenkins, Las Vegas Police Managers

and Supervisors Association, et al., Nevada Supreme Court Case No. 65102.
- Hospitality International Group, et al. v. Gratitude Group, LLC, Nevada Supreme Court Case No. 69585.
- Bank of America, N.A. v. Rugged Oaks Inv.'s, LLC, Nevada Supreme Court Case No. 68504.
- Summit Canyon Res., LLC v. US Bank N.A., Nevada Supreme Court Case No. 70255.
- Summit Canyon Res., LLC v. US Bank Nat'l Ass'n, Nevada Supreme Court Case No. 70282.
- Siu Yip, et al. v. Galectin Therapeutics, Inc., et al., Nevada Supreme Court Case No. 70854.
- Augusta Investment Management, LLC v. Carrington Mortgage Services, LLC, Nevada Supreme Court Case No. 71934.
- Jesseph v. Digital Ally, Inc., Nevada Supreme Court Case No. 78480.
- Deutch v. Eighth Judicial District Court, Nevada Supreme Court Case No. 81548 (Writ Petition).
- Front Sight Management, LLC v. Eighth Judicial District Court, Nevada Supreme Court Case No. 81776 (Writ Petition).

In addition, Mr. Aldrich wrote appeals as a law clerk in the Idaho Attorney General's Office and the Clark County District Attorney's Office. However, because he was a law clerk, Mr. Aldrich's name does not appear on all of the briefs he wrote. By his best estimate, Mr. Aldrich has drafted more than 30 appellate briefs.

**Appellate Court Arguments**

- April 1999, State v. Peterson, 981 P.2d 1154 (Idaho Ct. App. 1999).
- June 2015, Mitchell Capital, LLC v. Powercom, Inc., et al., Nevada Supreme Court Case No. 64669.
- June 2015, Las Vegas Metropolitan Police Department v. Charles Jenkins, Las Vegas Police Managers and Supervisors Association, et al., Nevada Supreme Court Case No. 65102.

**Professional Associations**

- Clark County Bar Association, President 2018 (Board Member 2010-2017).
- Clark County Bar Association, CLE Committee 2002-10 (Chair, 2008-10).
- American Bar Association, Past Member, Trial Evidence Committee.

**Publications**

- John P. Aldrich, *Supreme Court Rules Pro Bono Counsel Is Entitled To Fees*, Clark County Bar Association's *Communique'* magazine, December 2005.
- John P. Aldrich, *The Self-Critical Analysis Privilege*, Clark County Bar Association's *Communique'* magazine, August 2006.

**Special Distinctions & Interests**

- Member and Notes & Comments Editor, Idaho Law Review, 1998-99.
- Fluent in Italian.
- Formerly panel counsel for CNA Insurance, Major Case Unit (exposure in excess of

- $150,000), 2005-2006.
- Formerly panel counsel for AIG, Lexington, Lincoln National, and other related companies, Excess Panel (exposure in excess of $1,000,000) while at law firm of Beckley Singleton (now Lewis, Roca, Rothgerber, et al.), 2002-2004.
- Selected to the prestigious *Mountain States Super Lawyers 2013, 2014, 2016 and 2017* for business litigation (peer nominated and evaluated).
- Listed in the prestigious *Vegas Inc.'s Top Lawyers 2013* for litigation.
- Clark County Bar Association Board Member of the Year, 2017.

**Presentations**

- John P. Aldrich, Richard Harris, et al., *Starting and Surviving Your Own Law Practice*, Clark County Bar Association CLE, 2005.
- Discovery Commissioner Bonnie Bulla and John P. Aldrich, *Attorney-Client Privilege and Work Product Doctrine*, Clark County Bar Association CLE, 2009.
- Dennis Kennedy, John P. Aldrich, and Bill Kapalka, *Avoiding Solo/Small Firm Ethical Traps*, Clark County Bar Association CLE, 2010.
- Discovery Commissioner Bonnie Bulla and John P. Aldrich, *Asserting Privilege: The Attorney-Client Privilege and Work Product Doctrine*, Clark County Bar Association CLE, 2017.

**Volunteer Work**

- Various years between 1995 - present, Boy Scouts of America (Assistant Scout Master, Cub Scout Den Leader, etc.)
- Mr. Aldrich has been and continues to be a youth sports coach. He has coached (or assisted) basketball, flag football, soccer, and baseball.