**Marathon Digital Holdings, Inc. (MARA)**
**Class Period: October 13, 2020 to November 15, 2021**
**(Includes 90-Day Sales @ Statutory Pricing)**

|  | Purchase |  |  |  | Sales |  |  |  | Shares | 89-Day* Mean Price $35.2781 Estimated | Estimated |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Plaintiff | Date | Shares | Price | Amount | Date | Shares | Price | Amount | Retained | Value | Gain(Loss) |
| Schlatre, Tad | 6/1/2021 | 80 | $24.7000 | ($1,976) | 7/6/2021 | (50) | $30.6500 | $1,533 | | | |
| Schlatre, Tad | 6/11/2021 | 19 | $26.4200 | ($502) | 8/10/2021 | (174) | $34.5000 | $6,003 | | | |
| Schlatre, Tad | 7/2/2021 | 50 | $30.5800 | ($1,529) | 8/12/2021 | (43) | $33.3100 | $1,432 | | | |
| Schlatre, Tad | 8/6/2021 | 174 | $33.9100 | ($5,900) | 8/12/2021 | (57) | $33.3100 | $1,899 | | | |
| Schlatre, Tad | 8/6/2021 | 221 | $33.6800 | ($7,443) | 8/12/2021 | (112) | $33.3200 | $3,732 | | | |
| Schlatre, Tad | 8/6/2021 | 39 | $33.8300 | ($1,319) | 8/12/2021 | (217) | $33.3200 | $7,230 | | | |
| Schlatre, Tad | 8/6/2021 | 70 | $33.5100 | ($2,346) | 8/13/2021 | (68) | $34.5000 | $2,346 | | | |
| Schlatre, Tad | 8/11/2021 | 168 | $36.0000 | ($6,048) | 8/13/2021 | (100) | $34.5100 | $3,451 | | | |
| Schlatre, Tad | 9/3/2021 | 500 | $44.5100 | ($22,255) | 9/3/2021 | (500) | $44.0000 | $22,000 | | | |
| Schlatre, Tad | 10/26/2021 | 825 | $55.2200 | ($45,557) | 11/1/2021 | (18) | $55.0800 | $991 | | | |
| Schlatre, Tad | 10/29/2021 | 20 | $50.7000 | ($1,014) | 11/1/2021 | (50) | $55.0200 | $2,751 | | | |
| Schlatre, Tad | 10/29/2021 | 18 | $50.7000 | ($913) | 11/1/2021 | (52) | $55.1800 | $2,869 | | | |
| Schlatre, Tad | 10/29/2021 | 2 | $50.7000 | ($101) | 11/1/2021 | (55) | $55.0700 | $3,029 | | | |
| Schlatre, Tad | 11/15/2021 | 1,000 | $74.1000 | ($74,100) | 11/1/2021 | (300) | $55.0600 | $16,518 | | | |
| Schlatre, Tad | 11/15/2021 | 2 | $73.9000 | ($148) | 11/1/2021 | (390) | $55.1000 | $21,489 | | | |
| **Schlatre, Tad** | | **3,188** | | **($171,151)** | | **(2,186)** | | **$97,273** | **1,002** | **$35,349** | **($38,529)** |

*Avg Closing Prices from November 16, 2021 through February 11, 2022