# EXHIBIT C

# Financial Interest Analysis

**Company Name:** Marathon Digital Holdings, Inc.
**Ticker:** MARA
**Class Period:** October 13, 2020 to November 15, 2021
**Name:** Pathma Venasithamby

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 11/12/2021 | 1,000 | $74.2384 | -$74,238.4000 | | $0.0000 | -$74,238.40 |
| 11/15/2021 | 800 | $68.6999 | -$54,959.9200 | | $0.0000 | -$54,959.92 |
| 1/18/2022 | -1,000 | | $0.0000 | $39.8691 | $39,869.0909 | $39,869.09 |
| 1/18/2022 | -800 | | $0.0000 | $39.8691 | $31,895.2727 | $31,895.27 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | 0 | | | | Subtotal: | -$57,433.96 |
| | | | 90-Day Average Price | Shares Retained | 90-Day Average: | $0.00 |
| | | | $35.2781 | 0 | **Total:** | **-$57,433.96** |

**Notes**

The 90-Day Average Price used in this loss chart is the average closing price between November 15, 2021 to February 11, 2022. Any shares sold post-Class Period are valued using the greater of: (a) the average closing price between the end of the Class Period and the sales date, or (b) the actual sales price.