# EXHIBIT E



## **Firm History**

Muehlbauer Law Office, Ltd. was formed in 2015 by Andrew R. Muehlbauer. Sean P. Connell joined the firm as a partner in 2016. The firm's sole practice is litigation, and its plaintiff litigation practice consists of representing parties in cases involving mergers and acquisition, securities fraud, consumer class actions, and general litigation matters. Muehlbauer Law Office's primary office is located in Las Vegas, Nevada, but it also maintains a presence in Arizona and Illinois to assist its clientele in litigation matters in those states.

Mr. Muehlbauer graduated *magna cum laude* from the University of Minnesota Law School in 2006 and moved to Las Vegas immediately after graduation to begin work at the regional litigation firm of Cooksey, Toolen, Gage, Duffy & Woog, PC. At Cooksey Toolen, Mr. Muehlbauer began representing shareholders in various types of litigation, including challenges to mergers, securities fraud, and derivative suits. Mr. Muehlbauer rose through the firm quickly to become the youngest partner in the firm by 2014 before leaving to create Muehlbauer Law Office. Mr. Muehlbauer has represented countless shareholders in class action lawsuits in Nevada over the past 15 years, working with top law firms in the field cooperatively to achieve favorable results for his clients.

Mr. Connell graduated from Iowa Law School with distinction in 2000 and moved to Las Vegas to begin his litigation career. Mr. Connell has represented clients in virtually every field of litigation, and has broad experience practicing before the United States District Court and in complex litigation matters.

Mr. Muehlbauer has acted as lead local counsel on numerous class action lawsuits venued in Nevada, including several of the most significant financial settlements reached in recent jurisdictional history, including but not limited to the following:

- *Mac Costas v. Ormat Technologies, Inc., et al.*
- *In re Yongye International, Inc. Shareholder Litigation*
- *In re Bally Technologies Inc. Stockholder Litigation*
- *In re NV Energy Inc. Shareholder Litigation*
- *In re Trunkbow International Holdings Limited Shareholder Litigation*
- *In re China Transinfo Technology Corp. Shareholder Litigation*
- *In re Winner Medical Group Shareholder Litigation*
- *In re Harbin Electric Inc. Shareholder Litigation*

Muehlbauer Law Office prides itself on its role as liaison counsel in Nevada to help guide some of the top securities litigation firms in the country through the processes and practices in the State of Nevada. While some liaison counsel seem to consider this role as simply acting as a local

7915 West Sahara Ave.
Suite 104
Las Vegas, NV 89117

PHONE   702.330.4505
FAX     702.825.0141
EMAIL   andrew@mlolegal.com

conduit for larger firms, Muehlbauer Law Office requires final review and approval of all documents to be filed in every case to ensure the quality of the work product and conformance to Nevada laws and practices. Muehlbauer Law Office also insists on being involved in every aspect of the case to ensure adherence to all legal and ethical obligations to the client, the Court, and the Nevada legal community. This collaborative approach with lead counsel has consistently yielded strong results for the client, while also ensuring that Nevada's high standards of practice and decorum are respected.