1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TAD SCHLATRE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MARATHON DIGITAL HOLDINGS, INC. f/k/a MARATHON PATENT GROUP, INC., MERRICK D. OKAMOTO, FREDERICK G. THIEL, and SIMEON SALZMAN,<br><br>Defendants. | Case No. 2:21-cv-02209-RFB-NJK<br><br>**[PROPOSED] ORDER** |

Having considered the Motion of Pathma Venasithamby for Appointment as Lead Plaintiff and Approval of Counsel (the "Motion"), and good cause appearing, the Court ORDERS as follows:

1. The Motion is GRANTED;

2. The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B), appoints Pathma Venasithamby as Lead Plaintiff; and

3. Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), the Court approves Lead Plaintiff's selection of Glancy Prongay & Murray LLP as Lead Counsel for the class and Muehlbauer Law Office, Ltd. as Liaison Counsel for the class.

IT IS SO ORDERED.

Dated: _____, 2022          _____
                                        HON. RICHARD F. BOULWARE, II
                                        UNITED STATES DISTRICT JUDGE