| | |
|---|---|
| **KEMP JONES, LLP**<br>Don Springmeyer (SBN 1021)<br>Wells Fargo Tower, 17th Floor<br>3800 Howard Hughes Parkway<br>Las Vegas, Nevada 89169<br>Telephone: (702) 385-6000<br>Facsimile: (702) 385-6001<br>d.springmeyer@kempjones.com<br><br>*Proposed Liaison Counsel for the Class* | **LABATON SUCHAROW LLP**<br>Francis P. McConville (*pro hac vice* forthcoming)<br>David J. Schwartz (*pro hac vice* forthcoming)<br>140 Broadway<br>New York, New York 10005<br>Telephone: (212) 907-0700<br>Facsimile: (212) 818-0477<br>fmcconville@labaton.com<br>dschwartz@labaton.com<br><br>*Counsel for Proposed Lead Plaintiff and Proposed Lead Counsel for the Class* |

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| TED SCHLATRE, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>MARATHON DIGITAL HOLDINGS, INC. f/k/a MARATHON PATENT GROUP, INC., MERRICK D. OKAMOTO, FREDERICK G. THIEL, and SIMEON SALZMAN,<br><br>　　　　　　　　　　　Defendants. | Case No. 2:21-CV-02209-RFB-NJK<br><br>**CLASS ACTION**<br><br>**RESPONSE OF EVAN DANA TO COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL** |

1   Proposed Lead Plaintiff Evan Dana ("Mr. Dana") respectfully submits this response to the
2   pending motions for appointment as Lead Plaintiff and approval of selection of Lead Counsel in
3   the above-captioned securities class action (the "Action").
4   On February 15, 2022, Mr. Dana filed a motion for appointment as Lead Plaintiff and
5   approval of selection of Lead Counsel for the Class. *See* ECF No. 10. On that date, Cory Jay
6   Wiedel ("Mr. Wiedel") (ECF No. 11); Carlos Marina ("Mr. Marina") (ECF No. 12); Tad Schlatre
7   (ECF No. 13); and Pathma Venasithamby (ECF No. 14), also filed competing motions for
8   appointment as Lead Plaintiff and approval of selection of Lead Counsel.
9   The Private Securities Litigation Reform Act ("PSLRA") provides that the "court shall
10  adopt a presumption that the most adequate plaintiff" is the movant with "the largest financial
11  interest in the relief sought by the class" that "otherwise satisfies the requirements of Rule 23 of
12  the Federal Rules of Civil Procedure." 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I). Having reviewed the
13  competing motions and supporting papers provided by the other movants seeking appointment as
14  Lead Plaintiff, it appears that Mr. Marina possesses the "largest financial interest in the relief
15  sought by the class" as required by the PSLRA and otherwise satisfies the requirements of Rule
16  23 of the Federal Rules of Civil Procedure.
17  The only other movant with a larger loss than Mr. Dana appears to be Mr. Wiedel.
18  However, a simple review of the transaction history submitted to the Court (ECF No. 11-3)
19  indicates the timing of Mr. Wiedel's purchases of Marathon securities render him atypical within
20  the meaning of Rule 23, and likewise subjects him to a disqualifying unique defense. Indeed, **all**
21  of Mr. Wiedel's purchases of Marathon securities occurred on November 15, 2021, **after** the
22  investing public learned of Marathon's malfeasance.[1] Given the timing and magnitude of Mr.
23  Wiedel's post-disclosure transactions, he would not be entitled to the presumption of reliance
24  established in *Basic, Inc. v. Levinson*, 485 U.S. 224 (1988), and therefore exposed to fatal defenses

---

[1] Here, the corrective disclosure regarding the pending SEC investigation was released in a quarterly report on Form 10-Q (ECF No. 1, ¶ 42), which was filed with the SEC on November 15, 2021 and accepted at **6:03AM ET**, before market trading hours. *See* https://www.sec.gov/Archives/edgar/data/0001507605/000149315221028278/0001493152-21-028278-index.htm).

1  not generally faced by other Class members.  *See, e.g.*, *In re Hebron Tech. Co., Ltd. Sec. Litig.*,
2  No. 20 CIV. 4420 (PAE), 2020 WL 5548856, at *8 (S.D.N.Y. Sept. 16, 2020) (rejecting lead
3  plaintiff movant with similar trading pattern and concluding "that the cottage industry of issues
4  surrounding [movant]'s purchase of [defendant] shares would saddle, or at least potentially saddle,
5  his claims with unique defenses"); *Lundy v. Ideanomics, Inc.*, No. 20 CIV. 4944 (GBD), 2020 WL
6  7389027, at *3 (S.D.N.Y. Dec. 16, 2020) (rejecting lead plaintiff movant as "subject to a unique
7  defense because he purchased *all* his class period shares after the June 25, 2020 partial corrective
8  disclosures") (italics in original).  Mr. Wiedel should be disqualified from Lead Plaintiff
9  consideration.

10  Accordingly, were the Court to determine that Mr. Marina is incapable or inadequate to
11  represent the Class in this litigation for any reason, with Mr. Wiedel eliminated from consideration,
12  Mr. Dana would be the "next in line" and stands ready, willing, and able to serve as Lead Plaintiff
13  of the Action.  Mr. Dana reserves any and all rights to participate in any recovery in the Action.

14  DATED: March 1, 2022                    Respectfully submitted,

16                                          */s/ Don Springmeyer*

17                                          **KEMP JONES, LLP**
                                            Don Springmeyer (SBN 1021)
18                                          Wells Fargo Tower, 17th Floor
                                            3800 Howard Hughes Parkway
19                                          Las Vegas, Nevada 89169
                                            Telephone: (702) 385-6000
20                                          Facsimile: (702) 385-6001
                                            d.springmeyer@kempjones.com
21
22                                          *Proposed Liaison Counsel for the Class*

23                                          **LABATON SUCHAROW LLP**
                                            Francis P. McConville (*pro hac vice* forthcoming)
24                                          David J. Schwartz (*pro hac vice* forthcoming)
                                            140 Broadway
25                                          New York, New York 10005
                                            Telephone: (212) 907-0700
26                                          Facsimile: (212) 818-0477
                                            fmcconville@labaton.com
27                                          dschwartz@labaton.com
28

1  
2  
3  
4  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

*Counsel for Proposed Lead Plaintiff and Proposed Lead Counsel for the Class*

**THE SCHALL LAW FIRM**
Brian Schall
Rina Restaino
1880 Century Park East, Suite 404
Los Angeles, California 90067
Telephone: (424) 303-1964
brian@schallfirm.com
rina@schallfirm.com

*Additional Counsel for Proposed Lead Plaintiff*

RESPONSE OF EVAN DANA TO COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL CASE NO. 2:21-CV-02209-RFB-NJK

3

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2022, a true and correct copy of this **RESPONSE OF EVAN DANA TO COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By: /s/ *Don Springmeyer*

Don Springmeyer