ANDREW R. MUEHLBAUER, ESQ.
Nevada Bar No. 10161
**MUEHLBAUER LAW OFFICE, LTD.**
7915 West Sahara Ave., Suite 104
Las Vegas, Nevada 89117
Telephone: (702) 330-4505
Facsimile: (702) 825-0141
Email: andrew@mlolegal.com

CHARLES H. LINEHAN (*pro hac vice forthcoming*)
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: clinehan@glancylaw.com

*Counsel for Lead Plaintiff Movant Pathma Venasithamby*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TAD SCHLATRE, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> MARATHON DIGITAL HOLDINGS, INC. f/k/a MARATHON PATENT GROUP, INC., MERRICK D. OKAMOTO, FREDERICK G. THIEL, and SIMEON SALZMAN, <br><br> Defendants. | Case No. 2:21-cv-02209-RFB-NJK <br><br> **DECLARATION OF ANDREW R. MUEHLBAUER IN SUPPORT OF THE PATHMA VENASITHAMBY'S OPPOSITION TO COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF** |

I, Andrew R. Muehlbauer, declare as follows:

1. I am a Partner at the law firm Muehlbauer Law Office, Ltd., counsel for Plaintiff and Lead Plaintiff Movant Pathma Venasithamby ("Venasithamby") and proposed liaison counsel for the class in the above-captioned action. I make this declaration in support of Pathma Venasithamby's Opposition to Competing Motions for Appointment as Lead Plaintiff. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached as Exhibit A is a true and correct copy of the price of Marathon Digital Holdings, Inc. securities on October 19, 2021, including pre- and post-market data, obtained via Bloomberg.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 1st day of March 2022, at Las Vegas, Nevada.

*/s/ Andrew R. Muehlbauer*
Andrew R. Muehlbauer

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned, say:

I am not a party to the above case and am over eighteen years old. On March 1, 2022, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the District of Nevada, for receipt electronically by the parties listed on the Court's Service List.

I affirm under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 1, 2022, at Las Vegas Nevada.

*/s/ Andrew R. Muehlbauer*
Andrew R. Muehlbauer