# Exhibit A

Wire: Edgar SEC-Online (EDG)
Date: Nov 15 2021  6:48:52
Marathon Digital Holdings, Inc.: 10-Q 2021/09/30

COMPANY: Marathon Digital Holdings, Inc.
FORM: 10-Q
PERIOD: 2021/09/30
LANG: English
SIC: 7374

AccessionId: 0001493152-21-028278
Type {MARA &lt;Equity&gt; CF &lt;GO&gt;} to view company filings

-0- Nov/15/2021 11:48 GMT

---------------------------------===========================-------------------------------
                        Copyright (c) 2022

################################ END OF STORY 1 ##############################