# Exhibit B

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| 11/12/2021 | 70 | 76.83 | 67.5 | 75.92 | 75.92 | 13190200 |
| 11/15/2021 | 72.59 | 73.5 | 54.65 | 55.4 | 55.4 | 34932900 |