# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT DISTRICT OF NEVADA
## CLARK COUNTY, STATE OF NEVADA

| | |
|---|---|
| TAD SCHLATRE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff(s)<br>v.<br><br>MARATHON DIGITAL HOLDINGS, INC. f/k/a MARATHON PATENT GROUP, INC.; et al.,<br><br>Defendant(s) | Case No.:2:21-cv-2209-RFB-NJK<br>Andrew R. Muehlbauer, Esq., Bar No.10161<br>MUEHLBAUER LAW OFFICE, LTD<br>7915 West Sahara Ave., Suite 104<br>Las Vegas, NV 89117<br>(702) 330-4505<br>*Attorneys for the Plaintiff*<br>Client File# 300.0030 |

I, Daniel LaMotte, being sworn, states: That I am a licensed process server registered in Nevada. I received a copy of the Summons In A Civil Action; Complaint For Violations Of The Federal Securities Laws, from MUEHLBAUER LAW OFFICE, LTD

That on 3/1/2022 at 10:10 AM I served the above listed documents to Marathon Digital Holdings, Inc. - c/o Vcorp Services, LLC, Registered Agent by personally delivering and leaving a copy at 701 S. Carson Street, Suite 200, Carson City, NV 89701 with Carlie Fecteau - Admin., a person of suitable age and discretion, authorized by Registered Agent to accept service of process at the above address shown on the current certificate of designation filed with the Secretary of State.

That the description of the person actually served is as follows:
Gender: Female, Race: Caucasian, Age: 26 - 30 yrs., Height: Seated, Weight: 121 - 140 lbs., Hair: Light Brown, Eyes:Brown

I being duly sworn, states: that all times herein, Affiant was and is over 18 years of age, not a party to or interested in the proceedings in which this Affidavit is made. I declare under penalty of perjury that the foregoing is true and correct.

Date: 3-2-2022

*[signature]*

Daniel LaMotte
Registered Work Card# R-2020-01425
State of Nevada

(No Notary Per NRS 53.045)

Service Provided for:
Nationwide Legal Nevada, LLC
626 S. 7th Street
Las Vegas, NV 89101
(702) 385-5444
Nevada Lic # 1656

Control #:NV254438
Reference: 300.0030