| | |
|---|---|
| 1 | John P. Aldrich, Esq. (Resident Counsel) |
| | Nevada State Bar #6877 |
| 2 | Aldrich Law Firm, Ltd. |
| | 7866 West Sahara Ave. |
| 3 | Las Vegas, NV 89117 |
| | Tel: (702) 853-5490 |
| 4 | jaldrich@johnaldrichlawfirm.com |
| 5 | *Liaison Counsel for [Proposed]* |
| | *Lead Plaintiff Carlos Marina* |
| 6 | |
| 7 | Reed R. Kathrein (to be admitted *pro hac vice*) |
| | Lucas E. Gilmore (to be admitted *pro hac vice*) |
| 8 | HAGENS BERMAN SOBOL SHAPIRO LLP |
| | 715 Hearst Avenue, Suite 202 |
| 9 | Berkeley, CA 94710 |
| | Telephone: (510) 725-3000 |
| 10 | Facsimile: (510) 725-3001 |
| | reed@hbsslaw.com |
| 11 | lucasg@hbsslaw.com |
| 12 | *Attorneys for [Proposed]* |
| | *Lead Plaintiff Carlos Marina* |
| 13 | [Additional counsel on signature page] |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| TAD SCHLATRE, Individually and On Behalf Of All Others Similarly Situated, | Case No.: 2:21-cv-02209-RFB-NJK |
| | <u>CLASS ACTION</u> |
| Plaintiff, | **DECLARATION OF JOHN P. ALDRICH IN SUPPORT OF CARLOS MARINA'S REPLY IN SUPPORT OF HIS MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL** |
| v. | |
| MARATHON DIGITAL HOLDINGS, INC., f/k/a MARATHON PATENT GROUP, INC., MERRICK D. OKAMOTO, FREDERICK G. THIEL, and SIMEON SALZMAN, | |
| Defendants. | |

011074-11/1818398 V1

I, John P. Aldrich, declare as follows:

1. I am a partner at the law firm Aldrich Law Firm, Ltd., Liaison Counsel for class member Carlos Marina ("Movant"). I am an attorney licensed to practice law in the State of Nevada. I make this declaration in support of Movant's Reply in Support of his Motion for Appointment as Lead Plaintiff and Approval of Movant's Selection of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached are true and correct copies of the following exhibits:

Exhibit A:  Attached is a true and correct copy of Movant's Amended Certification; and

Exhibit B:  Attached is a true and correct copy of Movant's Amended Loss Chart.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 8th day of March 2022, at Las Vegas, Nevada.

      */s/ John P. Aldrich*
      JOHN P. ALDRICH

## CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2022, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List.

**ALDRICH LAW FIRM, LTD.**

*/s/John P. Aldrich*
John P. Aldrich, Esq.

ALDRICH DECL. ISO REPLY ISO MOT. TO APPOINT
LEAD PL. AND LEAD COUNSEL
Case No. 2:21-cv-02209-RFB-NJK
011074-11/1818398 V1

- 2 -