# Exhibit A

## AMENDED CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAW

The individual or institution listed below ("Plaintiff") declares as to the claims asserted under the federal securities laws, that:

1. I have reviewed a complaint filed in this matter, adopt the allegations as my own, and have authorized the filing of a motion for appointment as lead plaintiff.

2. Plaintiff did not acquire the security that is the subject of this action at the direction of Plaintiff's counsel in order to participate in this private action or any other litigation under the federal securities law.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff has made no transaction(s) during the Class Period in the debt or equity securities that are the subject of this action except those set forth in the Chart attached.

5. This amended certification submitted in connection with my motion for appointment as lead plaintiff corrects certain transactions in the securities that are the subject of this action, which were inadvertently autocorrected as occurring on dates in the year 2022 as opposed to 2021. The month and day remain the same. They are marked with an asterisk on the accompanying Chart and corrected to show that these transactions were made November 10, **2021**, November 12, **2021** and April 16, **2021**.

6. During the three years prior to the date of this Certificate, Plaintiff has not sought to serve or served as a representative party for a class in any action filed under the federal securities laws.

7. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

By: *Carlos Marina* (DocuSigned, 6D476C10DEA84CE...)
(Signature of Representative Plaintiff and Authorization to File a Complaint)

Date Signed: 3/3/2022

Name (print): Carlos Marina

[redacted]

Carlos Marina - Marathon Digital Holdings, Inc. (MARA) Transactions
Class Period 10/13/20 - 11/15/21

### Common Stock

| PURCHASES | | | SALES | | |
|---|---|---|---|---|---|
| Date | Shares | Share Price | Date | Shares | Share Price |
| 02/01/21 | 392 | $20.4100 | 02/02/21 | 100 | $20.5500 |
| 02/01/21 | 99 | $20.4100 | 02/02/21 | 100 | $20.5700 |
| 02/09/21 | 107 | $37.4500 | 02/02/21 | 100 | $20.5800 |
| | | | 02/02/21 | 191 | $20.5700 |
| | | | 02/11/21 | 107 | $39.7400 |

### MARA Jun 17 2022 55.0 Call

| PURCHASES | | | SALES | | |
|---|---|---|---|---|---|
| Date | Shares | Share Price | Date | Shares | Share Price |
| 01/21/22 | 99 | $1.8900 | *11/12/21 | 200 | $34.3500 |
| 01/21/22 | 101 | $1.8900 | | | |

### MARA Jun 17 2022 50.0 Call

| PURCHASES | | | SALES | | |
|---|---|---|---|---|---|
| Date | Shares | Share Price | Date | Shares | Share Price |
| 11/09/21 | 10 | $38.3500 | 01/21/22 | 120 | $2.0100 |
| 11/09/21 | 90 | $38.3500 | 01/21/22 | 40 | $2.0400 |
| 11/10/21 | 100 | $30.3000 | 01/21/22 | 40 | $2.0100 |

### MARA Mar 18 2022 85.0 Call

| PURCHASES | | | SALES | | |
|---|---|---|---|---|---|
| Date | Shares | Share Price | Date | Shares | Share Price |
| 11/10/21 | 3 | $14.4700 | 11/03/21 | 200 | $12.0700 |
| 11/10/21 | 7 | $14.5000 | | | |
| 11/10/21 | 9 | $14.4300 | | | |
| 11/10/21 | 9 | $14.5300 | | | |
| 11/10/21 | 9 | $14.5500 | | | |
| 11/10/21 | 18 | $14.4500 | | | |
| 11/10/21 | 18 | $14.5800 | | | |
| 11/10/21 | 47 | $14.4800 | | | |
| 11/11/21 | 80 | $16.6600 | | | |

### MARA Mar 18 2022 65.0 Call

| PURCHASES | | | SALES | | |
|---|---|---|---|---|---|
| Date | Shares | Share Price | Date | Shares | Share Price |
| 11/03/21 | 200 | $17.6300 | *11/10/21 | 47 | $20.0800 |
| | | | *11/10/21 | 18 | $20.1800 |
| | | | *11/10/21 | 18 | $20.0500 |
| | | | *11/10/21 | 9 | $20.1500 |
| | | | *11/10/21 | 9 | $20.1300 |
| | | | *11/10/21 | 9 | $20.0300 |
| | | | *11/10/21 | 7 | $20.1000 |
| | | | *11/10/21 | 3 | $20.0700 |
| | | | 11/11/21 | 80 | $22.8600 |

### MARA Jan 21 2022 60.0 Call

| PURCHASES | | | SALES | | |
|---|---|---|---|---|---|
| Date | Shares | Share Price | Date | Shares | Share Price |
| 09/08/21 | 93 | $5.3000 | 09/03/21 | 7 | $8.4200 |
| | | | 09/03/21 | 86 | $8.4800 |

### MARA Jan 21 2022 50.0 Call

| PURCHASES | | | SALES | | |
|---|---|---|---|---|---|
| Date | Shares | Share Price | Date | Shares | Share Price |
| 11/12/21 | 60 | $29.7500 | 11/19/21 | 50 | $14.0000 |
| 11/12/21 | 60 | $29.9400 | 12/17/21 | 150 | $1.3600 |
| 11/12/21 | 80 | $29.7500 | | | |

### MARA Jan 21 2022 35.0 Call

| PURCHASES | | | SALES | | |
|---|---|---|---|---|---|
| Date | Shares | Share Price | Date | Shares | Share Price |
| 09/03/21 | 7 | $16.6700 | 09/17/21 | 190 | $9.5000 |
| 09/03/21 | 86 | $16.8400 | | | |
| 09/16/21 | 3 | $9.8100 | | | |
| 09/16/21 | 15 | $9.8400 | | | |
| 09/16/21 | 66 | $9.8500 | | | |
| 09/16/21 | 13 | $9.8000 | | | |

### MARA Sep 24 2021 30.0 Put

| PURCHASES | | | SALES | | |
|---|---|---|---|---|---|
| Date | Shares | Share Price | Date | Shares | Share Price |

| Date | Shares | Share Price | Date | Shares | Share Price |
|---|---|---|---|---|---|
| 09/17/21 | 100 | $0.1900 | 09/20/21 | 50 | $0.3900 |
|  |  |  | 09/24/21 | 50 | $0.0100 |

### MARA May 21 2021 50.0 Put

| **PURCHASES** | | | **SALES** | | |
|---|---|---|---|---|---|
| Date | Shares | Share Price | Date | Shares | Share Price |
| 04/13/21 | 25 | $9.0600 | 04/14/21 | 3 | $12.2000 |
|  |  |  | 04/14/21 | 19 | $12.2500 |
|  |  |  | *04/16/21 | 3 | $14.2500 |

### MARA May 21 2021 50.0 Call

| **PURCHASES** | | | **SALES** | | |
|---|---|---|---|---|---|
| Date | Shares | Share Price | Date | Shares | Share Price |
| 04/13/21 | 25 | $10.2400 | 04/14/21 | 25 | $6.1000 |

### MARA Feb 19 2021 21.0 Put

| **PURCHASES** | | | **SALES** | | |
|---|---|---|---|---|---|
| Date | Shares | Share Price | Date | Shares | Share Price |
| 01/09/21 | 10 | $4.4000 | 01/20/21 | 10 | $5.4500 |