# Exhibit B

|  | Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price) | Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP) |
|---|---|---|
| Common Stock | -$322.59 | -$322.59 |
| MARA Feb 19 2021 21.0 Put | -$1,050.00 | -$1,050.00 |
| MARA May 21 2021 50.0 Call | $10,350.00 | $10,350.00 |
| MARA May 21 2021 50.0 Put | -$8,560.00 | -$8,560.00 |
| MARA Sep 24 2021 30.0 Put | -$100.00 | -$100.00 |
| MARA Jan 21 2022 35.0 Call | $71,446.00 | $71,446.00 |
| MARA Jan 21 2022 50.0 Call | $595,282.00 | $402,090.00 |
| MARA Jan 21 2022 60.0 Call | -$29,532.00 | -$29,532.00 |
| MARA Mar 18 2022 65.0 Call | -$71,440.00 | -$71,440.00 |
| MARA Mar 18 2022 85.0 Call | $65,840.00 | $65,840.00 |
| MARA Jun 17 2022 50.0 Call | $684,863.52 | $474,900.00 |
| MARA Jun 17 2022 55.0 Call | -$649,200.00 | -$649,200.00 |
|  | $667,576.93 | $264,421.41 |

Loss Analysis for Carlos Marina - Marathon Digital Holdings, Inc. (MARA)
Class Period 10/13/20 - 11/15/21
Common Stock

| | **PURCHASES** | | | | | **SALES** | | |
|---|---|---|---|---|---|---|---|---|
| | Date | Shares | Share Price | Amount Paid | Date | Shares | Share Price | Amount Received |
| **Pre-Class Held** | | | | | | | | |
| **Class Period Purchases** | 02/01/21 | 392 | $20.4100 | $8,000.72 | 02/02/21 | 100 | $20.5500 | $2,055.00 |
| | 02/01/21 | 99 | $20.4100 | $2,020.59 | 02/02/21 | 100 | $20.5700 | $2,057.00 |
| | 02/09/21 | 107 | $37.4500 | $4,007.15 | 02/02/21 | 100 | $20.5800 | $2,058.00 |
| | | | | | 02/02/21 | 191 | $20.5700 | $3,928.87 |
| | | | | | 02/11/21 | 107 | $39.7400 | $4,252.18 |
| **Post Class Purchases** | | | | | **Post Class Sales** | | | |

| | | | | |
|---|---|---|---|---|
| Total Shares Acquired in CP | 598 | Total Amt. Paid in CP | $14,028.46 | Total Shares Sold in CP | 598 | Total Amt. Sold in CP | $14,351.05 |
| | | | | Post CP Shares Sold | 0 | Post CP Amount Sold | $0.00 |
| | | | | Total Shares Sold to Current | 598 | Total Amt. Sold to Current | $14,351.05 ALTERNATIVE |

Actual Net Shares Acquired in CP     -     (CP Retained Shares)

Net Amount Paid in CP     -$322.59
Net Amount Paid in CP Minus Sold to Current Date     -$322.59 ALTERNATIVE

**Calculation Using 90-Day Lookback**
Net Shares Acquired in CP (CP Retained Shares)     0 Automatically 0 if Negative
Net Shares Acquired During Class Period Held to Current Date     0 Automatically 0 if Negative (ALTERNATIVE)

90-Day Mean Share Price after last Day of CP     $34.80

Value of Net Shares Acquired in CP Using 90-Day Mean Share Price     $0.00
Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price     $0.00 ALTERNATIVE
Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price     -$322.59 ALTERNATIVE

Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price)     -$322.59
Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP)     -$322.59 ALTERNATIVE

