**THE O'MARA LAW FIRM, P.C.**
David C. O'Mara
311 East Liberty St.
Reno, Nevada 89501
Tel: 775-323-1321
Fax: 775-323-4082
Email: david@omaralaw.net

**LEVI & KORSINSKY, LLP**
Adam M. Apton
55 Broadway, 10th Floor
New York, NY 10006
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

*Attorneys for Movant Cory Jay Wiedel*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| TAD SCHLATRE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MARATHON DIGITAL HOLDINGS, INC. f/k/a MARATHON PATENT GROUP, INC., MERRICK D. OKAMOTO, FREDERICK G. THIEL, and SIMEON SALZMAN,<br><br>Defendants. | Case No. 2:21-cv-02209-RFB-NJK<br><br>**DECLARATION OF DAVID C. O'MARA IN SUPPORT CORY JAY WIEDEL'S REPLY TO COMETING MOTIONS FOR: (1) APPOINTMENT AS LEAD PLAINTIFF; AND (2) APPROVAL OF SELECTION OF COUNSEL** |

I, DAVID C. O'MARA, hereby declare as follows:

1. I am a partner of the law firm of The O'Mara Law Firm, P.C., liaison counsel for Cory Jay Wiedel ("Mr. Wiedel"). I respectfully submit this declaration in support of Mr. Wiedel's Reply to Competing Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel in the above-capioned action (the "Action"). This declaration is based on my own personal knowledge and/or the firm's records of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached hereto as **Exhibit A** are true and correct copies of press releases issued by movant Carlos Marina's Counsel, Hagens Berman Sobol Shapiro LLP, seeking lead plaintiff movants pursuant to the Action during the 60-day PSLRA window.

1     3.    Attached hereto as **Exhibit B** is a true and correct copy of Marathon's Intraday Price Chart on November 15, 2021.

2     4.    Attached hereto as **Exhibit C** is a true and correct copy of an analyst report by D.A. Davidson, Institutional Equity Research, dated November 16, 2021, entitled *Marathon Digital Holdings, Inc. Sell-Off Overdone; Updating Estimates and Reiterate BUY*.

3     5.    Attached hereto as **Exhibit D** is a true and correct copy Marathon trading prices between November 12, 2021 and November 16, 2021, according to Yahoo! Finance.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 8th day of March, 2022.

                                                                       */s/ David C. O'Mara*
                                                                       David C. O'Mara