# EXHIBIT A



# HAGENS BERMAN, NATIONAL TRIAL ATTORNEYS, Encourages Marathon Digital Holdings (MARA) Investors to Contact Firm's Attorneys, Securities Fraud Class Action Filed

**Hagens Berman Sobol Shapiro LLP**

December 18, 2021 · 2 min read

**In this article:**

MARA
-5.87%

SAN FRANCISCO, Dec. 18, 2021 (GLOBE NEWSWIRE) -- Hagens Berman urges Marathon Digital Holdings, Inc. **(NASDAQ: MARA)** investors with significant losses to submit your losses now.

**Class Period**: Oct. 13, 2020 – Nov. 15, 2021
**Lead Plaintiff Deadline:** Feb. 15, 2022
**Visit:** www.hbsslaw.com/investor-fraud/MARA
**Contact An Attorney Now:** MARA@hbsslaw.com
**844-916-0895**

**Marathon Digital Holdings, Inc. (MARA) Securities Class Action:**

The litigation arises from Defendants' misleading statements concerning Marathon's plan to build a data management



**Remove malware on your computer**

Get it now »

**Related Quotes**

| Symbol | Last Price | Change | % Change |
|--------|-----------|--------|----------|
| MARA | 21.48 | -1.34 | -5.87% |
| Marathon Digital Holdings, Inc. | | | |

**Recently Viewed** ›

| Symbol | Last Price | Change | % Change |
|--------|-----------|--------|----------|



purportedly focused on delivering low-cost power to Marathon's Bitcoin mining operations (the "Beowulf Joint Venture"). In connection with that joint venture, Marathon entered into a series of agreements with multiple parties to design and build the Hardin Facility, issuing 6 million shares to the parties of those agreements.

The Complaint alleges that Defendants concealed that the Beowulf Joint Venture, as it related to the Hardin Facility, may have violated U.S. securities laws.

The truth emerged on Nov. 15, 2021, when Marathon announced that it and certain of its executives received a subpoena from the SEC seeking documents and communications concerning the Hardin Facility. The company said, "[w]e understand the SEC may be investigating whether or not there may have been any violations of the federal securities law."

On this news, Marathon's stock price fell $20.52 per share, or 27.03%, in a single trading day.

"We're focused on investors' losses and proving Marathon misled investors about the legality of funding the Hardin Facility," said Reed Kathrein, the Hagens Berman partner leading the investigation.

If you invested in Marathon and have significant losses, or have knowledge that may assist the firm's investigation, click here to discuss your legal rights with Hagens Berman.

**Whistleblowers:** Persons with non-public information regarding Marathon should consider their options to help in the investigation or take advantage of the SEC Whistleblower program. Under the new program, whistleblowers who provide original information may receive rewards totaling up to 30 percent of any successful recovery made by the SEC. For more information, call Reed Kathrein at **844-916-0895** or email MARA@hbsslaw.com.

About Hagens Berman
Hagens Berman is a national law firm with eight offices in eight cities around the country and over eighty attorneys. The firm represents investors, whistleblowers, workers and

1. Stocks Plunge, Materials Surge in Latest Turmoil: Markets Wrap
2. Kohl's investor day 'disappointed': activist investor Macellum Capital
3. Bank of Portugal tells lenders to freeze accounts of Russian oligarchs
4. Russian Gold Is Hit With De Facto Ban From Key London Market
5. Biden Team Weighs Venezuela Oil Sales

Ad | Business Infoline

HOME | MAIL | NEWS | FINANCE | SPORTS | ENTERTAINMENT | LIFE | SHOPPING | YAHOO PLUS | MORE...    yahoo!finance+ | Try it free

yahoo! finance    [Search for news, symbols or companies]    🔍    Sign in    ✉ Mail

Finance | Watchlists | My Portfolio | Cryptocurrencies | Yahoo Finance Plus | Screeners | Markets | News | Personal Finance | Videos

Reed Kathrein, 844-916-0895



## Comments

Commenting on this article has ended                    🔔 Log in    Sign up

Powered by ⚙ OpenWeb

**Popular in the Community**

AdChoices ▷                    Sponsored

🟨 **RECOMMENDED STORIES**

Motley Fool
**Why Shares of Bank of America, Wells Fargo, and PayPal Are Falling**
Shares of several banks and financial stocks fell today, as investors brace for a recession that is looking more and more like a possibility considering the rising price of oil and high levels of inflation. Shares...
2h ago



ACCESSWIRE

# HAGENS BERMAN, NATIONAL TRIAL ATTORNEYS, Encourages Marathon Digital Holdings (MARA) Investors to Contact Firm's Attorneys, Deadline Established in Securities Fraud Class Action

December 21, 2021 · 2 min read

In this article:

**MARA**
-5.87%

**SAN FRANCISCO, CA / ACCESSWIRE / December 21, 2021 /**
Hagens Berman urges Marathon Digital Holdings, Inc.
**(NASDAQ:MARA)** investors with significant losses to submit
your losses now.

**Class Period**: Oct. 13, 2020 - Nov. 15, 2021

**Lead Plaintiff Deadline:** Feb. 15, 2021

**Visit:** www.hbsslaw.com/investor-fraud/MARA

**Contact An Attorney Now:** MARA@hbsslaw.com

**844-916-0895**

**Marathon Digital Holdings, Inc. (MARA) Securities Class
Action:**

The litigation arises from Defendants' misleading statements
concerning Marathon's plan to build a data management



**Remove malware on
your computer**

Get it now »

Quote Lookup

**Related Quotes**

| Symbol | Last Price | Change | % Change |
|--------|-----------|--------|----------|
| MARA | 21.48 | -1.34 | -5.87% |
| Marathon Digital Holdings, Inc. | | | |

**Recently Viewed** ›

| Symbol | Last Price | Change | % Change |
|--------|-----------|--------|----------|



**HOME**  **MAIL**  **NEWS**  **FINANCE**  **SPORTS**  **ENTERTAINMENT**  **LIFE**  **SHOPPING**  **YAHOO PLUS**  **MORE...**

Finance  Watchlists  My Portfolio  Cryptocurrencies  Yahoo Finance Plus  Screeners  Markets  News  Personal Finance  Videos  Yal

purportedly focused on delivering low-cost power to Marathon's Bitcoin mining operations (the "Beowulf Joint Venture"). In connection with that joint venture, Marathon entered into a series of agreements with multiple parties to design and build the Hardin Facility, issuing 6 million shares to the parties of those agreements.

The Complaint alleges that Defendants concealed that the Beowulf Joint Venture, as it related to the Hardin Facility, may have violated U.S. securities laws.

The truth emerged on Nov. 15, 2021, when Marathon announced that it and certain of its executives received a subpoena from the SEC seeking documents and communications concerning the Hardin Facility. The company said, "[w]e understand the SEC may be investigating whether or not there may have been any violations of the federal securities law."

1.

On this news, Marathon's stock price fell $20.52 per share, or 27.03%, in a single trading day.

"We're focused on investors' losses and proving Marathon misled investors about the legality of funding the Hardin Facility," said Reed Kathrein, the Hagens Berman partner leading the investigation.

If you invested in Marathon and have significant losses, or have knowledge that may assist the firm's investigation, click here to discuss your legal rights with Hagens Berman.

**Whistleblowers:** Persons with non-public information regarding Marathon should consider their options to help in the investigation or take advantage of the SEC Whistleblower program. Under the new program, whistleblowers who provide original information may receive rewards totaling up to 30 percent of any successful recovery made by the SEC. For more information, call Reed Kathrein at **844-916-0895** or email MARA@hbsslaw.com.

About Hagens Berman
Hagens Berman is a national law firm with eight offices in eight cities around the country and over eighty attorneys. The firm

1. Stock market news live updates: Stocks fall, oil soars amid Russia's war in Ukraine
2. Ukraine Update: Russian Official Threatens Europe Gas Pipeline
3. U.S. Airlines Face Dilemma Over Raising Fares as Fuel Jumps
4. Russia Is Entering 'Dark Age,' Carlyle Says: CERAWeek Update

Adding Automation or Burning Headcount?
Meet Celigo to automate QTC
Learn more
Meet Celigo to automate Quote-to-Cash
celigo    Learn more



Contact:

Reed Kathrein, 844-916-0895

**SOURCE:** Hagens Berman Sobol Shapiro LLP


View source version on accesswire.com:

https://www.accesswire.com/678975/HAGENS-BERMAN-NATIONAL-TRIAL-ATTORNEYS-Encourages-Marathon-Digital-Holdings-MARA-Investors-to-Contact-Firms-Attorneys-Deadline-Established-in-Securities-Fraud-Class-Action

## Comments

Commenting on this article has ended                          🔔  Log in   Sign up

Powered by  OpenWeb

## Popular in the Community

Russia will stop 'in a moment' if Ukraine meets terms - Kremlin

823 comments

Stock market news live updates: Stock futures sink, oil soars ami...

836 comments

Former Child St... Has Public Mel...

727 comments

AdChoices ▷                                         Sponsored

🟨 **RECOMMENDED STORIES**

Motley Fool

**Why Cruise Line Stocks Plunged Today**

The value of cruise line stocks plunged on Monday as investors weighed



An ISSUER DIRECT Company

Tell My Story          Login

   Back to Newsroom

**Mentioned in this Article**

# MARA FRAUD ALERT: Hagens Berman, National Trial Attorneys, Encourages Marathon Digital Holdings (MARA) Investors to Contact Firm's Attorneys, Securities Fraud Class Action Filed

Friday, December 24, 2021 2:30 PM

Share this article now     

Topic:  Lawsuits



Drop us a line:   888.952.4446    Email:  Sales   Editorial   Content licensing    

Copyright 2022 © ACCESSWIRE. All rights reserved. Privacy Policy | Terms and Conditions



**ACCESSWIRE**
An ISSUER DIRECT Company

Tell My Story          Login

## Hagens Berman Sobol Shapiro LLP

**SAN FRANCISCO, CA / ACCESSWIRE / December 24, 2021 /** Hagens Berman urges Marathon Digital Holdings, Inc. **(NASDAQ:MARA)** investors with significant losses to submit your losses now.

**Class Period**: Oct. 13, 2020 - Nov. 15, 2021
**Lead Plaintiff Deadline:** Feb. 15, 2021
**Visit:** www.hbsslaw.com/investor-fraud/MARA
**Contact An Attorney Now:** MARA@hbsslaw.com
844-916-0895

**Marathon Digital Holdings, Inc. (MARA) Securities Class Action:**

The litigation arises from Defendants' misleading statements concerning Marathon's plan to build a data management facility in Hardin, Montana ("Hardin Facility") to provide energy for operating Bitcoin mining servers.

