# EXHIBIT B





MARA Intraday Price
November 15, 2021