# EXHIBIT C



# Marathon Digital Holdings, Inc.

MARA - NASDAQ

**Institutional Equity Research**

November 16, 2021

## Sell-Off Overdone; Updating Estimates and Reiterate BUY

*After a big run, Marathon sold off hard yesterday, closing down 27%. While there was an SEC investigation in the 10-Q, we think the pullback was more due to the convert which was upsized to $650M. We don't see much risk around the potential securities violation and would use any further weakness as a buying opportunity. MARA's 3Q results showed continued progress and this fresh capital should help the company continue to scale beyond its industry leading 1H22 ramp (+100K rigs). With the stock trading at 9x our updated 2023 adjusted EPS estimate, the risk/reward has improved dramaticly in just 24 hours.*

**Updated Bitcoin Forecast:** We've updated our top down forecast for the Bitcoin network which drives all 6 of our miner models. With Bitcoin holding $60K for the last month, we've raised our BTC forecast. We now assume BTC drops to $45K tomorrow (up from $40K) then slowly recovers, reaching $62K by YE22 and $77K by YE23. However, these higher BTC assumptions are largely offset by our updated hash rate forecast.

**Raising Hash Rate:** The positive impact of the higher BTC assumption is more than offset by our more conservative hash rate assumptions. We thought our original forecast would give us some air cover, but trends over the last month have been worrisome. After a relatively benign September (avg Network 119 vs 121 in August), October rose to 149 and averaged 163 so far in November. With capital raising accelerating and BTC holding $60K, the hash rate should continue to rise. Our updated forecast calls for ~329 by YE22 and 519 by YE23.

**Inline 3Q Results:** We're also updating estimates for Marathon's 3Q results which were largely inline with expectations as slightly lower revs/gross profit was offset by lower core opex.

- **Revenue:** Miss - $51.7M vs $52.1M est. due to average BTC price as MARA had already disclosed 1,252 BTC mined for the quarter. Mining market share rose to 1.46%, up from 0.86% last quarter

- **Gross Profit:** $45.8M vs $46.5M on the slightly lower revenue and lower gross margin (88.5% vs 89.3%). Cost per coin of $4,729 (vs $4,463 est) was still way down from last quarter's $10,694.

- **Adjusted Opex:** Core (ex-SBC) compensation lower than expected ($1.4M vs $3.0M) while G&A was also lower helping non-GAAP opex beat ($3.2M vs $4.9M est). Mgmt indicated it has been doing some hiring some expect expenses to rise from here but scaling should help MARA sustain super-high adjusted EBITDA margins, 82.2% this quarter (vs 79.8% est), up from 68.4% in 2Q.

- **Adjusted Operating Income:** Combined, the lower opex more than offset the gross margin miss as Marathon beat on the bottom line ($42.5M vs $41.5M est) and adjusted EPS $0.42 (vs. $0.41).

### Buy

| Price Target | $65.00 |
|---|---|
| Price (11/2/21) | $55.40 |
| Industry | TECHNOLOGY |

**Valuation & Performance**

| Total Debt/Total Capital | NA |
|---|---|
| Cash per share (10/13/21) | $2.42 |
| BV Per Share (6/30/21) | $5.82 |
| Dividend | $0.00 (0.0%) |
| Return on Equity (T-T-M) | NA |

**Trading Data**

| Shares Outstanding (M) | 99.8 |
|---|---|
| Market Capitalization ($M) | $5,527.7 |
| 52-week range | $2.33 - $83.45 |
| Avg. Volume (3-mth.) (K) | 11,525.9 |

**Christopher Brendler, CFA**
MD, Senior Research Analyst
(410) 369-1179
cbrendler@dadco.com

**Company Description**

Las Vegas, NV –Incorporated in 2010 under the name Verve Ventures, Marathon subsequently changed its name to American Strategic Minerals Corporation and engaged in the exploration and development of uranium and vanadium. A year later, Marathon discontinued its minerals business to purchase real estate properties in Southern California, which was later discontinued as well. Today, Marathon mines Bitcoin at facilities in South Dakota, Montana, and Texas. As of September 2021, Marathon had mined and held 1,758 BTC.

| FY (Dec) | | 2020A | 2021E | Previous | Cons. | 2022E | Previous | Cons. |
|---|---|---|---|---|---|---|---|---|
| **EPS** | Q1 (Mar) | $0.01 | **$0.06A** | - | *$0.06* | **$0.80E** | $1.17 | *$0.69* |
| | Q2 (Jun) | $(0.08) | **$0.21A** | - | *$0.21* | **$1.08E** | $1.50 | *$0.74* |
| | Q3 (Sep) | $(0.02) | **$0.42E** | $0.41 | *$0.43* | **$1.29E** | $1.60 | *$0.79* |
| | Q4 (Dec) | $(0.01) | **$0.63E** | NC | *$0.75* | **$1.44E** | $1.60 | *$0.77* |
| | | $(0.04) | **$1.43E** | $1.42 | *$0.22* | **$4.65E** | $5.90 | *$4.23* |
| *Price/EPS* | | NM | 38.8x | | | 11.9x | | |
| **Revenue** | Q1 (Mar) | $0.6 | **$9.2A** | - | *$9.2* | **$103.4E** | $148.7 | *$157.0* |
| **($M)** | Q2 (Jun) | $0.3 | **$29.3A** | - | *$29.3* | **$144.7E** | $198.6 | *$184.1* |
| | Q3 (Sep) | $0.8 | **$51.7E** | 52.1 | *$67.4* | **$180.9E** | $221.4 | *$197.0* |
| | Q4 (Dec) | $2.6 | **$80.2E** | 80.5 | *$119.1* | **$211.3E** | $231.1 | *$195.9* |
| | | $4.4 | **$170.4E** | $171.1 | *$224.7* | **$640.2E** | $799.8 | *$789.8* |
| *EV/Sales* | | NM | 31.3x | | | 8.3x | | |

