# EXHIBIT D

| Date | Open | High | Low | Close | Adj. Close | Volume |
|---|---|---|---|---|---|---|
| 11/16/21 | 51.33 | 57.68 | 50.77 | 55.37 | 55.37 | 27,102,900 |
| 11/15/21 | 72.59 | 73.5 | 54.65 | 55.4 | 55.4 | 34,932,900 |
| 11/12/21 | 70 | 76.83 | 67.5 | 75.92 | 75.92 | 13,190,200 |