1  James J. Pisanelli, Esq., Bar No. 4027
   Debra L. Spinelli, Esq., Bar No. 9695
2  PISANELLI BICE PLLC
   400 South 7th Street, Suite 300
3  Las Vegas, Nevada  89101
   Telephone:  702.214.2100
4  Facsimile:   702.214.2101
   Email: jjp@pisanellibice.com
5  Email: dls@pisanellibice.com

6  Jonathan D. Polkes, Esq. (*pro hac vice forthcoming*)
   Caroline Hickey Zalka, Esq. (*pro hac vice forthcoming*)
7  WEIL, GOTSHAL & MANGES LLP
   767 Fifth Avenue
8  New York, New York 10153
   Telephone:  212.310.8800
9  Facsimile:   212.310.8007
   Email: Jonathan.Polkes@weil.com
10 Email: Caroline.Zalka@weil.com

11 *Attorneys for Defendants Marathon Digital Holdings, Inc. f/k/a Marathon Patent Group,*
12 *Inc., Merrick D. Okamoto, Frederick G. Thiel, and Simeon Salzman*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TAD SCHLATRE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MARATHON DIGITAL HOLDINGS, INC. f/k/a MARATHON PATENT GROUP, INC., MERRICK D. OKAMOTO, FREDERICK G. THIEL, and SIMEON SALZMAN,<br><br>Defendants. | CASE NO.:  2:21-cv-2209-RFB-NJK<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO THE COMPLAINT AND SET RELATED BRIEFING SCHEDULE**<br><br>**(First Request)** |

WHEREAS, Plaintiff Tad Schlatre commenced the above-captioned action (the "Action") on December 17, 2021, against Defendants Marathon Digital Holdings, Inc. f/k/a Marathon Patent Group, Inc. ("Marathon"), Merrick D. Okamoto, Frederick G. Thiel, and Simeon Salzman (collectively, "Defendants");

1

WHEREAS, Marathon was served with the Class Action Complaint on March 1, 2022;

WHEREAS, Marathon must file and serve an answer or a motion under Rule 12 by March 22, 2022;

WHEREAS, this putative class action asserts federal securities claims arising under the Securities Exchange Act of 1934, which is governed by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4, *et seq.*;

WHEREAS, the PSLRA requires that no later than 20 days after the complaint is filed, the plaintiff must publish a notice advising members of the purported plaintiff class of the pendency of the action, the claims asserted therein, the purported class period, and that not later than 60 days after the date on which the notice is published, any member of the purported class may move the Court to serve as lead plaintiff of the purported class (15 U.S.C. § 78u-4(a)(3)(A));

WHEREAS, the PSLRA provides that following the expiration of the 60-day notice period, the Court will address consolidation of all related actions, the appointment of a lead plaintiff, and the appointment of lead counsel for the purported class (15 U.S.C. § 78u-4(a)(3));

WHEREAS, on February 15, 2022, five movants filed submissions for appointment as lead plaintiff with the Court;

WHEREAS, the parties have conferred and agree that Defendants' obligation to respond to the Complaint filed by Plaintiff Tad Schlatre should be deferred for all Defendants in light of the foregoing;

WHEREAS, the PSLRA provides that all discovery and other proceedings shall be stayed while any motion to dismiss is pending (15 U.S.C. § 78u-4(b)(3)(B));

IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, by and among the undersigned counsel, as follows:

1. The undersigned counsel for Defendants are authorized to and hereby waive service of the summons and the Complaint in the Action on behalf of all Defendants; provided, however, that waiver of service and entry into this stipulation shall not waive or prejudice any, and Defendants expressly preserve all, rights, claims, and defenses including, but not limited to,

all defenses relating to jurisdiction and venue, except a defense as to the sufficiency of service of the summons and Complaint and the form of the summons.

2. Defendants' time to answer, move, or otherwise respond to the *Schlatre* complaint is stayed pending the Court's appointment of a lead plaintiff and lead counsel for the putative class in the Action.

3. Within ten (10) business days of the Court's appointment of a lead plaintiff and lead counsel for the putative class in the Action, counsel for Defendants and appointed lead counsel shall confer regarding a proposed schedule for (i) the lead plaintiff's time to file a consolidated and/or amended complaint, or otherwise designate an operative complaint, and (ii) Defendants' time to answer or otherwise respond to the operative complaint in the Action.

4. Within ten (10) business days thereafter, the parties shall jointly submit their proposed schedule for the Action (through resolution of Defendants' motion to dismiss) to the Court for approval. If the parties cannot agree, the parties shall each submit proposed schedules to the Court for approval.

5. This Stipulation is made in good faith, with good cause, and not for purposes of unduly delaying discovery or trial. This is the parties' first request.

Dated this 16th day of March, 2022.

PISANELLI BICE PLLC

By:   */s/ Debra L. Spinelli*
   James J. Pisanelli, Esq., Bar No, 4027
   Debra L. Spinelli, Esq., Bar No. 9695
   400 South 7th Street, Suite 300
   Las Vegas, Nevada 89101

   Jonathan D. Polkes, Esq.
   (*pro hac vice forthcoming*)
   Caroline Hickey Zalka, Esq.
   (*pro hac vice forthcoming*)
   WEIL, GOTSHAL & MANGES LLP
   767 Fifth Avenue
   New York, New York 10153

*Attorneys for Defendants Marathon Digital Holdings, Inc. f/k/a Marathon Patent Group, Inc., Merrick D. Okamoto, Frederick G. Thiel, and Simeon Salzman*

Dated this 16th day of March, 2022.

MUEHLBAUER LAW OFFICE, LTD.

By:   */s/ Andrew R. Muehlbauer*
   Andrew R. Muehlbauer, Esq., #10161
   7915 West Sahara Avenue, Suite 104
   Las Vegas, Nevada 89117

   POMERANTZ LLP
   Jeremy A. Lieberman, Esq.
   600 Third Avenue, 20th Floor
   New York, New York 10016

*Attorneys for Plaintiff Tad Schlatre*

**ORDER**

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, based on the parties' stipulation, the undersigned counsel for Defendants are authorized to and hereby waive service of the summons and the Complaint in the Action on behalf of all Defendants; provided, however, that waiver of service and entry into this stipulation shall not waive or prejudice any, and Defendants expressly preserve all, rights, claims, and defenses, including, but not limited to, all defenses relating to jurisdiction and venue, except a defense as to the sufficiency of service of the summons and Complaint and the form of the summons.

Defendants' time to answer, move, or otherwise respond to the *Schlatre* complaint is stayed pending the Court's appointment of a lead plaintiff and lead counsel for the putative class in the Action.

Within ten (10) business days of the Court's appointment of a lead plaintiff and lead counsel for the putative class in the Action, counsel for Defendants and appointed lead counsel shall confer regarding a proposed schedule for (i) the lead plaintiff's time to file a consolidated and/or amended complaint, or otherwise designate an operative complaint and (ii) Defendants' time to answer or otherwise respond to the operative complaint in the Action.

Within ten (10) business days thereafter, the parties shall jointly submit their proposed schedule for the Action (through resolution of Defendants' motion to dismiss) to the Court for approval. If the parties cannot agree, the parties shall each submit proposed schedules to the Court for approval.

IT IS SO ORDERED.

_____
United States Magistrate Judge

DATED: March 17, 2022