James J. Pisanelli, Bar No. 4027
Debra L. Spinelli, Bar No. 9695
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: 702.214.2100
Facsimile: 702.214.2101
Email: jjp@pisanellibice.com
Email: dls@pisanellibice.com

Jonathan D. Polkes (*pro hac vice pending*)
Caroline Hickey Zalka (*pro hac vice pending*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: 212.310.8000
Facsimile: 212.310.8007
Email: jonathan.polkes@weil.com
Email: caroline.zalka@weil.com

Attorneys for Defendants Marathon Digital
Holdings, Inc., Merrick D. Okamoto,
Frederick G. Thiel, and Simeon Salzman

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TAD SCHLATRE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MARATHON DIGITAL HOLDINGS, INC. f/k/a MARATHON PATENT GROUP, INC., MERRICK D. OKAMOTO, FREDERICK G. THIEL, and SIMEON SALZMAN,<br><br>Defendants. | CASE NO.: 2:21-cv-02209-RFB-NJK<br><br>**NOTICE OF RELATED CASES PURSUANT TO LR 42-1(a)** |

Pursuant to Local Rule 42-1(a), Defendants hereby provide notice of the following related case: *Kimberly Bernard v. Fred Thiel, Georges Antoun, Kevin DeNuccio, Sarita James, Jay Leupp, Said Ouissal, Merrick D. Okamoto, Simeon Salzman, and Nominal Defendant Marathon Digital Holdings, Inc.*, Case No. 2:22-cv-305-JAD-VCF (the "Derivative Action").

The instant Securities Class Action and the Derivative Action concern allegations against, or purportedly derivatively on behalf of, Defendant/Nominal Defendant Marathon Digital Holdings, Inc. ("Marathon") and directors and/or officers of Marathon. The complaints in both

1

actions contain allegations stemming from the same events: Marathon's announcement in October 2020 that it had entered into a venture with Beowulf Energy LLC to operate a Bitcoin mining data center in Hardin, Montana. On November 15, 2021, Marathon disclosed its receipt of a subpoena from the Securities and Exchange Commission related to its venture with Beowulf. Plaintiff filed the complaint in the instant Securities Class Action on December 17, 2021, alleging that Marathon violated the federal securities laws by not disclosing regulatory issues raised by the venture in October 2020, and the complaint in the Derivative Action, which is based on the allegations in the Securities Class Action, followed on February 18, 2022. As a result, both actions involve similar questions of fact, although different questions of law, and assignment to the same judge would be desirable.

DATED this 7th day of April 2022.

PISANELLI BICE PLLC

By: _/s/ Debra L. Spinelli_
James J. Pisanelli, Bar No. 4027
Debra L. Spinelli, Bar No. 9695
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101

Jonathan D. Polkes
(*pro hac vice pending*)
Caroline Hickey Zalka
(*pro hac vice pending*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153

Attorneys for Defendants Marathon Digital Holdings, Inc., Merrick D. Okamoto, Frederick G. Thiel, and Simeon Salzman

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of Pisanelli Bice PLLC, and that on this 7th day of April 2022, I caused to be served via the Court's CM/ECF program true and correct copies of the above and foregoing **NOTICE OF RELATED CASES PURSUANT TO LR 42-1(a)** to all parties via electronic service.

*/s/ Kimberly Peets*
An employee of Pisanelli Bice PLLC