| | |
|---|---|
| 1 | James J. Pisanelli, Bar No. 4027 |
| 2 | Debra L. Spinelli, Bar No. 9695<br>PISANELLI BICE PLLC |
| 3 | 400 South 7th Street, Suite 300<br>Las Vegas, Nevada 89101 |
| 4 | Telephone: 702.214.2100<br>Facsimile: 702.214.2101 |
| 5 | Email: jjp@pisanellibice.com<br>Email: dls@pisanellibice.com |
| 6 | Jonathan D. Polkes (*pro hac vice pending*) |
| 7 | Caroline Hickey Zalka (*pro hac vice pending*)<br>WEIL, GOTSHAL & MANGES LLP |
| 8 | 767 Fifth Avenue<br>New York, New York 10153 |
| 9 | Telephone: 212.310.8000<br>Facsimile: 212.310.8007 |
| 10 | Email: jonathan.polkes@weil.com<br>Email: caroline.zalka@weil.com |
| 11 | Attorneys for Defendants Marathon Digital |
| 12 | Holdings, Inc., Merrick D. Okamoto,<br>Frederick G. Thiel, and Simeon Salzman |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TAD SCHLATRE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MARATHON DIGITAL HOLDINGS, INC. f/k/a MARATHON PATENT GROUP, INC., MERRICK D. OKAMOTO, FREDERICK G. THIEL, and SIMEON SALZMAN,<br><br>Defendants. | CASE NO.: 2:21-cv-02209-RFB-NJK<br><br>**DEFENDANTS' CORPORATE DISCLOSURE STATEMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 7.1-1** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1-1, the undersigned attorney of record for Defendants certifies that there are no known interested parties other than those participating in the case.

These representations are made to enable judges of the court to evaluate possible disqualifications or recusal.

1

1   DATED this 7th day of April, 2022.

PISANELLI BICE PLLC

By:   */s/ Debra L. Spinelli*
James J. Pisanelli, Bar No. 4027
Debra L. Spinelli, Bar No. 9695
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101

Jonathan D. Polkes
(*pro hac vice pending*)
Caroline Hickey Zalka
(*pro hac vice pending*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153

Attorneys for Defendants Marathon Digital Holdings, Inc., Merrick D. Okamoto, Frederick G. Thiel, and Simeon Salzman

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of Pisanelli Bice PLLC, and that on this 7th day of April, 2022, I caused to be served via the Court's CM/ECF program true and correct copies of the above and foregoing **DEFENDANTS' CORPORATE DISCLOSURE STATEMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 7.1-1** to all parties via electronic service.

          */s/ Kimberly Peets*
An employee of Pisanelli Bice PLLC