1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

TAD SCHLATRE, Individually and on
Behalf of All Others Similarly Situated

           Plaintiff(s),

       vs.

MARATHON DIGITAL HOLDINGS, INC.
f/k/a MARATHON PATENT GROUP,
INC., *et al.*

           Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case # 2:21-cv-02209

**VERIFIED PETITION FOR
PERMISSION TO PRACTICE
IN THIS CASE ONLY BY
ATTORNEY NOT ADMITTED
TO THE BAR OF THIS COURT
AND DESIGNATION OF
LOCAL COUNSEL**

FILING FEE IS $250.00

           Jonathan D. Polkes      , Petitioner, respectfully represents to the Court:
           (name of petitioner)

      1.     That Petitioner is an attorney at law and a member of the law firm of

           Weil, Gotshal & Manges LLP
           (firm name)

with offices at            767 Fifth Avenue           ,
           (street address)

     New York     ,     New York     ,    10153   ,
      (city)           (state)        (zip code)

    212-310-8881     ,   jonathan.polkes@weil.com   .
   (area code + telephone number)      (Email address)

      2.     That Petitioner has been retained personally or as a member of the law firm by

         all defendants         to provide legal representation in connection with
         [client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3.    That since _____09/30/1985_____, Petitioner has been and presently is a
                                    (date)
member in good standing of the bar of the highest Court of the State of _____New York_____
                                                                              (state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or

from the clerk of the supreme court or highest admitting court of each state, territory, or insular

possession of the United States in which the applicant has been admitted to practice law certifying

the applicant's membership therein is in good standing.

4.    That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| See Ex. A | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5.    That there are or have been no disciplinary proceedings instituted against petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

None.

Rev. 5/16

6.    That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

None.

7.    That Petitioner is a member of good standing in the following Bar Associations.

Federal Bar Council

8.    Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None. | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.    Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.    Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

11.    Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF _____New York_____ )
                                 )
COUNTY OF _____New York_____ )

_____Jonathan Polkes_____ , Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__22__ day of __March__ , __2022__ .

_____
Notary Public or Clerk of Court

MARY PAUL
Notary Public, State of New York
No. 24-4895779
Qualified in Kings County
Commission Expires June 22, 2023

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____James Pisanelli_____ ,
                                                                                              (name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____Pisanelli Bice, PLLC 400 South 7th St., Suite 300_____ ,
                              (street address)

_____Las Vegas_____ , _____Nevada_____ , __89101__ ,
        (city)                    (state)            (zip code)

_____702-214-2100_____ , _____jjp@pisanellibice.com_____ .
(area code + telephone number)            (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____James Pisanelli_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

_____
Jim Crawford, COO, Marathon Digital Holdings, Inc.
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

4027                        jjp@pisanellibice.com
_____
Bar number                 Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL (Continued)**

The undersigned parties appoint James Pisanelli as their Designated Resident Nevada Counsel in this case.

_____
(signature)

**Fred Thiel, CEO & Chairman, Marathon**
(type or print party name, title)

_____
(signature)

**Simeon Salzman, CAO, Marathon**
(type or print party name, title)

_____
(signature)

**Merrick D. Okamoto, former CEO & Chairman, Marathon**
(type or print party name, title)

_____
(signature)

(type or print party name, title)

_____
(signature)

(type or print party name, title)

_____
(signature)

(type or print party name, title)

_____
(signature)

(type or print party name, title)

_____
(signature)

(type or print party name, title)

6

1    **APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL (Continued)**

2        The undersigned parties appoint James Pisanelli as their Designated Resident Nevada

3    Counsel in this case.

4

_____
(signature)

5    **Fred Thiel, CEO & Chairman, Marathon**
(type or print party name, title)

6

7    *Simeon Salzman*

_____
(signature)

8    **Simeon Salzman, CAO, Marathon**
(type or print party name, title)

9

10

_____
(signature)

11    **Merrick D. Okamoto, former CEO & Chairman, Marathon**
(type or print party name, title)

12

13

14

_____
(signature)

15    _____
(type or print party name, title)

16

17

_____
(signature)

18    _____
(type or print party name, title)

19

20

_____
(signature)

21    _____
(type or print party name, title)

22

23

_____
(signature)

24    _____
(type or print party name, title)

25

26

_____
(signature)

27    _____
(type or print party name, title)

28

6

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL (Continued)**

The undersigned parties appoint James Pisanelli as their Designated Resident Nevada Counsel in this case.

_____
(signature)
**Fred Thiel, CEO & Chairman, Marathon**
(type or print party name, title)

_____
(signature)
**Simeon Salzman, CAO, Marathon**
(type or print party name, title)

_____
(signature)
**Merrick D. Okamoto, former CEO & Chairman, Marathon**
(type or print party name, title)

_____
(signature)
_____
(type or print party name, title)

_____
(signature)
_____
(type or print party name, title)

_____
(signature)
_____
(type or print party name, title)

_____
(signature)
_____
(type or print party name, title)

_____
(signature)
_____
(type or print party name, title)

6

# Exhibit A

# Bar Admissions

**Exhibit A**

| Court | Date Admitted | Bar Number |
|---|---|---|
| New York State Supreme Court, Appellate Division, First Department | 09/30/1985 | 2015527 |
| U.S. District Court, S.D.N.Y. | 04/11/1989 | JP4265 |
| U.S. District Court, E.D.N.Y. | 08/28/1990 | JP4265 |
| U.S. District Court, D. Col. | 01/09/2008 | No such number assigned |
| Court of Appeals for the Second Circuit | 03/10/2022 | No such number assigned |
| Court of Appeals for the Fourth Circuit | 03/25/2010 | No such number assigned |
| Court of Appeals for the Tenth Circuit | 09/29/2010 | No such number assigned |
| Court of Appeals for the Fifth Circuit | 11/29/2011 | No such number assigned |
| Court of Appeals for the Ninth Circuit | 04/10/2019 | No such number assigned |

# Exhibit B

# Certificate of Good Standing



*Appellate Division of the Supreme Court*
*of the State of New York*
*First Judicial Department*

———————

I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that

## Jonathan D. Polkes

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **September 30, 1985,** has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of New York on March 11, 2022.

*Clerk of the Court*

*CertID-00057309*



# Supreme Court of the State of New York
## Appellate Division, First Department

ROLANDO T. ACOSTA
PRESIDING JUSTICE

SUSANNA MOLINA ROJAS
CLERK OF THE COURT

MARGARET SOWAH
DEPUTY CLERK OF THE COURT

To Whom It May Concern

      An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

      An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

      New York State does not register attorneys as active or inactive.

      An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the First Judicial Department.

      Bar examination history is available from the New York State Board of Law Examiners.

      Instructions, forms and links are available on this Court's website.

Susanna Rojas
Clerk of the Court

Revised October 2020

27 MADISON AVENUE    NEW YORK, NEW YORK 10010-2201
TEL.: (212) 340 0400    INTERNET: WWW.NYCOURTS.GOV/COURTS/AD1/