# Loss Analysis for Carlos Marina - Marathon Digital Holdings, Inc. (MARA)
## Class Period 10/13/20 - 11/15/21
### MARA Jun 17 2022 55.0 Call

| | **PURCHASES** | | | | | **SALES** | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Date | Shares | Share Price | Amount Paid | | Date | Shares | Share Price | Amount Received |
| Pre-Class Held | | | | | | | | | |
| Class Period | 01/21/22 | 99 | $1.8900 | $18,711.00 | | 11/12/21 | 200 | $34.3500 * | $687,000.00 |
| Purchases | 01/21/22 | 101 | $1.8900 | $19,089.00 | | | | | |
| | | | | | | | | | |
| Post Class | | | | | Post Class | | | | |
| Purchases | | | | | Sales | | | | |
| | | | | | | | | | |

| | | | | |
| --- | --- | --- | --- | --- |
| **Total Shares Acquired in CP** | 200 | **Total Amt. Paid in CP** | $37,800.00 | |
| | | | | |
| **Total Shares Sold in CP** | 200 | **Total Amt. Sold in CP** | $687,000.00 | |
| **Post CP Shares Sold** | 0 | **Post CP Amount Sold** | $0.00 | |
| **Total Shares Sold to Current** | 200 | **Total Amt. Sold to Current** | $687,000.00 | ALTERNATIVE |

**Actual Net Shares Acquired in CP**   -   (CP Retained Shares)

**Net Amount Paid in CP**   -$649,200.00
**Net Amount Paid in CP Minus Sold to Current Date**   -$649,200.00 ALTERNATIVE

### Calculation Using 90-Day Lookback

**Net Shares Acquired in CP (CP Retained Shares)**   0 Automatically 0 if Negative
**Net Shares Acquired During Class Period Held to Current Date**   0 Automatically 0 if Negative (ALTERNATIVE)

**90-Day Mean Share Price after last Day of CP**   $0.00

**Value of Net Shares Acquired in CP Using 90-Day Mean Share Price**   $0.00
**Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price**   $0.00 ALTERNATIVE
**Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price**   -$649,200.00 ALTERNATIVE

**Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price)**   -$649,200.00
**Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP)**   -$649,200.00 ALTERNATIVE

**Loss Analysis for Carlos Marina - Marathon Digital Holdings, Inc. (MARA)**
**Class Period 10/13/20 - 11/15/21**
**MARA Jun 17 2022 50.0 Call**

| | **PURCHASES** | | | | | **SALES** | | |
|---|---|---|---|---|---|---|---|---|
| | Date | Shares | Share Price | Amount Paid | Date | Shares | Share Price | Amount Received |
| **Pre-Class Held** | | | | | | | | |
| **Class Period** | 11/09/21 | 10 | $38.3500 | $38,350.00 | | | | |
| **Purchases** | 11/09/21 | 90 | $38.3500 | $345,150.00 | | | | |
| | 11/10/21 | 100 | $30.3000 | $303,000.00 | | | | |
| **Post Class** | | | | | Post Class | *1/21/2022 | 120 | $10.5800 | $126,960.00 |
| **Purchases** | | | | | Sales | *1/21/2022 | 40 | $10.5800 | $42,320.00 |
| | | | | | | *1/21/2022 | 40 | $10.5800 | $42,320.00 |

* On 01/21/22 movant actually sold 120 shares at $2.01, 40 shares at $12.04, and 40 shares at $2.01. However, under the PSLRA's loss limitation, 15 U.S.C. § 78u-4(e)(2), Movant's losses are calculated by using the mean trading price between 11/16/21 and 01/20/22, $10.58.

| | | | | |
|---|---|---|---|---|
| **Total Shares Acquired in CP** | 200 | **Total Amt. Paid in CP** | $686,500.00 | **Total Shares Sold in CP** | 0 | **Total Amt. Sold in CP** | $0.00 |
| | | | | **Post CP Shares Sold** | 200 | **Post CP Amount Sold** | $211,600.00 |
| | | | | **Total Shares Sold to Current** | 200 | **Total Amt. Sold to Current** | $211,600.00 ALTERNATIVE |

**Actual Net Shares Acquired in CP**     200  (CP Retained Shares)

**Net Amount Paid in CP**     $686,500.00
**Net Amount Paid in CP Minus Sold to Current Date**     $474,900.00 ALTERNATIVE

**Calculation Using 90-Day Lookback**

**Net Shares Acquired in CP (CP Retained Shares)**     200  Automatically 0 if Negative
**Net Shares Acquired During Class Period Held to Current Date**     0  Automatically 0 if Negative (ALTERNATIVE)