Specifically, in Oct. 2020, Marathon announced the formation of a joint venture with Beowulf Energy LLC ("Beowulf") purportedly focused on delivering low-cost power to Marathon's Bitcoin mining operations (the "Beowulf Joint Venture"). In connection with that joint venture, Marathon entered into a series of agreements with multiple parties to design and build the Hardin Facility, issuing 6 million shares to the parties of those agreements.

The Complaint alleges that Defendants concealed that the Beowulf Joint Venture, as it related to the Hardin Facility, may have violated U.S. securities laws.

The truth emerged on Nov. 15, 2021, when Marathon announced that it and certain of its

Drop us a line:   888.952.4446     Email:   Sales   Editorial   Content licensing     

Copyright 2022 © ACCESSWIRE. All rights reserved. Privacy Policy  |  Terms and Conditions



Tell My Story    Login

1. On this news, Marathon's stock price fell $20.52 per share, or 27.05%, in a single trading day.

"We're focused on investors' losses and proving Marathon misled investors about the legality of funding the Hardin Facility," said Reed Kathrein, the Hagens Berman partner leading the investigation.

If you invested in Marathon and have significant losses, or have knowledge that may assist the firm's investigation, click here to discuss your legal rights with Hagens Berman.

**Whistleblowers:** Persons with non-public information regarding Marathon should consider their options to help in the investigation or take advantage of the SEC Whistleblower program. Under the new program, whistleblowers who provide original information may receive rewards totaling up to 30 percent of any successful recovery made by the SEC. For more information, call Reed Kathrein at **844-916-0895** or email MARA@hbsslaw.com.

# # #

## About Hagens Berman

Hagens Berman is a national law firm with eight offices in eight cities around the country and over eighty attorneys. The firm represents investors, whistleblowers, workers and consumers in complex litigation. More about the firm and its successes is located at hbsslaw.com. For the latest news visit our newsroom or follow us on Twitter at @classactionlaw.

## Contact:

Reed Kathrein, 844-916-0895

**SOURCE:** Hagens Berman Sobol Shapiro LLP

Drop us a line:   888.952.4446    Email:   Sales   Editorial   Content licensing    

Copyright 2022 © ACCESSWIRE. All rights reserved. Privacy Policy   Terms and Conditions

3/8/22, 1:52 PM    MARA FRAUD ALERT: Hagens Berman, National Trial Attorneys, Encourages Marathon Digital Holdings (MARA) Investors to Cont…

Case 2:21-cv-02209-RFB-NJK   Document 23-2   Filed 06/08/22   Page 11 of 58



Drop us a line:   888.952.4446     Email:   Sales   Editorial   Content licensing       

Copyright 2022 © ACCESSWIRE. All rights reserved. Privacy Policy  |  Terms and Conditions



Yahoo Finance Plus presents 'Financial Services: Rising Rates and the Fed...
Kevin Heal and Stephen Biggar break down potential benefits of rate hikes on financial stocks Wed

□ ACCESSWIRE

# HAGENS BERMAN, NATIONAL TRIAL ATTORNEYS, Alerts Marathon Digital Holdings (MARA) Investors to Securities Fraud Class Action, Encourages Investors with Losses to Contact Firm's Attorneys

December 29, 2021 · 2 min read

**In this article:**

MARA
-5.87%

**SAN FRANCISCO, CA / ACCESSWIRE / December 29, 2021 /**
Hagens Berman urges Marathon Digital Holdings, Inc.
**(NASDAQ:MARA)** investors with significant losses to submit
your losses now.

**Class Period**: Oct. 13, 2020 - Nov. 15, 2021

**Lead Plaintiff Deadline**: Feb. 15, 2022

**Visit:** www.hbsslaw.com/investor-fraud/MARA

**Contact An Attorney Now:** MARA@hbsslaw.com

**844-916-0895**

**Marathon Digital Holdings, Inc. (MARA) Securities Class Action:**

The litigation arises from Defendants' misleading statements concerning Marathon's plan to build a data management



So are you a leader or follower? Glider AI recently partnered with Staffing Industry...
◼ Glider AI          Learn more

**Remove malware on your computer**
Get it now »

Quote Lookup

**Related Quotes**

| Symbol | Last Price | Change | % Change |
|--------|-----------|--------|----------|
| MARA   | 21.48     | -1.34  | -5.87%   |
| Marathon Digital Holdings, Inc. | | | |

**Recently Viewed** ›

| Symbol | Last Price | Change | % Change |
|--------|-----------|--------|----------|



purportedly focused on delivering low-cost power to Marathon's Bitcoin mining operations (the "Beowulf Joint Venture"). In connection with that joint venture, Marathon entered into a series of agreements with multiple parties to design and build the Hardin Facility, issuing 6 million shares to the parties of those agreements.

The Complaint alleges that Defendants concealed that the Beowulf Joint Venture, as it related to the Hardin Facility, may have violated U.S. securities laws.

The truth emerged on Nov. 15, 2021, when Marathon announced that it and certain of its executives received a subpoena from the SEC seeking documents and communications concerning the Hardin Facility. The company said, "[w]e understand the SEC may be investigating whether or not there may have been any violations of the federal securities law."

1.
On this news, Marathon's stock price fell $20.52 per share, or 27.03%, in a single trading day.

"We're focused on investors' losses and proving Marathon misled investors about the legality of funding the Hardin Facility," said Reed Kathrein, the Hagens Berman partner leading the investigation.

If you invested in Marathon and have significant losses, or have knowledge that may assist the firm's investigation, click here to discuss your legal rights with Hagens Berman.

**Whistleblowers:** Persons with non-public information regarding Marathon should consider their options to help in the investigation or take advantage of the SEC Whistleblower program. Under the new program, whistleblowers who provide original information may receive rewards totaling up to 30 percent of any successful recovery made by the SEC. For more information, call Reed Kathrein at **844-916-0895** or email MARA@hbsslaw.com.

# # #

About Hagens Berman
Hagens Berman is a national law firm with eight offices in eight



**CONTACT:**

Reed Kathrein, 844-916-0895

**SOURCE:** Hagens Berman Sobol Shapiro LLP

View source version on accesswire.com:

https://www.accesswire.com/680145/HAGENS-BERMAN-NATIONAL-TRIAL-ATTORNEYS-Alerts-Marathon-Digital-Holdings-MARA-Investors-to-Securities-Fraud-Class-Action-Encourages-Investors-with-Losses-to-Contact-Firms-Attorneys

## Comments

Commenting on this article has ended                    🔔 Log in    Sign up

Powered by ⬡ OpenWeb

## Popular in the Community



**Stop Finance Non-Compliance Pain**    celigo ⓘ

Meet Celigo – Sales-ERP Data Matching

Learn more

**Meet Celigo - Sales-ERP Data**
⬡ Celigo

AdChoices ▷                    Sponsored

Russia will stop 'in a moment' if Ukraine meets terms - Kremlin
823 comments

Stock market news live updates: Stock futures sink, oil soars ami...
836 comments

Former Child St... Has Public Meltd...
727 comments

■ **RECOMMENDED STORIES**



Motley Fool

**Why Cruise Line Stocks Plunged Today**

 ACCESSWIRE
An ISSUER DIRECT Company

Tell My Story

Login

◀ Back to Newsroom

**Mentioned in this Article**

# HAGENS BERMAN, NATIONAL TRIAL ATTORNEYS, Encourages Marathon Digital Holdings (MARA) Investors with Losses to Contact Firm's Attorneys, Deadline Approaching in Securities Class Action

Wednesday, January 12, 2022 1:55 PM

Share this article now       

Topic:   Lawsuits



  

Tell My Story

Login

# Hagens Berman Sobol Shapiro LLP

**SAN FRANCISCO, CA / ACCESSWIRE / January 12, 2022 /** Hagens Berman urges Marathon Digital Holdings, Inc. **(NASDAQ:MARA)** investors with significant losses to <u>submit your losses now</u>.

**Class Period**: Oct. 13, 2020 - Nov. 15, 2021

**Lead Plaintiff Deadline:** Feb. 15, 2022

**Visit:** <u>www.hbsslaw.com/investor-fraud/MARA</u>

**Contact An Attorney Now:** <u>MARA@hbsslaw.com</u>

844-916-0895

**Marathon Digital Holdings, Inc. (MARA) Securities Class Action:**

The litigation arises from Defendants' misleading statements concerning Marathon's plan to build a data management facility in Hardin, Montana ("Hardin Facility") to provide energy for operating Bitcoin mining servers.

Specifically, in Oct. 2020, Marathon announced the formation of a joint venture with Beowulf Energy LLC ("Beowulf") purportedly focused on delivering low-cost power to Marathon's Bitcoin mining operations (the "Beowulf Joint Venture"). In connection with that joint venture, Marathon entered into a series of agreements with multiple parties to design and build the Hardin Facility, issuing 6 million shares to the parties of those agreements.

The Complaint alleges that Defendants concealed that the Beowulf Joint Venture, as it related to the Hardin Facility, may have violated U.S. securities laws.

The truth emerged on Nov. 15, 2021, when Marathon announced that it and certain of its executives received a subpoena from the SEC seeking documents and communications concerning the Hardin Facility. The company said, "[w]e understand the SEC may be investigating whether or not there may have been any violations of the federal securities law."

Drop us a line: **888.952.4446**    Email: **Sales    Editorial    Content licensing**

  

Copyright 2022 © ACCESSWIRE. All rights reserved. Privacy Policy  |  Terms and Conditions

If you invested in Marathon and have significant losses, or have knowledge that may assist the firm's investigation, click here to discuss your legal rights with Hagens Berman.

Whistleblowers: Persons with non-public information regarding Marathon should consider their options to help in the investigation or take advantage of the SEC Whistleblower program. Under the new program, whistleblowers who provide original information may receive rewards totaling up to 30 percent of any successful recovery made by the SEC. For more information, call Reed Kathrein at 844-916-0895 or email MARA@hbsslaw.com.

## About Hagens Berman

Hagens Berman is a national law firm with eight offices in eight cities around the country and over eighty attorneys. The firm represents investors, whistleblowers, workers and consumers in complex litigation. More about the firm and its successes is located at hbsslaw.com. For the latest news visit our newsroom or follow us on Twitter at @classactionlaw.