### Price Performance

NASDAQ: MARA



Please refer to pages 3 - 4 of this report for detailed disclosure and certification information.

D.A. Davidson & Co. Member SIPC

D.A. Davidson & Co.

**Marathon Digital Earnings Summary**
*$ in millions except where noted*

|  | 3Q20 | 2Q21 | 3Q21 Cons | 3Q21 Davidson | 3Q21 Actual | 2020A | 2021E Prior | 2021E Davidson | 2021E Cons | 2022E Prior | 2022E Davidson | 2022E Cons | 2023E Prior | 2023E Davidson | 2023E Cons |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Mining Metrics** | | | | | | | | | | | | | | | |
| Hashrate | - | 0.2 | | 2.7 | 2.7 | 0.2 | 4.5 | 4.5 | | 15.3 | 15.3 | | 24.3 | 24.3 | |
| BTC Mining Market Share | 0.09% | 0.86% | | 1.46% | 1.46% | 0.06% | 1.15% | 1.10% | | 4.27% | 3.42% | | 5.33% | 4.36% | |
| Sequential Growth | 0.00% | 0.00% | | 1.24% | 1.24% | 0.00% | 0.43% | 0.42% | | 1.13% | 0.91% | | 1.37% | 1.12% | |
| | | | | | | | | | | | | | | | |
| **Non-GAAP Income Statement** | | | | | | | | | | | | | | | |
| Revenue | 0.8 | 29.3 | 51.7 | 52.1 | 51.7 | 4.4 | 173.7 | 170.4 | 224.7 | 674.9 | 640.2 | 789.8 | 1,004.2 | 1,003.4 | 944.2 |
| Cost of Revenue (ex depreciation) | (0.3) | (3.5) | 11.3 | (5.6) | (5.9) | 4.0 | 9.9 | 9.6 | 35.2 | 37.8 | 33.9 | 89.3 | 28.5 | 28.4 | (943.3) |
| **Gross Profit** | **0.5** | **25.8** | **63.0** | **46.5** | **45.8** | **0.3** | **154.0** | **151.0** | **189.5** | **598.0** | **567.2** | **700.5** | **880.3** | **879.5** | **938.4** |
| Non-GAAP Gross Margin | 59.6% | 88.0% | 121.8% | 89.3% | 88.5% | 8.0% | 88.7% | 88.6% | 84.3% | 88.6% | 88.6% | 88.7% | 87.7% | 87.7% | 99.4% |
| Cost per Bitcoin Mined | (4,401) | (5,372) | | (4,463) | (4,729) | | 2,635 | 2,638 | | 2,671 | 2,994 | | 1,631 | 1,989 | |
| | | | | | | | | | | | | | | | |
| Adj Compensation (ex-SBC) | (0.6) | (3.2) | | (3.0) | (1.4) | (2.3) | (7.6) | (7.6) | | (8.1) | (8.1) | | (11.9) | (11.9) | |
| **Adj Operating Income** | **(0.7)** | **20.1** | **43.7** | **41.6** | **42.5** | **(3.6)** | **146.4** | **143.4** | **170.3** | **586.6** | **555.7** | **564.9** | **862.6** | **861.8** | **717.4** |
| Taxes | - | - | | - | - | - | 0.2 | 0.2 | 10.9 | 3.3 | 3.3 | 45.4 | 5.9 | 5.9 | 64.7 |
| Adjusted EBITDA | (0.7) | 20.1 | 43.7 | 41.6 | 42.5 | (3.6) | 139.0 | 136.0 | 181.2 | 589.9 | 559.1 | 610.3 | 868.4 | 867.7 | 782.1 |
| Adj EBITDA Margin | | 68.4% | | 79.8% | 82.2% | -83.7% | 80.0% | 79.8% | 80.7% | 87.4% | 87.3% | 77.3% | 86.5% | 86.5% | 82.8% |
| | | | | | | | | | | | | | | | |
| **Adjusted EPS** | **($0.02)** | **$0.21** | **$ 0.85** | **$ 0.41** | **$ 0.42** | **($0.04)** | **$ 1.46** | **$ 1.43** | **$ 0.82** | **$ 4.91** | **$ 4.65** | **$ 5.21** | **$ 6.19** | **$ 6.18** | **$ 5.52** |

Ending Cash
Ending Crypto

Source: Company data, Factset, and Davidson estimates

Christopher C. Brendler, CFA  443-764-6636

**D.A. Davidson & Co.**
222 SW Columbia Street, Suite 1400 • Portland, Oregon 97201 • (800) 755-7848 • www.davidsoncompanies.com/ecm

Copyright D.A. Davidson & Co., 2021. All rights reserved.