**90-Day Mean Share Price after last Day of CP**     $8.18

**Value of Net Shares Acquired in CP Using 90-Day Mean Share Price**     $1,636.48
**Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price**     $0.00 ALTERNATIVE
**Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price**     $686,500.00 ALTERNATIVE

**Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price)**     $684,863.52
**Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP)**     $474,900.00 ALTERNATIVE

Loss Analysis for Carlos Marina - Marathon Digital Holdings, Inc. (MARA)
Class Period 10/13/20 - 11/15/21
MARA Mar 18 2022 85.0 Call

| | | PURCHASES | | | | | SALES | | |
|---|---|---|---|---|---|---|---|---|---|
| | Date | Shares | Share Price | Amount Paid | | Date | Shares | Share Price | Amount Received |
| Pre-Class Held | | | | | | | | | |
| Class Period Purchases | 11/10/21 | 3 | $14.4700 | $4,341.00 | | 11/03/21 | 200 | $12.0700 | $241,400.00 |
| | 11/10/21 | 7 | $14.5000 | $10,150.00 | | | | | |
| | 11/10/21 | 9 | $14.4300 | $12,987.00 | | | | | |
| | 11/10/21 | 9 | $14.5300 | $13,077.00 | | | | | |
| | 11/10/21 | 9 | $14.5500 | $13,095.00 | | | | | |
| | 11/10/21 | 18 | $14.4500 | $26,010.00 | | | | | |
| | 11/10/21 | 18 | $14.5800 | $26,244.00 | | | | | |
| | 11/10/21 | 47 | $14.4800 | $68,056.00 | | | | | |
| | 11/11/21 | 80 | $16.6600 | $133,280.00 | | | | | |
| Post Class Purchases | | | | | | Post Class Sales | | | |

Total Shares Acquired in CP: 200    Total Amt. Paid in CP: $307,240.00    Total Shares Sold in CP: 200    Total Amt. Sold in CP: $241,400.00
Post CP Shares Sold: 0    Post CP Amount Sold: $0.00
Total Shares Sold to Current: 200    Total Amt. Sold to Current: $241,400.00 ALTERNATIVE

Actual Net Shares Acquired in CP: -    (CP Retained Shares)
Net Amount Paid in CP: $65,840.00
Net Amount Paid in CP Minus Sold to Current Date: $65,840.00 ALTERNATIVE

**Calculation Using 90-Day Lookback**
Net Shares Acquired in CP (CP Retained Shares): 0    Automatically 0 if Negative
Net Shares Acquired During Class Period Held to Current Date: 0    Automatically 0 if Negative (ALTERNATIVE)

90-Day Mean Share Price after last Day of CP: $0.00

Value of Net Shares Acquired in CP Using 90-Day Mean Share Price: $0.00
Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price: $0.00 ALTERNATIVE
Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price: $65,840.00 ALTERNATIVE

Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price): $65,840.00
Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP): $65,840.00 ALTERNATIVE

**Loss Analysis for Carlos Marina - Marathon Digital Holdings, Inc. (MARA)**
**Class Period 10/13/20 - 11/15/21**
**MARA Mar 18 2022 65.0 Call**

| | **PURCHASES** | | | | | **SALES** | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Date | Shares | Share Price | Amount Paid | | Date | Shares | Share Price | Amount Received |
| Pre-Class Held | | | | | | | | | |
| Class Period Purchases | 11/03/21 | 200 | $17.6300 | $352,600.00 | | 11/10/21 | 47 | $20.0800 | * $94,376.00 |
| | | | | | | 11/10/21 | 18 | $20.1800 | * $36,324.00 |
| | | | | | | 11/10/21 | 18 | $20.0500 | * $36,090.00 |
| | | | | | | 11/10/21 | 9 | $20.1500 | * $18,135.00 |
| | | | | | | 11/10/21 | 9 | $20.1300 | * $18,117.00 |
| | | | | | | 11/10/21 | 9 | $20.0300 | * $18,027.00 |
| | | | | | | 11/10/21 | 7 | $20.1000 | * $14,070.00 |
| | | | | | | 11/10/21 | 3 | $20.0700 | * $6,021.00 |
| | | | | | | 11/11/21 | 80 | $22.8600 | $182,880.00 |
| Post Class Purchases | | | | | Post Class Sales | | | | |

| | | | | |
|---|---|---|---|---|
| Total Shares Acquired in CP | 200 | Total Amt. Paid in CP | $352,600.00 | Total Shares Sold in CP | 200 | Total Amt. Sold in CP | $424,040.00 |
| | | | | Post CP Shares Sold | 0 | Post CP Amount Sold | $0.00 |
| | | | | Total Shares Sold to Current | 200 | Total Amt. Sold to Current | $424,040.00 ALTERNATIVE |