Contact:

Reed Kathrein, 844-916-0895

SOURCE: Hagens Berman

Related Documents:
- MARA 2022-01-12 AW

 Back to Newsroom

  

Copyright 2022 © ACCESSWIRE. All rights reserved. Privacy Policy  |  Terms and Conditions



COVID-19 NEWS    SERVICES˅    CONTACT US    FRANÇAIS    SIGN IN    



# MARA DEADLINE ALERT: Hagens Berman, National Trial Attorneys, Encourages Marathon Digital Holdings (MARA) Investors to Contact Firm's Attorneys, Securities Class Action Pending

January 13, 2022 15:04 ET | Source: Hagens Berman Sobol Shapiro LLP

---

SAN FRANCISCO, Jan. 13, 2022 (GLOBE NEWSWIRE) -- Hagens Berman urges Marathon Digital Holdings, Inc. (NASDAQ: MARA) investors with significant losses to submit your losses now.

Class Period: Oct. 13, 2020 – Nov. 15, 2021

Lead Plaintiff Deadline: Feb. 15, 2022

Visit: www.hbsslaw.com/investor-fraud/MARA

Contact An Attorney Now:

MARA@hbsslaw.com

844-916-0895

Marathon Digital Holdings, Inc. (MARA) Securities Class Action:

The litigation arises from Defendants' misleading statements concerning Marathon's plan to build a data management facility in Hardin, Montana ("Hardin Facility") to provide energy for operating Bitcoin mining servers.

Specifically, in Oct. 2020, Marathon announced the formation of a joint venture with Beowulf Energy LLC ("Beowulf") purportedly focused on delivering low-cost power to Marathon's Bitcoin mining operations (the "Beowulf Joint Venture"). In connection with that joint venture, Marathon



COVID-19 NEWS    SERVICES ⌄    CONTACT US    FRANÇAIS    SIGN IN    REGISTER

The Complaint alleges that Defendants concealed that the Beowulf Joint Venture, as it related to the Hardin Facility, may have violated U.S. securities laws.

The truth emerged on Nov. 15, 2021, when Marathon announced that it and certain of its executives received a subpoena from the SEC seeking documents and communications concerning the Hardin Facility. The company said, "[w]e understand the SEC may be investigating whether or not there may have been any violations of the federal securities law."

On this news, Marathon's stock price fell $20.52 per share, or 27.03%, in a single trading day.

"We're focused on investors' losses and proving Marathon misled investors about the legality of funding the Hardin Facility," said Reed Kathrein, the Hagens Berman partner leading the investigation.

If you invested in Marathon and have significant losses, or have knowledge that may assist the firm's investigation, [click here to discuss your legal rights with Hagens Berman](#).

Whistleblowers: Persons with non-public information regarding Marathon should consider their options to help in the investigation or take advantage of the SEC Whistleblower program. Under the new program, whistleblowers who provide original information may receive rewards totaling up to 30 percent of any successful recovery made by the SEC. For more information, call Reed Kathrein at 844-916-0895 or email [MARA@hbsslaw.com](mailto:MARA@hbsslaw.com).

[About Hagens Berman](#)

Hagens Berman is a national law firm with eight offices in eight cities around the country and over eighty attorneys. The firm represents investors, whistleblowers, workers and consumers in complex litigation. More about the firm and its successes is located at [hbsslaw.com](#). For the latest news visit our [newsroom](#) or follow us on Twitter at [@classactionlaw](#).

[Contact:](#)

Reed Kathrein, 844-916-0895



 Tell My Story   Login

 Back to Newsroom

**Mentioned in this Article**

# HAGENS BERMAN, NATIONAL TRIAL ATTORNEYS, Encourages Marathon Digital Holdings (MARA) Investors with Losses to Contact Firm's Attorneys, Deadline Approaching in Securities Class Action

Friday, January 14, 2022 9:33 AM

Share this article now     

Topic:   Lawsuits



 

Copyright 2022 © ACCESSWIRE. All rights reserved. Privacy Policy  |  Terms and Conditions



 Login

Hagens Berman Sobol Shapiro LL...

SAN FRANCISCO, CA / ACCESSWIRE / January 14, 2022 / Hagens Berman urges Marathon Digital Holdings, Inc. **(NASDAQ:MARA)** investors with significant losses to [submit your losses now](#).

**Class Period**: Oct. 13, 2020 - Nov. 15, 2021

**Lead Plaintiff Deadline:** Feb. 15, 2022

**Visit:** [www.hbsslaw.com/investor-fraud/MARA](http://www.hbsslaw.com/investor-fraud/MARA)

**Contact An Attorney Now:** [MARA@hbsslaw.com](mailto:MARA@hbsslaw.com)

844-916-0895

**Marathon Digital Holdings, Inc. (MARA) Securities Class Action:**

The litigation arises from Defendants' misleading statements concerning Marathon's plan to build a data management facility in Hardin, Montana ("Hardin Facility") to provide energy for operating Bitcoin mining servers.

Specifically, in Oct. 2020, Marathon announced the formation of a joint venture with Beowulf Energy LLC ("Beowulf") purportedly focused on delivering low-cost power to Marathon's Bitcoin mining operations (the "Beowulf Joint Venture"). In connection with that

joint venture, Marathon entered into a series of agreements with multiple parties to design and build the Hardin Facility, issuing 6 million shares to the parties of those agreements.

The Complaint alleges that Defendants concealed that the Beowulf Joint Venture, as it related to the Hardin Facility, may have violated U.S. securities laws.

---

Drop us a line:  888.952.4446    Email:  Sales  Editorial  Content licensing    

Copyright 2022 © ACCESSWIRE. All rights reserved. Privacy Policy  |  Terms and Conditions

 

On this news, Marathon's stock price fell $20.52 per share, or 27.03%, in a single trading day.

"We're focused on investors' losses and proving Marathon misled investors about the legality of funding the Hardin Facility," said Reed Kathrein, the Hagens Berman partner leading the investigation.

If you invested in Marathon and have significant losses, or have knowledge that may assist the firm's investigation, click here to discuss your legal rights with Hagens Berman.

**Whistleblowers:** Persons with non-public information regarding Marathon should consider their options to help in the investigation or take advantage of the SEC Whistleblower program. Under the new program, whistleblowers who provide original information may receive rewards totaling up to 30 percent of any successful recovery made by the SEC. For more information, call Reed Kathrein at **844-916-0895** or email MARA@hbsslaw.com.

About Hagens Berman
Hagens Berman is a national law firm with eight offices in eight cities around the country and over eighty attorneys. The firm represents investors, whistleblowers, workers and consumers in complex litigation. More about the firm and its successes is located at hbsslaw.com. For the latest news visit our newsroom or follow us on Twitter at @classactionlaw.

**Contact:**

Reed Kathrein

844-916-0895

**SOURCE:** Hagens Berman Sobol Shapiro LLP

---

Drop us a line:  **888.952.4446**    Email:  **Sales   Editorial   Content licensing**   

Copyright 2022 © ACCESSWIRE. All rights reserved. Privacy Policy  |  Terms and Conditions





# MARA DEADLINE ALERT: Hagens Berman, National Trial Attorneys, Encourages Marathon Digital Holdings (MARA) Investors to Contact Firm's Attorneys, Securities Class Action Pending

January 18, 2022 13:07 ET | Source: Hagens Berman Sobol Shapiro LLP

---

SAN FRANCISCO, Jan. 18, 2022 (GLOBE NEWSWIRE) -- Hagens Berman urges Marathon Digital Holdings, Inc. (NASDAQ: MARA) investors with significant losses to submit your losses now.

Class Period: Oct. 13, 2020 – Nov. 15, 2021

Lead Plaintiff Deadline: Feb. 15, 2022

Visit: www.hbsslaw.com/investor-fraud/MARA

Contact An Attorney Now: MARA@hbsslaw.com

844-916-0895

Marathon Digital Holdings, Inc. (MARA) Securities Class Action:

The litigation arises from Defendants' misleading statements concerning Marathon's plan to build a data management facility in Hardin, Montana ("Hardin Facility") to provide energy for operating Bitcoin mining servers.

Specifically, in Oct. 2020, Marathon announced the formation of a joint venture with Beowulf Energy LLC ("Beowulf") purportedly focused on delivering low-cost power to Marathon's Bitcoin mining operations (the "Beowulf Joint Venture"). In connection with that joint venture, Marathon



COVID-19 NEWS    SERVICES    CONTACT US    FRANÇAIS    SIGN IN    REGISTER

The Complaint alleges that Defendants concealed that the Beowulf Joint Venture, as it related to the Hardin Facility, may have violated U.S. securities laws.

The truth emerged on Nov. 15, 2021, when Marathon announced that it and certain of its executives received a subpoena from the SEC seeking documents and communications concerning the Hardin Facility. The company said, "[w]e understand the SEC may be investigating whether or not there may have been any violations of the federal securities law."

On this news, Marathon's stock price fell $20.52 per share, or 27.03%, in a single trading day.

"We're focused on investors' losses and proving Marathon misled investors about the legality of funding the Hardin Facility," said Reed Kathrein, the Hagens Berman partner leading the investigation.

If you invested in Marathon and have significant losses, or have knowledge that may assist the firm's investigation, [click here to discuss your legal rights with Hagens Berman](#).

Whistleblowers: Persons with non-public information regarding Marathon should consider their options to help in the investigation or take advantage of the SEC Whistleblower program. Under the new program, whistleblowers who provide original information may receive rewards totaling up to 30 percent of any successful recovery made by the SEC. For more information, call Reed Kathrein at 844-916-0895 or email [MARA@hbsslaw.com](mailto:MARA@hbsslaw.com).

[About Hagens Berman](#)

Hagens Berman is a national law firm with eight offices in eight cities around the country and over eighty attorneys. The firm represents investors, whistleblowers, workers and consumers in complex litigation. More about the firm and its successes is located at [hbsslaw.com](#). For the latest news visit our [newsroom](#) or follow us on Twitter at [@classactionlaw](#).

[Contact:](#)

Reed Kathrein, 844-916-0895



Tell My Story     Login

Back to Newsroom

**Mentioned in this Article**

# HAGENS BERMAN, NATIONAL TRIAL ATTORNEYS, Encourages Marathon Digital Holdings (MARA) Investors with Losses to Contact Firm's Attorneys, Deadline Approaching in Securities Class Action

Wednesday, January 19, 2022 9:31 AM

Share this article now    

Topic:  Lawsuits



Drop us a line:   888.952.4446     Email:   Sales    Editorial    Content licensing    

Copyright 2022 © ACCESSWIRE. All rights reserved. Privacy Policy  |  Terms and Conditions





Hagens Berman Sobol Shapiro LL.

**SAN FRANCISCO, CA / ACCESSWIRE / January 19, 2022 /** Hagens Berman urges Marathon Digital Holdings, Inc. **(NASDAQ:MARA)** investors with significant losses to [submit your losses now](#).