## Potential Risks

***Sensitivity to Crypto Prices:*** A large part of crypto mining is generated from the overall price of BTC and other cryptocurrencies. Given the volatility of digital assets, a crypto winter or large drop in the price of BTC would negatively affect the company's financial health.

***Regulatory Attention:*** Marathon's business model is contingent upon US government accpetance of decentralized finance and cryptocurrency. Although restrictions on Bitcoin and/or mining seem unlikely, there are multiple paths from here.

***Miner Deliveries:*** Marathon's growth outlook is highly dependent on successful delivery and installation of the over 100,000 rigs still on order. If these purchases are not installed in a timely fashion, Marathon's revenue may fall below expectations.

***Hosted Facilities:*** Marathon mines in Montana and Texas through its hosting agreements with Compute North, who agrees to house Marathon miners. In exchange, Marathon provides Compute North with third party hosting fees from its mining revenue. It is possible that this profit sharing system may not sit well with investors.

***Halvening:*** Bitcoin software was preprogrammed to halve the miner reward every four years. Although the reduced supply has tended to drive Bitcoin prices significantly higher, the next halving (~2Q24) may not.

## Required Disclosures

D.A. Davidson & Co, or any of its affiliates, does or seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

D.A. Davidson & Co. is a full service investment firm that provides both brokerage and investment banking services. Christopher Brendler, CFA, the research analyst principally responsible for the preparation of this report has received and is eligible to receive compensation, including bonus compensation, based on D.A. Davidson's overall operating revenues, including revenues generated by its investment banking and institutional equities activities. D.A. Davidson & Co.'s analysts, however, are not directly compensated for involvement in specific investment banking transactions.

I, Christopher Brendler, CFA, attest that (i) all the views expressed in this research report accurately reflect my personal views about the common stock of the subject company, and (ii) no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this report.

**Rating Information**
**D.A. Davidson & Co.'s Institutional Research Rating Scale Definitions** (maintained since October 10, 2017); information regarding our previous definitions is available upon request:
**BUY:** Expected to produce a total return of over 15% on a risk adjusted basis over the next 12-18 months
**NEUTRAL:** Expected to produce a total return of -15% to +15% on a risk adjusted basis over the next 12-18 months
**UNDERPERFORM:** Expected to lose value of over 15% on a risk adjusted basis over the next 12-18 months

| Rating Distribution (as of 9/30/21) | Coverage Universe Distribution | | | Investment Banking Distribution | | |
|---|---|---|---|---|---|---|
| | IR | WMR | Combined | IR | WMR | Combined |
| **BUY (Buy)** | 69% | 89% | 72% | 18% | 0% | 16% |
| **NEUTRAL (Hold)** | 31% | 11% | 28% | 9% | 0% | 8% |
| **UNDERPERFORM (Sell)** | 0% | 0% | 1% | 0% | 0% | 0% |

*IR denotes Institutional Research; WMR denotes Wealth Management Research whose rating scale is Buy/Add, Neutral, Sell/Reduce. Investment Banking Distribution denotes companies from whom D.A. Davidson & Co. has received compensation in the last 12 months.*



Marathon Digital Holdings, Inc. Rating History as of 11/15/2021

**D.A. Davidson & Co.**

Target prices are our Institutional Research Department's evaluation of price potential over the next 12 months, based upon our assessment of future earnings and cash flow, comparable company valuations, growth prospects and other financial criteria. Certain risks may impede achievement of these price targets including, but not limited to, broader market and macroeconomic fluctuations and unforeseen changes in the subject company's fundamentals or business trends.

## Other Disclosures

Information contained herein has been obtained by sources we consider reliable, but is not guaranteed and we are not soliciting any action based upon it. Any opinions expressed are based on our interpretation of data available to us at the time of the original publication of the report. These opinions are subject to change at any time without notice. Investors must bear in mind that inherent in investments are the risks of fluctuating prices and the uncertainties of dividends, rates of return and yield. Investors should also remember that past performance is not necessarily an indicator of future performance and D.A. Davidson & Co. makes no guarantee, express or implied, as to future performance. Investors should note this report was prepared by D.A. Davidson & Co.'s Institutional Research Department for distribution to D.A. Davidson & Co.'s institutional investor clients and assumes a certain level of investment sophistication on the part of the recipient. Readers, who are not institutional investors or other market professionals, should seek the advice of their individual investment advisor for an explanation of this report's contents, and should always seek such advisor's advice before making any investment decisions. Consensus estimates are obtained from Capital IQ. Further information and elaboration will be furnished upon request.