Actual Net Shares Acquired in CP    -    (CP Retained Shares)

Net Amount Paid in CP    -$71,440.00
Net Amount Paid in CP Minus Sold to Current Date    -$71,440.00 ALTERNATIVE

**Calculation Using 90-Day Lookback**
Net Shares Acquired in CP (CP Retained Shares)    0    Automatically 0 if Negative
Net Shares Acquired During Class Period Held to Current Date    0    Automatically 0 if Negative (ALTERNATIVE)

90-Day Mean Share Price after last Day of CP    $0.00

Value of Net Shares Acquired in CP Using 90-Day Mean Share Price    $0.00
Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price    $0.00 ALTERNATIVE
Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price    -$71,440.00 ALTERNATIVE

Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price)    -$71,440.00
Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP)    -$71,440.00 ALTERNATIVE

# Loss Analysis for Carlos Marina - Marathon Digital Holdings, Inc. (MARA)
## Class Period 10/13/20 - 11/15/21
### MARA Jan 21 2022 60.0 Call

| | **PURCHASES** | | | | | **SALES** | | |
|---|---|---|---|---|---|---|---|---|
| | Date | Shares | Share Price | Amount Paid | Date | Shares | Share Price | Amount Received |
| **Pre-Class Held** | | | | | | | | |
| **Class Period Purchases** | 09/08/21 | 93 | $5.3000 | $49,290.00 | 09/03/21 | 7 | $8.4200 | $5,894.00 |
| | | | | | 09/03/21 | 86 | $8.4800 | $72,928.00 |
| **Post Class Purchases** | | | | | **Post Class Sales** | | | |

| | | | | |
|---|---|---|---|---|
| Total Shares Acquired in CP | 93 | Total Amt. Paid in CP | $49,290.00 | Total Shares Sold in CP | 93 | Total Amt. Sold in CP | $78,822.00 |
| | | | | Post CP Shares Sold | 0 | Post CP Amount Sold | $0.00 |
| | | | | Total Shares Sold to Current | 93 | Total Amt. Sold to Current | $78,822.00 ALTERNATIVE |

Actual Net Shares Acquired in CP     -     (CP Retained Shares)

Net Amount Paid in CP     -$29,532.00
Net Amount Paid in CP Minus Sold to Current Date     -$29,532.00 ALTERNATIVE

**Calculation Using 90-Day Lookback**
Net Shares Acquired in CP (CP Retained Shares)     0    Automatically 0 if Negative
Net Shares Acquired During Class Period Held to Current Date     0    Automatically 0 if Negative (ALTERNATIVE)

90-Day Mean Share Price after last Day of CP     $0.00

Value of Net Shares Acquired in CP Using 90-Day Mean Share Price     $0.00
Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price     $0.00 ALTERNATIVE
Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price     -$29,532.00 ALTERNATIVE

Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price)     -$29,532.00
Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP)     -$29,532.00 ALTERNATIVE

## Loss Analysis for Carlos Marina - Marathon Digital Holdings, Inc. (MARA)
### Class Period 10/13/20 - 11/15/21
### MARA Jan 21 2022 50.0 Call

| | **PURCHASES** | | | | | **SALES** | | |
|---|---|---|---|---|---|---|---|---|
| | Date | Shares | Share Price | Amount Paid | Date | Shares | Share Price | Amount Received |
| **Pre-Class Held** | | | | | | | | |
| **Class Period Purchases** | 11/12/21 | 60 | $29.7500 | $178,500.00 | | | | |
| | 11/12/21 | 60 | $29.9400 | $179,640.00 | | | | |
| | 11/12/21 | 80 | $29.7500 | $238,000.00 | | | | |
| **Post Class Purchases** | | | | | Post Class Sales | 11/19/21 | 50 | $14.0000 | $70,000.00 |
| | | | | | *12/17/2021 | 150 | $8.2700 | $124,050.00 |