**Class Period**: Oct. 13, 2020 - Nov. 15, 2021

**Lead Plaintiff Deadline:** Feb. 15, 2022

**Visit:** [www.hbsslaw.com/investor-fraud/MARA](http://www.hbsslaw.com/investor-fraud/MARA)

**Contact An Attorney Now:** [MARA@hbsslaw.com](mailto:MARA@hbsslaw.com)

844-916-0895

**Marathon Digital Holdings, Inc. (MARA) Securities Class Action:**

The litigation arises from Defendants' misleading statements concerning Marathon's plan to build a data management facility in Hardin, Montana ("Hardin Facility") to provide energy for operating Bitcoin mining servers.

Specifically, in Oct. 2020, Marathon announced the formation of a joint venture with Beowulf Energy LLC ("Beowulf") purportedly focused on delivering low-cost power to Marathon's Bitcoin mining operations (the "Beowulf Joint Venture"). In connection with that joint venture, Marathon entered into a series of agreements with multiple parties to design and build the Hardin Facility, issuing 6 million shares to the parties of those agreements.

The Complaint alleges that Defendants concealed that the Beowulf Joint Venture, as it related to the Hardin Facility, may have violated U.S. securities laws.

  



Tell My Story    Login


On this news, Marathon's stock price fell $20.52 per share, or 27.03%, in a single trading day.

"We're focused on investors' losses and proving Marathon misled investors about the legality of funding the Hardin Facility," said Reed Kathrein, the Hagens Berman partner leading the investigation.

If you invested in Marathon and have significant losses, or have knowledge that may assist the firm's investigation, click here to discuss your legal rights with Hagens Berman.

**Whistleblowers:** Persons with non-public information regarding Marathon should consider their options to help in the investigation or take advantage of the SEC Whistleblower program. Under the new program, whistleblowers who provide original information may receive rewards totaling up to 30 percent of any successful recovery made by the SEC. For more information, call Reed Kathrein at **844-916-0895** or email MARA@hbsslaw.com.

About Hagens Berman

Hagens Berman is a national law firm with eight offices in eight cities around the country and over eighty attorneys. The firm represents investors, whistleblowers, workers and consumers in complex litigation. More about the firm and its successes is located at hbsslaw.com. For the latest news visit our newsroom or follow us on Twitter at @classactionlaw.

**Contact:**

Reed Kathrein

844-916-0895

**SOURCE:** Hagens Berman Sobol Shapiro LLP

---

 

Copyright 2022 © ACCESSWIRE. All rights reserved. Privacy Policy  |  Terms and Conditions





Tell My Story    Login


Back to Newsroom

**Mentioned in this Article**

# MARA INVESTOR FRAUD: Hagens Berman, National Trial Attorneys, Encourages Marathon Digital Holdings (MARA) Investors with Losses to Contact Firm's Attorneys, Securities Class Action Filed

Thursday, January 20, 2022 5:30 PM

Share this article now      

Topic:   Lawsuits



  



Tell My Story          Login

**Lead Plaintiff Deadline:** Feb. 15, 2022

**Visit:** [www.hbsslaw.com/investor-fraud/MARA](http://www.hbsslaw.com/investor-fraud/MARA)

**Contact An Attorney Now:** [MARA@hbsslaw.com](mailto:MARA@hbsslaw.com)

844-916-0895

**Marathon Digital Holdings, Inc. (MARA) Securities Class Action:**

The litigation arises from Defendants' misleading statements concerning Marathon's plan to build a data management facility in Hardin, Montana ("Hardin Facility") to provide energy for operating Bitcoin mining servers.

Specifically, in Oct. 2020, Marathon announced the formation of a joint venture with Beowulf Energy LLC ("Beowulf") purportedly focused on delivering low-cost power to Marathon's Bitcoin mining operations (the "Beowulf Joint Venture"). In connection with that joint venture, Marathon entered into a series of agreements with multiple parties to design and build the Hardin Facility, issuing 6 million shares to the parties of those agreements.

The Complaint alleges that Defendants concealed that the Beowulf Joint Venture, as it related to the Hardin Facility, may have violated U.S. securities laws.

The truth emerged on Nov. 15, 2021, when Marathon announced that it and certain of its executives received a subpoena from the SEC seeking documents and communications concerning the Hardin Facility. The company said, "[w]e understand the SEC may be investigating whether or not there may have been any violations of the federal securities law."

On this news, Marathon's stock price fell $20.52 per share, or 27.03%, in a single trading day.

"We're focused on investors' losses and proving Marathon misled investors about the legality of funding the Hardin Facility," said Reed Kathrein, the Hagens Berman partner leading the investigation.

If you invested in Marathon and have significant losses, or have knowledge that may assist the firm's investigation, [click here to discuss your legal rights with Hagens Berman](#).

Drop us a line:   888.952.4446    Email:   Sales    Editorial    Content licensing

  

Copyright 2022 © ACCESSWIRE. All rights reserved. Privacy Policy  |  Terms and Conditions



Tell My Story

Login

or email MARA@hbsslaw.com

## About Hagens Berman

Hagens Berman is a national law firm with eight offices in eight cities around the country and over eighty attorneys. The firm represents investors, whistleblowers, workers and consumers in complex litigation. More about the firm and its successes is located at hbsslaw.com. For the latest news visit our newsroom or follow us on Twitter at @classactionlaw.

Contact:

Reed Kathrein, 844-916-0895

**SOURCE:** Hagens Berman Sobol Shapiro LLP

 Back to Newsroom

---

Drop us a line:   888.952.4446      Email:   Sales   Editorial   Content licensing

  

Copyright 2022 © ACCESSWIRE. All rights reserved. Privacy Policy  |  Terms and Conditions







Mentioned in this Article

# HAGENS BERMAN, NATIONAL TRIAL ATTORNEYS, Encourages Marathon Digital Holdings (MARA) Investors with Losses to Contact Firm's Attorneys, Deadline Approaching in Securities Class Action

Friday, January 21, 2022 3:45 PM

Share this article now      

Topic:  Lawsuits



Drop us a line:   888.952.4446   Email:   Sales   Editorial   Content licensing

  

Copyright 2022 © ACCESSWIRE. All rights reserved. Privacy Policy  |  Terms and Conditions



Tell My Story Login

**Lead Plaintiff Deadline:** Feb. 15, 2022

**Visit:** www.hbsslaw.com/investor-fraud/MARA

**Contact An Attorney Now:** MARA@hbsslaw.com

**844-916-0895**

**Marathon Digital Holdings, Inc. (MARA) Securities Class Action:**

The litigation arises from Defendants' misleading statements concerning Marathon's plan to build a data management facility in Hardin, Montana ("Hardin Facility") to provide energy for operating Bitcoin mining servers.

Specifically, in Oct. 2020, Marathon announced the formation of a joint venture with Beowulf Energy LLC ("Beowulf") purportedly focused on delivering low-cost power to Marathon's Bitcoin mining operations (the "Beowulf Joint Venture"). In connection with that joint venture, Marathon entered into a series of agreements with multiple parties to design and build the Hardin Facility, issuing 6 million shares to the parties of those agreements.

The Complaint alleges that Defendants concealed that the Beowulf Joint Venture, as it related to the Hardin Facility, may have violated U.S. securities laws.

The truth emerged on Nov. 15, 2021, when Marathon announced that it and certain of its executives received a subpoena from the SEC seeking documents and communications concerning the Hardin Facility. The company said, "[w]e understand the SEC may be investigating whether or not there may have been any violations of the federal securities law."

1. On this news, Marathon's stock price fell $20.52 per share, or 27.03%, in a single trading day.

"We're focused on investors' losses and proving Marathon misled investors about the legality of funding the Hardin Facility," said Reed Kathrein, the Hagens Berman partner leading the investigation.

If you invested in Marathon and have significant losses, or have knowledge that may assist the firm's investigation, click here to discuss your legal rights with Hagens Berman.









Copyright 2022 © ACCESSWIRE. All rights reserved. Privacy Policy | Terms and Conditions

  



Tell My Story    Login

or email MARA@hbsslaw.com.

# # #

[About Hagens Berman](#)

Hagens Berman is a national law firm with eight offices in eight cities around the country and over eighty attorneys. The firm represents investors, whistleblowers, workers and consumers in complex litigation. More about the firm and its successes is located at [hbsslaw.com](#). For the latest news visit our [newsroom](#) or follow us on Twitter at [@classactionlaw](#).

<u>Contact:</u>

Reed Kathrein, 844-916-0895

**SOURCE:** Hagens Berman Sobol Shapiro LLP

 Back to Newsroom

  



COVID-19 NEWS    SERVICES ⌄    CONTACT US    FRANÇAIS    SIGN IN    REGISTER





# MARA SECURITIES FRAUD: Hagens Berman, National Trial Attorneys, Encourages Marathon Digital Holdings (MARA) Investors with Losses to Contact Firm's Attorneys, Securities Class Action Filed

January 24, 2022 09:36 ET | Source: Hagens Berman Sobol Shapiro LLP

SAN FRANCISCO, Jan. 24, 2022 (GLOBE NEWSWIRE) -- Hagens Berman urges Marathon Digital Holdings, Inc. (NASDAQ: MARA) investors with significant losses to submit your losses now.

Class Period: Oct. 13, 2020 – Nov. 15, 2021

Lead Plaintiff Deadline: Feb. 15, 2022

Visit: www.hbsslaw.com/investor-fraud/MARA

Contact An Attorney Now: MARA@hbsslaw.com

844-916-0895

Marathon Digital Holdings, Inc. (MARA) Securities Class Action:

The litigation arises from Defendants' misleading statements concerning Marathon's plan to build a data management facility in Hardin, Montana ("Hardin Facility") to provide energy for operating Bitcoin mining servers.

Specifically, in Oct. 2020, Marathon announced the formation of a joint venture with Beowulf Energy LLC ("Beowulf") purportedly focused on delivering low-cost power to Marathon's Bitcoin mining operations (the "Beowulf Joint Venture"). In connection with that joint venture, Marathon



COVID-19 NEWS    SERVICES    CONTACT US    FRANÇAIS    SIGN IN    REGISTER

The Complaint alleges that Defendants concealed that the Beowulf Joint Venture, as it related to the Hardin Facility, may have violated U.S. securities laws.

The truth emerged on Nov. 15, 2021, when Marathon announced that it and certain of its executives received a subpoena from the SEC seeking documents and communications concerning the Hardin Facility. The company said, "[w]e understand the SEC may be investigating whether or not there may have been any violations of the federal securities law."

On this news, Marathon's stock price fell $20.52 per share, or 27.03%, in a single trading day.

"We're focused on investors' losses and proving Marathon misled investors about the legality of funding the Hardin Facility," said Reed Kathrein, the Hagens Berman partner leading the investigation.