* On 12/17/21 movant actually sold 150 shares at $1.36. However, under the PSLRA's loss limitation, 15 U.S.C. § 78u-4(e)(2), Movant's losses are calculated by using the mean trading price between 11/16/21 and 12/16/21, $8.27.

| | | | | |
|---|---|---|---|---|
| **Total Shares Acquired in CP** | 200 | **Total Amt. Paid in CP** | $596,140.00 | **Total Shares Sold in CP** | 0 | **Total Amt. Sold in CP** | $0.00 |
| | | | | **Post CP Shares Sold** | 200 | **Post CP Amount Sold** | $194,050.00 |
| | | | | **Total Shares Sold to Current** | 200 | **Total Amt. Sold to Current** | $194,050.00 ALTERNATIVE |

**Actual Net Shares Acquired in CP** 200 (CP Retained Shares)

**Net Amount Paid in CP** $596,140.00
**Net Amount Paid in CP Minus Sold to Current Date** $402,090.00 ALTERNATIVE

**Calculation Using 90-Day Lookback**
**Net Shares Acquired in CP (CP Retained Shares)** 200 Automatically 0 if Negative
**Net Shares Acquired During Class Period Held to Current Date** 0 Automatically 0 if Negative (ALTERNATIVE)

**90-Day Mean Share Price after last Day of CP** $4.29

**Value of Net Shares Acquired in CP Using 90-Day Mean Share Price** $858.00
**Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price** $0.00 ALTERNATIVE
**Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price** $596,140.00 ALTERNATIVE

**Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price)** $595,282.00
**Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP)** $402,090.00 ALTERNATIVE

**Loss Analysis for Carlos Marina - Marathon Digital Holdings, Inc. (MARA)**
**Class Period 10/13/20 - 11/15/21**
**MARA Jan 21 2022 35.0 Call**

| | | PURCHASES | | | | | SALES | |
|---|---|---|---|---|---|---|---|---|
| | Date | Shares | Share Price | Amount Paid | Date | Shares | Share Price | Amount Received |
| Pre-Class Held | | | | | | | | |
| Class Period | 09/03/21 | 7 | $16.6700 | $11,669.00 | 09/17/21 | 190 | $9.5000 | $180,500.00 |
| Purchases | 09/03/21 | 86 | $16.8400 | $144,824.00 | | | | |
| | 09/16/21 | 3 | $9.8100 | $2,943.00 | | | | |
| | 09/16/21 | 15 | $9.8400 | $14,760.00 | | | | |
| | 09/16/21 | 66 | $9.8500 | $65,010.00 | | | | |
| | 09/16/21 | 13 | $9.8000 | $12,740.00 | | | | |
| Post Class Purchases | | | | | Post Class Sales | | | |

| | | | | | |
|---|---|---|---|---|---|
| Total Shares Acquired in CP | 190 | Total Amt. Paid in CP | $251,946.00 | Total Shares Sold in CP | 190 |
| | | | | Post CP Shares Sold | 0 |
| | | | | Total Shares Sold to Current | 190 |

| | | |
|---|---|---|
| Total Amt. Sold in CP | $180,500.00 | |
| Post CP Amount Sold | $0.00 | |
| Total Amt. Sold to Current | $180,500.00 | ALTERNATIVE |

Actual Net Shares Acquired in CP    -    (CP Retained Shares)

| | | |
|---|---|---|
| Net Amount Paid in CP | $71,446.00 | |
| Net Amount Paid in CP Minus Sold to Current Date | $71,446.00 | ALTERNATIVE |

**Calculation Using 90-Day Lookback**

Net Shares Acquired in CP (CP Retained Shares)   0   Automatically 0 if Negative
Net Shares Acquired During Class Period Held to Current Date   0   Automatically 0 if Negative (ALTERNATIVE)

90-Day Mean Share Price after last Day of CP   $0.00

Value of Net Shares Acquired in CP Using 90-Day Mean Share Price   $0.00
Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price   $0.00   ALTERNATIVE
Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price   $71,446.00   ALTERNATIVE

Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price)   $71,446.00
Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP)   $71,446.00   ALTERNATIVE

# Loss Analysis for Carlos Marina - Marathon Digital Holdings, Inc. (MARA)
## Class Period 10/13/20 - 11/15/21
### MARA Sep 24 2021 30.0 Put

| | **PURCHASES** | | | | | **SALES** | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Date | Shares | Share Price | Amount Paid | | Date | Shares | Share Price | Amount Received |
| Pre-Class Held | | | | | | | | | |
| Class Period Purchases | 09/17/21 | 100 | $0.1900 | $1,900.00 | | 09/20/21 | 50 | $0.3900 | $1,950.00 |
| | | | | | | 09/24/21 | 50 | $0.0100 | $50.00 |
| | | | | | | | | | |
| Post Class Purchases / Sales | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| Total Shares Acquired in CP | 100 | Total Amt. Paid in CP | $1,900.00 | |
| | | Total Shares Sold in CP | 100 | Total Amt. Sold in CP $2,000.00 |
| | | Post CP Shares Sold | 0 | Post CP Amount Sold $0.00 |
| | | Total Shares Sold to Current | 100 | Total Amt. Sold to Current $2,000.00 ALTERNATIVE |

Actual Net Shares Acquired in CP            -    (CP Retained Shares)

Net Amount Paid in CP            -$100.00
Net Amount Paid in CP Minus Sold to Current Date            -$100.00 ALTERNATIVE

**Calculation Using 90-Day Lookback**

Net Shares Acquired in CP (CP Retained Shares)    0    Automatically 0 if Negative
Net Shares Acquired During Class Period Held to Current Date    0    Automatically 0 if Negative (ALTERNATIVE)

90-Day Mean Share Price after last Day of CP    $0.00

Value of Net Shares Acquired in CP Using 90-Day Mean Share Price    $0.00
Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price    $0.00 ALTERNATIVE
Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price    -$100.00 ALTERNATIVE

Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price)    -$100.00
Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP)    -$100.00 ALTERNATIVE

**Loss Analysis for Carlos Marina - Marathon Digital Holdings, Inc. (MARA)**
**Class Period 10/13/20 - 11/15/21**
**MARA May 21 2021 50.0 Put**

| | Date | PURCHASES Shares | Share Price | Amount Paid | | Date | SALES Shares | Share Price | | Amount Received |
|---|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Held | | | | | | | | | | |
| Class Period Purchases | 04/13/21 | 25 | $9.0600 | $22,650.00 | | 04/14/21 | 3 | $12.2000 | | $3,660.00 |
| | | | | | | 04/14/21 | 19 | $12.2500 | | $23,275.00 |
| | | | | | | 04/16/21 | 3 | $14.2500 | * | $4,275.00 |
| Post Class Purchases | | | | | Post Class Sales | | | | | |
| | | | | | | | | | | |

| Total Shares Acquired in CP | 25 | Total Amt. Paid in CP | $22,650.00 | Total Shares Sold in CP | 25 | Total Amt. Sold in CP | $31,210.00 | |
|---|---|---|---|---|---|---|---|---|
| | | | | Post CP Shares Sold | 0 | Post CP Amount Sold | $0.00 | |
| | | | | Total Shares Sold to Current | 25 | Total Amt. Sold to Current | $31,210.00 | ALTERNATIVE |

| Actual Net Shares Acquired in CP | - | (CP Retained Shares) | | |
|---|---|---|---|---|
| | | Net Amount Paid in CP | -$8,560.00 | |
| | | Net Amount Paid in CP Minus Sold to Current Date | -$8,560.00 | ALTERNATIVE |

**Calculation Using 90-Day Lookback**

| Net Shares Acquired in CP (CP Retained Shares) | 0 | Automatically 0 if Negative |
|---|---|---|
| Net Shares Acquired During Class Period Held to Current Date | 0 | Automatically 0 if Negative (ALTERNATIVE) |

| 90-Day Mean Share Price after last Day of CP | $0.00 | |
|---|---|---|
| Value of Net Shares Acquired in CP Using 90-Day Mean Share Price | $0.00 | |
| Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price | $0.00 | ALTERNATIVE |
| Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price | -$8,560.00 | ALTERNATIVE |

| Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price) | -$8,560.00 | |
|---|---|---|
| Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP) | -$8,560.00 | ALTERNATIVE |