If you invested in Marathon and have significant losses, or have knowledge that may assist the firm's investigation, [click here to discuss your legal rights with Hagens Berman](#).

Whistleblowers: Persons with non-public information regarding Marathon should consider their options to help in the investigation or take advantage of the SEC Whistleblower program. Under the new program, whistleblowers who provide original information may receive rewards totaling up to 30 percent of any successful recovery made by the SEC. For more information, call Reed Kathrein at 844-916-0895 or email [MARA@hbsslaw.com](mailto:MARA@hbsslaw.com).

[About Hagens Berman](#)

Hagens Berman is a national law firm with eight offices in eight cities around the country and over eighty attorneys. The firm represents investors, whistleblowers, workers and consumers in complex litigation. More about the firm and its successes is located at [hbsslaw.com](#). For the latest news visit our [newsroom](#) or follow us on Twitter at [@classactionlaw](#).

[Contact:](#)

Reed Kathrein, 844-916-0895



Tell My Story    Login

 Back to Newsroom

**Mentioned in this Article**

# HAGENS BERMAN, NATIONAL TRIAL ATTORNEYS, Alerts Marathon Digital Holdings (MARA) Investors to Lead Plaintiff Opportunity in Securities Fraud Lawsuit

Tuesday, January 25, 2022 7:04 PM

Share this article now    

Topic:  Lawsuits



### Hagens Berman Sobol Shapiro LLP

SAN FRANCISCO, CA / ACCESSWIRE / January 25, 2022 / Hagens Berman urges Marathon Digital Holdings, Inc. (NASDAQ:MARA) investors with significant losses to submit your losses now.

**Class Period**: Oct. 13, 2020 - Nov. 15, 2021

**Lead Plaintiff Deadline:** Feb. 15, 2022

Drop us a line:  888.952.4446    Email:  Sales    Editorial    Content licensing

  

Copyright 2022 © ACCESSWIRE. All rights reserved. Privacy Policy  |  Terms and Conditions



Tell My Story          Login

**Marathon Digital Holdings, Inc. (MARA) Securities Class Action:**

The litigation arises from Defendants' misleading statements concerning Marathon's plan to build a data management facility in Hardin, Montana ("Hardin Facility") to provide energy for operating Bitcoin mining servers.

Specifically, in Oct. 2020, Marathon announced the formation of a joint venture with Beowulf Energy LLC ("Beowulf") purportedly focused on delivering low-cost power to Marathon's Bitcoin mining operations (the "Beowulf Joint Venture"). In connection with that joint venture, Marathon entered into a series of agreements with multiple parties to design and build the Hardin Facility, issuing 6 million shares to the parties of those agreements.

The Complaint alleges that Defendants concealed that the Beowulf Joint Venture, as it related to the Hardin Facility, may have violated U.S. securities laws.

The truth emerged on Nov. 15, 2021, when Marathon announced that it and certain of its executives received a subpoena from the SEC seeking documents and communications concerning the Hardin Facility. The company said, "[w]e understand the SEC may be investigating whether or not there may have been any violations of the federal securities law."

1. On this news, Marathon's stock price fell $20.52 per share, or 27.03%, in a single trading day.

"We're focused on investors' losses and proving Marathon misled investors about the legality of funding the Hardin Facility," said Reed Kathrein, the Hagens Berman partner leading the investigation.

If you invested in Marathon and have significant losses, or have knowledge that may assist the firm's investigation, click here to discuss your legal rights with Hagens Berman.

**Whistleblowers:** Persons with non-public information regarding Marathon should consider their options to help in the investigation or take advantage of the SEC Whistleblower program. Under the new program, whistleblowers who provide original information may receive rewards totaling up to 30 percent of any successful recovery made by the SEC. For more information, call Reed Kathrein at **844-916-0895** or email MARA@hbsslaw.com.

**About Hagens Berman**

Hagens Berman is a national law firm with eight offices in eight cities around the country and over eighty attorneys. The firm represents investors, whistleblowers, workers and consumers in complex litigation. More about the firm and its successes is located at hbsslaw.com. For the latest news visit our newsroom or follow us on Twitter at @classactionlaw.

**Contact:**

Reed Kathrein, 844-916-0895

  



Back to Newsroom

**Mentioned in this Article**

# MARA LAWSUIT: Hagens Berman, National Trial Attorneys, Encourages Marathon Digital Holdings (MARA) Investors with Losses to Contact Firm's Attorneys, Deadline Approaching in Securities Case



**Hagens Berman
Sobol Shapiro LLP**

Thursday, January 27, 2022 10:11 AM

Share this article now    

Topic:   Lawsuits

SAN FRANCISCO, CA / ACCESSWIRE / January 27, 2022 / Hagens Berman urges Marathon Digital Holdings, Inc. **(NASDAQ:MARA)** investors with significant losses to submit your losses now.

**Class Period**: Oct. 13, 2020 - Nov. 15, 2021
**Lead Plaintiff Deadline:** Feb. 15, 2022
**Visit:** www.hbsslaw.com/investor-fraud/MARA
**Contact An Attorney Now:** MARA@hbsslaw.com
844-916-0895

**Marathon Digital Holdings, Inc. (MARA) Securities Class Action:**

The litigation arises from Defendants' misleading statements concerning Marathon's plan to build a data management facility in Hardin, Montana ("Hardin Facility") to provide energy for operating Bitcoin mining servers.

Specifically, in Oct. 2020, Marathon announced the formation of a joint venture with Beowulf Energy LLC ("Beowulf") purportedly focused on delivering low-cost power to Marathon's Bitcoin mining operations (the "Beowulf Joint Venture"). In connection with that joint venture, Marathon entered into a series of agreements with multiple parties to design and build the Hardin Facility, issuing 6 million shares to the parties of those agreements.

The Complaint alleges that Defendants concealed that the Beowulf Joint Venture, as it related to the Hardin Facility, may have violated U.S. securities laws.

The truth emerged on Nov. 15, 2021, when Marathon announced that it and certain of its executives received a subpoena from the SEC seeking documents and communications concerning the Hardin Facility. The company said, "[w]e understand the SEC may be investigating whether or not there may have been any violations of the federal securities law."

Drop us a line:   888.952.4446    Email:   Sales    Editorial    Content licensing        

Copyright 2022 © ACCESSWIRE. All rights reserved.  Privacy Policy   Terms and Conditions





If you invested in Marathon and have significant losses, or have knowledge that may assist the firm's investigation, click here to discuss your legal rights with Hagens Berman.

**Whistleblowers:** Persons with non-public information regarding Marathon should consider their options to help in the investigation or take advantage of the SEC Whistleblower program. Under the new program, whistleblowers who provide original information may receive rewards totaling up to 30 percent of any successful recovery made by the SEC. For more information, call Reed Kathrein at 844-916-0895 or email MARA@hbsslaw.com.

About Hagens Berman

Hagens Berman is a national law firm with eight offices in eight cities around the country and over eighty attorneys. The firm represents investors, whistleblowers, workers and consumers in complex litigation. More about the firm and its successes is located at hbsslaw.com. For the latest news visit our newsroom or follow us on Twitter at @classactionlaw.

**Contact:**

Reed Kathrein, 844-916-0895

**SOURCE:** Hagens Berman Sobol Shapiro LLP

Back to Newsroom

  



COVID-19
NEWS          SERVICES ⌄          CONTACT
US          FRANÇAIS          SIGN IN          REGISTER



# MARA DEADLINE: Hagens Berman, National Trial Attorneys, Encourages Marathon Digital Holdings (MARA) Investors with Losses to Contact Firm's Attorneys, Securities Class Action Pending

January 31, 2022 12:25 ET | Source: Hagens Berman Sobol Shapiro LLP

SAN FRANCISCO, Jan. 31, 2022 (GLOBE NEWSWIRE) -- Hagens Berman urges Marathon Digital Holdings, Inc. (NASDAQ: MARA) investors with significant losses to submit your losses now.

Class Period: Oct. 13, 2020 – Nov. 15, 2021

Lead Plaintiff Deadline: Feb. 15, 2022

Visit: www.hbsslaw.com/investor-fraud/MARA

Contact An Attorney Now: MARA@hbsslaw.com

844-916-0895

Marathon Digital Holdings, Inc. (MARA) Securities Class Action:

The litigation arises from Defendants' misleading statements concerning Marathon's plan to build a data management facility in Hardin, Montana ("Hardin Facility") to provide energy for operating Bitcoin mining servers.

Specifically, in Oct. 2020, Marathon announced the formation of a joint venture with Beowulf Energy LLC ("Beowulf") purportedly focused on delivering low-cost power to Marathon's Bitcoin mining operations (the "Beowulf Joint Venture"). In connection with that joint venture, Marathon



COVID-19 NEWS    SERVICES    CONTACT US    FRANÇAIS    SIGN IN    REGISTER

The Complaint alleges that Defendants concealed that the Beowulf Joint Venture, as it related to the Hardin Facility, may have violated U.S. securities laws.

The truth emerged on Nov. 15, 2021, when Marathon announced that it and certain of its executives received a subpoena from the SEC seeking documents and communications concerning the Hardin Facility. The company said, "[w]e understand the SEC may be investigating whether or not there may have been any violations of the federal securities law."

On this news, Marathon's stock price fell $20.52 per share, or 27.03%, in a single trading day.

"We're focused on investors' losses and proving Marathon misled investors about the legality of funding the Hardin Facility," said Reed Kathrein, the Hagens Berman partner leading the investigation.

If you invested in Marathon and have significant losses, or have knowledge that may assist the firm's investigation, click here to discuss your legal rights with Hagens Berman.

Whistleblowers: Persons with non-public information regarding Marathon should consider their options to help in the investigation or take advantage of the SEC Whistleblower program. Under the new program, whistleblowers who provide original information may receive rewards totaling up to 30 percent of any successful recovery made by the SEC. For more information, call Reed Kathrein at 844-916-0895 or email MARA@hbsslaw.com.

About Hagens Berman

Hagens Berman is a national law firm with eight offices in eight cities around the country and over eighty attorneys. The firm represents investors, whistleblowers, workers and consumers in complex litigation. More about the firm and its successes is located at hbsslaw.com. For the latest news visit our newsroom or follow us on Twitter at @classactionlaw.

Contact:

Reed Kathrein, 844-916-0895

---

Tags



 Back to Newsroom



Login

Tell My Story

Mentioned in this Article

# MARA 2-WEEK DEADLINE ALERT: Hagens Berman, National Trial Attorneys, Encourages Marathon Digital Holdings (MARA) Investors with Losses to Contact Firm's Attorneys, Securities Fraud Action Pending





Hagens Berman
Sobol Shapiro LLP

Tuesday, February 1, 2022 5:30 PM

Share this article now   

Topic:  Lawsuits

SAN FRANCISCO, CA / ACCESSWIRE / February 1, 2022 / Hagens Berman urges Marathon Digital Holdings, Inc. **(NASDAQ:MARA)** investors with significant losses to submit your losses now.