# Loss Analysis for Carlos Marina - Marathon Digital Holdings, Inc. (MARA)
## Class Period 10/13/20 - 11/15/21
### MARA May 21 2021 50.0 Call

| | **PURCHASES** | | | | | **SALES** | | |
|---|---|---|---|---|---|---|---|---|
| | Date | Shares | Share Price | Amount Paid | Date | Shares | Share Price | Amount Received |
| **Pre-Class Held** | | | | | | | | |
| **Class Period Purchases** | 04/13/21 | 25 | $10.2400 | $25,600.00 | 04/14/21 | 25 | $6.1000 | $15,250.00 |
| | | | | | | | | |
| | | | | | | | | |
| **Post Class Purchases** | | | | | **Post Class Sales** | | | |
| | | | | | | | | |
| | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| **Total Shares Acquired in CP** | 25 | **Total Amt. Paid in CP** | $25,600.00 | **Total Shares Sold in CP** 25 **Total Amt. Sold in CP** $15,250.00 |
| | | | | **Post CP Shares Sold** 0 **Post CP Amount Sold** $0.00 |
| | | | | **Total Shares Sold to Current** 25 **Total Amt. Sold to Current** $15,250.00 ALTERNATIVE |

**Actual Net Shares Acquired in CP**    -    (CP Retained Shares)

**Net Amount Paid in CP**    $10,350.00
**Net Amount Paid in CP Minus Sold to Current Date**    $10,350.00 ALTERNATIVE

### Calculation Using 90-Day Lookback
**Net Shares Acquired in CP (CP Retained Shares)**    0    Automatically 0 if Negative
**Net Shares Acquired During Class Period Held to Current Date**    0    Automatically 0 if Negative (ALTERNATIVE)

**90-Day Mean Share Price after last Day of CP**    $0.00

**Value of Net Shares Acquired in CP Using 90-Day Mean Share Price**    $0.00
**Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price**    $0.00 ALTERNATIVE
**Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price**    $10,350.00 ALTERNATIVE

**Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price)**    $10,350.00
**Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP)**    $10,350.00 ALTERNATIVE

# Loss Analysis for Carlos Marina - Marathon Digital Holdings, Inc. (MARA)
## Class Period 10/13/20 - 11/15/21
### MARA Feb 19 2021 21.0 Put

| | **PURCHASES** | | | | | **SALES** | | |
|---|---|---|---|---|---|---|---|---|
| | Date | Shares | Share Price | Amount Paid | Date | Shares | Share Price | Amount Received |
| **Pre-Class Held** | | | | | | | | |
| **Class Period Purchases** | 01/19/21 | 10 | $4.4000 | $4,400.00 | 01/20/21 | 10 | $5.4500 | $5,450.00 |
| | | | | | | | | |
| | | | | | | | | |
| **Post Class Purchases** / **Post Class Sales** | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| Total Shares Acquired in CP | 10 | Total Amt. Paid in CP | $4,400.00 | Total Shares Sold in CP: 10   Total Amt. Sold in CP: $5,450.00 |
| | | Post CP Shares Sold | 0 | Post CP Amount Sold: $0.00 |
| | | Total Shares Sold to Current | 10 | Total Amt. Sold to Current: $5,450.00 ALTERNATIVE |

Actual Net Shares Acquired in CP    -    (CP Retained Shares)

Net Amount Paid in CP    -$1,050.00
Net Amount Paid in CP Minus Sold to Current Date    -$1,050.00 ALTERNATIVE

**Calculation Using 90-Day Lookback**

Net Shares Acquired in CP (CP Retained Shares)    0    Automatically 0 if Negative
Net Shares Acquired During Class Period Held to Current Date    0    Automatically 0 if Negative (ALTERNATIVE)

90-Day Mean Share Price after last Day of CP    $0.00

Value of Net Shares Acquired in CP Using 90-Day Mean Share Price    $0.00
Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price    $0.00 ALTERNATIVE
Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price    -$1,050.00 ALTERNATIVE

Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price)    -$1,050.00
Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP)    -$1,050.00 ALTERNATIVE