**Class Period**: Oct. 13, 2020 - Nov. 15, 2021

**Lead Plaintiff Deadline:** Feb. 15, 2022

**Visit:** www.hbsslaw.com/investor-fraud/MARA

**Contact An Attorney Now:** MARA@hbsslaw.com

**844-916-0895**

**Marathon Digital Holdings, Inc. (MARA) Securities Class Action:**

The litigation arises from Defendants' misleading statements concerning Marathon's plan to build a data management facility in Hardin, Montana ("Hardin Facility") to provide energy for operating Bitcoin mining servers.

Specifically, in Oct. 2020, Marathon announced the formation of a joint venture with Beowulf Energy LLC ("Beowulf") purportedly focused on delivering low-cost power to Marathon's Bitcoin mining operations (the "Beowulf Joint Venture"). In connection with that joint venture, Marathon entered into a series of agreements with multiple parties to design and build the Hardin Facility, issuing 6 million shares to the parties of those agreements.

The Complaint alleges that Defendants concealed that the Beowulf Joint Venture, as it related to the Hardin Facility, may have violated U.S. securities laws.

The truth emerged on Nov. 15, 2021, when Marathon announced that it and certain of its executives received a subpoena from the SEC seeking documents and communications concerning the Hardin Facility. The company said, "[w]e understand the SEC may be investigating whether or not there may have been any violations of the federal securities law."

  



 Login

If you invested in Marathon and have significant losses, or have knowledge that may assist the firm's investigation, click here to discuss your legal rights with Hagens Berman.

**Whistleblowers:** Persons with non-public information regarding Marathon should consider their options to help in the investigation or take advantage of the SEC Whistleblower program. Under the new program, whistleblowers who provide original information may receive rewards totaling up to 30 percent of any successful recovery made by the SEC. For more information, call Reed Kathrein at **844-916-0895** or email MARA@hbsslaw.com.

About Hagens Berman

Hagens Berman is a national law firm with eight offices in eight cities around the country and over eighty attorneys. The firm represents investors, whistleblowers, workers and consumers in complex litigation. More about the firm and its successes is located at hbsslaw.com. For the latest news visit our newsroom or follow us on Twitter at @classactionlaw.

**Contact:**

Reed Kathrein, 844-916-0895

**SOURCE:** Hagens Berman Sobol Shapiro LLP

Related Documents:
- MARA 2022-02-01 AW

Back to Newsroom

  



 Back to Newsroom



Mentioned in this Article

# MARA 13-DAY DEADLINE ALERT: Hagens Berman, National Trial Attorneys, Encourages Marathon Digital Holdings (MARA) Investors with Losses to Contact Firm's Attorneys, Securities Class Action Pending



Hagens Berman Sobol Shapiro LLP

Wednesday, February 2, 2022 10:31 AM

Share this article now  

Topic: Lawsuits

**SAN FRANCISCO, CA / ACCESSWIRE / February 2, 2022 /** Hagens Berman urges Marathon Digital Holdings, Inc. **(NASDAQ:MARA)** investors with significant losses to submit your losses now.

**Class Period:** Oct. 13, 2020 - Nov. 15, 2021
**Lead Plaintiff Deadline:** Feb. 15, 2022
Visit: www.hbsslaw.com/investor-fraud/MARA
Contact An Attorney Now: MARA@hbsslaw.com
844-916-0895

**Marathon Digital Holdings, Inc. (MARA) Securities Class Action:**

The litigation arises from Defendants' misleading statements concerning Marathon's plan to build a data management facility in Hardin, Montana ("Hardin Facility") to provide energy for operating Bitcoin mining servers.

Specifically, in Oct. 2020, Marathon announced the formation of a joint venture with Beowulf Energy LLC ("Beowulf") purportedly focused on delivering low-cost power to Marathon's Bitcoin mining operations (the "Beowulf Joint Venture"). In connection with that joint venture, Marathon entered into a series of agreements with multiple parties to design and build the Hardin Facility, issuing 6 million shares to the parties of those agreements.

The Complaint alleges that Defendants concealed that the Beowulf Joint Venture, as it related to the Hardin Facility, may have violated U.S. securities laws.

The truth emerged on Nov. 15, 2021, when Marathon announced that it and certain of its executives received a subpoena from the SEC seeking documents and communications concerning the Hardin Facility. The company said, "[w]e understand the SEC may be investigating whether or not there may have been any violations of the federal securities law."

On this news, Marathon's stock price fell $20.52 per share, or 27.03%, in a single trading day.

"We're focused on investors' losses and proving Marathon misled investors about the legality of funding the Hardin Facility," said Reed Kathrein, the Hagens Berman partner leading the investigation.

If you invested in Marathon and have significant losses, or have knowledge that may assist the firm's investigation, click here to discuss your legal rights with Hagens Berman.

Drop us a line:    888.952.4446    Email:    Sales    Editorial    Content licensing

  

Copyright 2022 © ACCESSWIRE. All rights reserved.    Privacy Policy    Terms and Conditions

 

Hagens Berman is a national law firm with eight offices in eight cities around the country and over eighty attorneys. The firm represents investors, whistleblowers, workers and consumers in complex litigation. More about the firm and its successes is located at hbsslaw.com. For the latest news visit our newsroom or follow us on Twitter at @classactionlaw.

**Contact:**

Reed Kathrein, 844-916-0895

**SOURCE:** Hagens Berman Sobol Shapiro LLP

 Back to Newsroom

  



Tell My Story    Login

 Back to Newsroom

Mentioned in this Article

# MARA 12-DAY DEADLINE ALERT: Hagens Berman, National Trial Attorneys, Encourages Marathon Digital Holdings (MARA) Investors with Losses to Contact Firm's Attorneys, Securities Fraud Action Pending



Hagens Berman Sobol Shapiro LLP

Thursday, February 3, 2022 3:00 PM

Share this article now   

Topic:  Lawsuits

SAN FRANCISCO, CA / ACCESSWIRE / February 3, 2022 / Hagens Berman urges Marathon Digital Holdings, Inc. (NASDAQ:MARA) investors with significant losses to submit your losses now.

**Class Period:** Oct. 13, 2020 - Nov. 15, 2021

**Lead Plaintiff Deadline:** Feb. 15, 2022

Visit: www.hbsslaw.com/investor-fraud/MARA

Contact An Attorney Now: MARA@hbsslaw.com

844-916-0895

Marathon Digital Holdings, Inc. (MARA) Securities Class Action:

The litigation arises from Defendants' misleading statements concerning Marathon's plan to build a data management facility in Hardin, Montana ("Hardin Facility") to provide energy for operating Bitcoin mining servers.

Specifically, in Oct. 2020, Marathon announced the formation of a joint venture with Beowulf Energy LLC ("Beowulf") purportedly focused on delivering low-cost power to Marathon's Bitcoin mining operations (the "Beowulf Joint Venture"). In connection with that joint venture, Marathon entered into a series of agreements with multiple parties to design and build the Hardin Facility, issuing 6 million shares to the parties of those agreements.

The Complaint alleges that Defendants concealed that the Beowulf Joint Venture, as it related to the Hardin Facility, may have violated U.S. securities laws.

The truth emerged on Nov. 15, 2021, when Marathon announced that it and certain of its executives received a subpoena from the SEC seeking documents and communications concerning the Hardin Facility. The company said, "[w]e understand the SEC may be investigating whether or not there may have been any violations of the federal securities law."

On this news, Marathon's stock price fell $20.52 per share, or 27.03%, in a single trading day.

"We're focused on investors' losses and proving Marathon misled investors about the legality of funding the Hardin Facility," said Reed Kathrein, the Hagens Berman partner leading the investigation.

If you invested in Marathon and have significant losses, or have knowledge that may assist the firm's investigation, click here to discuss your legal rights with Hagens Berman.

  

Copyright 2022 © ACCESSWIRE. All rights reserved. Privacy Policy    Terms and Conditions





About Hagens Berman

Hagens Berman is a national law firm with eight offices in eight cities around the country and over eighty attorneys. The firm represents investors, whistleblowers, workers and consumers in complex litigation. More about the firm and its successes is located at hbsslaw.com. For the latest news visit our newsroom or follow us on Twitter at @classactionlaw.

Contact:

Reed Kathrein, 844-916-0895

**SOURCE:** Hagens Berman Sobol Shapiro LLP

Related Documents:

- MARA 2022-02-03 AW

 Back to Newsroom

  

# MARA 11-DAY DEADLINE ALERT: Hagens Berman, National Trial Attorneys, Encourages Marathon Digital Holdings (MARA) Investors with Losses to Contact Firm's Attorneys Before Feb. 15th Deadline in Securities Fraud Suit

San Francisco, California--(Newsfile Corp. - February 4, 2022) -  Hagens Berman urges Marathon Digital Holdings, Inc. **(NASDAQ: MARA)** investors with significant losses to submit your losses now (https://www.newsfilecorp.com/redirect/zW3N4S1k7x).

**Class Period:** Oct. 13, 2020 - Nov. 15, 2021
**Lead Plaintiff Deadline:** Feb. 15, 2022
**Visit:** www.hbsslaw.com/investor-fraud/MARA (https://www.newsfilecorp.com/redirect/4WRD4SAyjz)
**Contact An Attorney Now:** MARA@hbsslaw.com (mailto:MARA@hbsslaw.com)
**844-916-0895**

**Marathon Digital Holdings, Inc. (MARA) Securities Class Action:**

The litigation arises from Defendants' misleading statements concerning Marathon's plan to build a data management facility in Hardin, Montana ("Hardin Facility") to provide energy for operating Bitcoin mining servers.

Specifically, in Oct. 2020, Marathon announced the formation of a joint venture with Beowulf Energy LLC ("Beowulf") purportedly focused on delivering low-cost power to Marathon's Bitcoin mining operations (the "Beowulf Joint Venture"). In connection with that joint venture, Marathon entered into a series of agreements with multiple parties to design and build the Hardin Facility, issuing 6 million shares to the parties of those agreements.

The Complaint alleges that Defendants concealed that the Beowulf Joint Venture, as it related to the Hardin Facility, may have violated U.S. securities laws.

The truth emerged on Nov. 15, 2021, when Marathon announced that it and certain of its executives received a subpoena from the SEC seeking documents and communications concerning the Hardin Facility. The company said, "[w]e understand the SEC may be investigating whether or not there may have been any violations of the federal securities law."

On this news, Marathon's stock price fell $20.52 per share, or 27.03%, in a single trading day.

"We're focused on investors' losses and proving Marathon misled investors about the legality of funding the Hardin Facility," said Reed Kathrein, the Hagens Berman partner leading the investigation.

If you invested in Marathon and have significant losses, or have knowledge that may assist the firm's investigation, click here to discuss your legal rights with Hagens Berman (https://www.newsfilecorp.com/redirect/jVKEZsXpEo).

**Whistleblowers:** Persons with non-public information regarding Marathon should consider their options to help in the investigation or take advantage of the SEC Whistleblower program. Under the new program, whistleblowers who provide original information may receive rewards totaling up to 30 percent of any successful recovery made by the SEC. For more information, call Reed Kathrein at **844-916-0895** or email MARA@hbsslaw.com (mailto:MARA@hbsslaw.com).

# # #

About Hagens Berman (https://www.newsfilecorp.com/redirect/vRKeDsGKkj)
Hagens Berman is a national law firm with eight offices in eight cities around the country and over eighty attorneys. The firm represents investors, whistleblowers, workers and consumers in complex litigation. More about the firm and its successes is located at hbsslaw.com (https://www.newsfilecorp.com/redirect/JZ5Nnixwjq). For the latest news visit our newsroom (https://www.newsfilecorp.com/redirect/GOM2Riw8Q0) or follow us on Twitter at @classactionlaw (https://www.newsfilecorp.com/redirect/Qr5jZhn5X7).



To view the source version of this press release, please visit https://www.newsfilecorp.com/release/112851 (https://www.newsfilecorp.com/redirect/mo05as8Lek)



COVID-19
NEWS

SERVICES ›

CONTACT
US

FRANÇAIS

SIGN IN





# MARA 10-DAY DEADLINE ALERT: Hagens Berman, National Trial Attorneys, Encourages Marathon Digital Holdings (MARA) Investors with Losses to Contact Firm's Attorneys Before Feb. 15th

February 05, 2022 09:49 ET | Source: Hagens Berman Sobol Shapiro LLP

SAN FRANCISCO, Feb. 05, 2022 (GLOBE NEWSWIRE) -- Hagens Berman urges Marathon Digital Holdings, Inc. (NASDAQ: MARA) investors with significant losses to submit your losses now.

Class Period: Oct. 13, 2020 – Nov. 15, 2021
Lead Plaintiff Deadline: Feb. 15, 2022
Visit: www.hbsslaw.com/investor-fraud/MARA
Contact An Attorney Now: MARA@hbsslaw.com
                          844-916-0895

Marathon Digital Holdings, Inc. (MARA) Securities Class Action:

The litigation arises from Defendants' misleading statements concerning Marathon's plan to build a data management facility in Hardin, Montana ("Hardin Facility") to provide energy for operating Bitcoin mining servers.

Specifically, in Oct. 2020, Marathon announced the formation of a joint venture with Beowulf Energy LLC ("Beowulf") purportedly focused on delivering low-cost power to Marathon's Bitcoin mining operations (the "Beowulf Joint Venture"). In connection with that joint venture, Marathon entered into a series of agreements with multiple parties to design and build the Hardin Facility, issuing 6 million shares to the parties of those agreements.



COVID-19 NEWS          SERVICES          CONTACT US          FRANÇAIS          SIGN IN          REGISTER

The truth emerged on Nov. 15, 2021, when Marathon announced that it and certain of its executives received a subpoena from the SEC seeking documents and communications concerning the Hardin Facility. The company said, "[w]e understand the SEC may be investigating whether or not there may have been any violations of the federal securities law."

On this news, Marathon's stock price fell $20.52 per share, or 27.03%, in a single trading day.

"We're focused on investors' losses and proving Marathon misled investors about the legality of funding the Hardin Facility," said Reed Kathrein, the Hagens Berman partner leading the investigation.

If you invested in Marathon and have significant losses, or have knowledge that may assist the firm's investigation, click here to discuss your legal rights with Hagens Berman

Whistleblowers: Persons with non-public information regarding Marathon should consider their options to help in the investigation or take advantage of the SEC Whistleblower program. Under the new program, whistleblowers who provide original information may receive rewards totaling up to 30 percent of any successful recovery made by the SEC. For more information, call Reed Kathrein at 844-916-0895 or email MARA@hbsslaw.com

About Hagens Berman

Hagens Berman is a national law firm with eight offices in eight cities around the country and over eighty attorneys. The firm represents investors, whistleblowers, workers and consumers in complex litigation. More about the firm and its successes is located at hbsslaw.com. For the latest news visit our newsroom or follow us on Twitter at @classactionlaw.

Contact:

Reed Kathrein, 844-916-0895

---

Tags

MARA class action      MARA fraud      MARA investor      MARA investor fraud      MARA lawsuit      MARA securities      MARA stock      MARA shareholder      Class Action



Back to Newsroom

Mentioned in this Article

# MARA 8-DAY DEADLINE ALERT: Hagens Berman, National Trial Attorneys, Encourages Marathon Digital Holdings (MARA) Investors with Losses to Contact Firm's Attorneys Before Feb. 15th Deadline in Securities Fraud Suit



Hagens Berman Sobol Shapiro LLP

Monday, February 7, 2022 2:00 PM

Share this article now  

Topic: Lawsuits

SAN FRANCISCO, CA / ACCESSWIRE / February 7, 2022 / Hagens Berman urges Marathon Digital Holdings, Inc. (NASDAQ:MARA) investors with significant losses to submit your losses now.

**Class Period**: Oct. 13, 2020 - Nov. 15, 2021

**Lead Plaintiff Deadline:** Feb. 15, 2022

Visit: www.hbsslaw.com/investor-fraud/MARA

Contact An Attorney Now: MARA@hbsslaw.com

844-916-0895

**Marathon Digital Holdings, Inc. (MARA) Securities Class Action:**

The litigation arises from Defendants' misleading statements concerning Marathon's plan to build a data management facility in Hardin, Montana ("Hardin Facility") to provide energy for operating Bitcoin mining servers.

Specifically, in Oct. 2020, Marathon announced the formation of a joint venture with Beowulf Energy LLC ("Beowulf") purportedly focused on delivering low-cost power to Marathon's Bitcoin mining operations (the "Beowulf Joint Venture"). In connection with that joint venture, Marathon entered into a series of agreements with multiple parties to design and build the Hardin Facility, issuing 6 million shares to the parties of those agreements.

The Complaint alleges that Defendants concealed that the Beowulf Joint Venture, as it related to the Hardin Facility, may have violated U.S. securities laws.

The truth emerged on Nov. 15, 2021, when Marathon announced that it and certain of its executives received a subpoena from the SEC seeking documents and communications concerning the Hardin Facility. The company said, "[w]e understand the SEC may be investigating whether or not there may have been any violations of the federal securities law."

On this news, Marathon's stock price fell $20.52 per share, or 27.03%, in a single trading day.

"We're focused on investors' losses and proving Marathon misled investors about the legality of funding the Hardin Facility," said Reed Kathrein, the Hagens Berman partner leading the investigation.

If you invested in Marathon and have significant losses, or have knowledge that may assist the firm's investigation, click here to discuss your legal rights with Hagens Berman.

  





[About Hagens Berman](#)

Hagens Berman is a national law firm with eight offices in eight cities around the country and over eighty attorneys. The firm represents investors, whistleblowers, workers and consumers in complex litigation. More about the firm and its successes is located at [hbsslaw.com](#). For the latest news visit our [newsroom](#) or follow us on Twitter at [@classactionlaw](#).

Contact:

Reed Kathrein, 844-916-0895

**SOURCE:** Hagens Berman Sobol Shapiro LLP

Related Documents:

- [MARA 2022-02-07 AW](#)

 Back to Newsroom

  

# MARA 6-DAY DEADLINE ALERT: Hagens Berman, National Trial Attorneys, Encourages Marathon Digital Holdings (MARA) Investors with Losses to Contact Firm's Attorneys Before Feb. 15th Deadline in Securities Fraud Suit

San Francisco, California--(Newsfile Corp. - February 9, 2022) - Hagens Berman urges Marathon Digital Holdings, Inc. **(NASDAQ: MARA)** investors with significant losses to submit your losses now (https://www.newsfilecorp.com/redirect/Er5eqSWkAv).

**Class Period**: Oct. 13, 2020 - Nov. 15, 2021
**Lead Plaintiff Deadline:** Feb. 15, 2022
**Visit:** www.hbsslaw.com/investor-fraud/MARA (https://www.newsfilecorp.com/redirect/xOKvphoOYa)
**Contact An Attorney Now:** MARA@hbsslaw.com (mailto:MARA@hbsslaw.com)
**844-916-0895**

**Marathon Digital Holdings, Inc. (MARA) Securities Class Action:**

The litigation arises from Defendants' misleading statements concerning Marathon's plan to build a data management facility in Hardin, Montana ("Hardin Facility") to provide energy for operating Bitcoin mining servers.

Specifically, in Oct. 2020, Marathon announced the formation of a joint venture with Beowulf Energy LLC ("Beowulf") purportedly focused on delivering low-cost power to Marathon's Bitcoin mining operations (the "Beowulf Joint Venture"). In connection with that joint venture, Marathon entered into a series of agreements with multiple parties to design and build the Hardin Facility, issuing 6 million shares to the parties of those agreements.

The Complaint alleges that Defendants concealed that the Beowulf Joint Venture, as it related to the Hardin Facility, may have violated U.S. securities laws.

The truth emerged on Nov. 15, 2021, when Marathon announced that it and certain of its executives received a subpoena from the SEC seeking documents and communications concerning the Hardin Facility. The company said, "[w]e understand the SEC may be investigating whether or not there may have been any violations of the federal securities law."

On this news, Marathon's stock price fell $20.52 per share, or 27.03%, in a single trading day.

"We're focused on investors' losses and proving Marathon misled investors about the legality of funding the Hardin Facility," said Reed Kathrein, the Hagens Berman partner leading the investigation.

If you invested in Marathon and have significant losses, or have knowledge that may assist the firm's investigation, click here to discuss your legal rights with Hagens Berman (https://www.newsfilecorp.com/redirect/7eXykhqzvL).

**Whistleblowers:** Persons with non-public information regarding Marathon should consider their options to help in the investigation or take advantage of the SEC Whistleblower program. Under the new program, whistleblowers who provide original information may receive rewards totaling up to 30 percent of any successful recovery made by the SEC. For more information, call Reed Kathrein at **844-916-0895** or email MARA@hbsslaw.com (mailto:MARA@hbsslaw.com).

# # #

About Hagens Berman (https://www.newsfilecorp.com/redirect/e40QruVgRN)
Hagens Berman is a national law firm with eight offices in eight cities around the country and over eighty attorneys. The firm represents investors, whistleblowers, workers and consumers in complex litigation. More about the firm and its successes is located at hbsslaw.com (https://www.newsfilecorp.com/redirect/8ADyBSwzn7). For the latest news visit our newsroom (https://www.newsfilecorp.com/redirect/y3KJYCvErR) or follow us on Twitter at @classactionlaw (https://www.newsfilecorp.com/redirect/1zYyjSjvq4).

Contact:
Reed Kathrein, 844-916-0895



To view the source version of this press release, please visit https://www.newsfilecorp.com/release/113284 (https://www.newsfilecorp.com/redirect/ABQAYubAn2)



COVID-19 NEWS    SERVICES ⌄    CONTACT US    FRANÇAIS    SIGN IN     REGISTER



# MARA 5-DAY DEADLINE ALERT: Hagens Berman, National Trial Attorneys, Encourages Marathon Digital Holdings (MARA) Investors with Losses to Contact Firm's Attorneys Before Feb. 15th Deadline

February 10, 2022 09:37 ET | Source: Hagens Berman Sobol Shapiro LLP

_____

SAN FRANCISCO, Feb. 10, 2022 (GLOBE NEWSWIRE) -- Hagens Berman urges Marathon Digital Holdings, Inc. (NASDAQ: MARA) investors with significant losses to submit your losses now.

Class Period: Oct. 13, 2020 – Nov. 15, 2021

Lead Plaintiff Deadline: Feb. 15, 2022

Visit: www.hbsslaw.com/investor-fraud/MARA

Contact An Attorney Now: MARA@hbsslaw.com

844-916-0895

Marathon Digital Holdings, Inc. (MARA) Securities Class Action:

The litigation arises from Defendants' misleading statements concerning Marathon's plan to build a data management facility in Hardin, Montana ("Hardin Facility") to provide energy for operating Bitcoin mining servers.

Specifically, in Oct. 2020, Marathon announced the formation of a joint venture with Beowulf Energy LLC ("Beowulf") purportedly focused on delivering low-cost power to Marathon's Bitcoin mining operations (the "Beowulf Joint Venture"). In connection with that joint venture, Marathon



COVID-19
NEWS

SERVICES ⌄

CONTACT
US

FRANÇAIS

SIGN IN

REGISTER



The Complaint alleges that Defendants concealed that the Beowulf Joint Venture, as it related to the Hardin Facility, may have violated U.S. securities laws.

The truth emerged on Nov. 15, 2021, when Marathon announced that it and certain of its executives received a subpoena from the SEC seeking documents and communications concerning the Hardin Facility. The company said, "[w]e understand the SEC may be investigating whether or not there may have been any violations of the federal securities law."

On this news, Marathon's stock price fell $20.52 per share, or 27.03%, in a single trading day.

"We're focused on investors' losses and proving Marathon misled investors about the legality of funding the Hardin Facility," said Reed Kathrein, the Hagens Berman partner leading the investigation.

If you invested in Marathon and have significant losses, or have knowledge that may assist the firm's investigation, click here to discuss your legal rights with Hagens Berman.

Whistleblowers: Persons with non-public information regarding Marathon should consider their options to help in the investigation or take advantage of the SEC Whistleblower program. Under the new program, whistleblowers who provide original information may receive rewards totaling up to 30 percent of any successful recovery made by the SEC. For more information, call Reed Kathrein at 844-916-0895 or email MARA@hbsslaw.com.

About Hagens Berman

Hagens Berman is a national law firm with eight offices in eight cities around the country and over eighty attorneys. The firm represents investors, whistleblowers, workers and consumers in complex litigation. More about the firm and its successes is located at hbsslaw.com. For the latest news visit our newsroom or follow us on Twitter at @classactionlaw.

Contact:

Reed Kathrein, 844-916-0895

 



Mentioned in this Article

# MARA 4-DAY DEADLINE ALERT: Hagens Berman, National Trial Attorneys, Encourages Marathon Digital Holdings (MARA) Investors with Losses to Contact Firm's Attorneys Before Feb. 15th Deadline



Hagens Berman Sobol Shapiro LLP

Friday, February 11, 2022 4:45 PM

Share this article now    

Topic:  Lawsuits

SAN FRANCISCO, CA / ACCESSWIRE / February 11, 2022 / Hagens Berman urges Marathon Digital Holdings, Inc. **(NASDAQ:MARA)** investors with significant losses to submit your losses now.

**Class Period**: Oct. 13, 2020 - Nov. 15, 2021
**Lead Plaintiff Deadline:** Feb. 15, 2022
Visit: www.hbsslaw.com/investor-fraud/MARA
**Contact An Attorney Now:** MARA@hbsslaw.com or 844-916-0895

**Marathon Digital Holdings, Inc. (MARA) Securities Class Action:**

The litigation arises from Defendants' misleading statements concerning Marathon's plan to build a data management facility in Hardin, Montana ("Hardin Facility") to provide energy for operating Bitcoin mining servers.

Specifically, in Oct. 2020, Marathon announced the formation of a joint venture with Beowulf Energy LLC ("Beowulf") purportedly focused on delivering low-cost power to Marathon's Bitcoin mining operations (the "Beowulf Joint Venture"). In connection with that joint venture, Marathon entered into a series of agreements with multiple parties to design and build the Hardin Facility, issuing 6 million shares to the parties of those agreements.

The Complaint alleges that Defendants concealed that the Beowulf Joint Venture, as it related to the Hardin Facility, may have violated U.S. securities laws.

The truth emerged on Nov. 15, 2021, when Marathon announced that it and certain of its executives received a subpoena from the SEC seeking documents and communications concerning the Hardin Facility. The company said, "[w]e understand the SEC may be investigating whether or not there may have been any violations of the federal securities law."

On this news, Marathon's stock price fell $20.52 per share, or 27.03%, in a single trading day.

"We're focused on investors' losses and proving Marathon misled investors about the legality of funding the Hardin Facility," said Reed Kathrein, the Hagens Berman partner leading the investigation.

If you invested in Marathon and have significant losses, or have knowledge that may assist the firm's investigation, click here to discuss your legal rights with Hagens Berman.

**Whistleblowers:** Persons with non-public information regarding Marathon should consider their options to help in the investigation or take advantage of the SEC Whistleblower program. Under the new program, whistleblowers who provide original information may receive rewards totaling up to 30 percent of any successful recovery made by the SEC. For more information, call Reed Kathrein at **844-916-0895** or email MARA@hbsslaw.com.

About Hagens Berman

Drop us a line:    888.952.4446    Email:    Sales    Editorial    Content licensing

Copyright 2022 © ACCESSWIRE. All rights reserved. Privacy Policy  |  Terms and Conditions

  



Tell My Story

Login

<u>Contact:</u>

Reed Kathrein, 844-916-0895

**SOURCE:** Hagens Berman Sobol Shapiro LLP

⟨ Back to Newsroom

Drop us a line:    888.952.4446    Email:    Sales    Editorial    Content licensing

Copyright 2022 © ACCESSWIRE. All rights reserved.    Privacy Policy   |   Terms and Conditions

  

# MARA DEADLINE TOMORROW: Hagens Berman, National Trial Attorneys, Encourages Marathon Digital Holdings (MARA) Investors with Losses to Contact Firm's Attorneys Now

San Francisco, California--(Newsfile Corp. - February 14, 2022) - Hagens Berman urges Marathon Digital Holdings, Inc. **(NASDAQ: MARA)** investors with significant losses to submit your losses now (https://www.newsfilecorp.com/redirect/GOMbVtwg17).

**Class Period:** Oct. 13, 2020 - Nov. 15, 2021
**Lead Plaintiff Deadline:** Feb. 15, 2022
**Visit:** www.hbsslaw.com/investor-fraud/MARA (https://www.newsfilecorp.com/redirect/Qr5bBsnAbB)
**Contact An Attorney Now:** MARA@hbsslaw.com (mailto:MARA@hbsslaw.com)
**844-916-0895**

**Marathon Digital Holdings, Inc. (MARA) Securities Class Action:**

The litigation arises from Defendants' misleading statements concerning Marathon's plan to build a data management facility in Hardin, Montana ("Hardin Facility") to provide energy for operating Bitcoin mining servers.

Specifically, in Oct. 2020, Marathon announced the formation of a joint venture with Beowulf Energy LLC ("Beowulf") purportedly focused on delivering low-cost power to Marathon's Bitcoin mining operations (the "Beowulf Joint Venture"). In connection with that joint venture, Marathon entered into a series of agreements with multiple parties to design and build the Hardin Facility, issuing 6 million shares to the parties of those agreements.

The Complaint alleges that Defendants concealed that the Beowulf Joint Venture, as it related to the Hardin Facility, may have violated U.S. securities laws.

The truth emerged on Nov. 15, 2021, when Marathon announced that it and certain of its executives received a subpoena from the SEC seeking documents and communications concerning the Hardin Facility. The company said, "[w]e understand the SEC may be investigating whether or not there may have been any violations of the federal securities law."

On this news, Marathon's stock price fell $20.52 per share, or 27.03%, in a single trading day.

"We're focused on investors' losses and proving Marathon misled investors about the legality of funding the Hardin Facility," said Reed Kathrein, the Hagens Berman partner leading the investigation.

If you invested in Marathon and have significant losses, or have knowledge that may assist the firm's investigation, click here to discuss your legal rights with Hagens Berman (https://www.newsfilecorp.com/redirect/mo0mzC8nb0).

**Whistleblowers:** Persons with non-public information regarding Marathon should consider their options to help in the investigation or take advantage of the SEC Whistleblower program. Under the new program, whistleblowers who provide original information may receive rewards totaling up to 30 percent of any successful recovery made by the SEC. For more information, call Reed Kathrein at **844-916-0895** or email MARA@hbsslaw.com (mailto:MARA@hbsslaw.com).

# # #

About Hagens Berman (https://www.newsfilecorp.com/redirect/kz0Grcm7yY)
Hagens Berman is a national law firm with eight offices in eight cities around the country and over eighty attorneys. The firm represents investors, whistleblowers, workers and consumers in complex litigation. More about the firm and its successes is located at hbsslaw.com (https://www.newsfilecorp.com/redirect/BNmb1FgKLp). For the latest news visit our newsroom (https://www.newsfilecorp.com/redirect/5p73YiM8v3) or follow us on Twitter at @classactionlaw (https://www.newsfilecorp.com/redirect/L75bJUbWKZ).



To view the source version of this press release, please visit https://www.newsfilecorp.com/release/113733 (https://www.newsfilecorp.com/redirect/oJKB3CrJWG)