**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

Tad Schlatre, Individually and on Behalf of All Others Similarly Situated,

          Plaintiff(s),

vs.

Marathon Digital Holdings, Inc. et al.

          Defendant(s).

Case # 2:21-cv-02209-RFB-NJK

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

      Charles H. Linehan      , Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

Glancy Prongay & Murray LLP
(firm name)

with offices at    195 Century Park East, Suite 2100   ,
(street address)

  Los Angeles  ,   California  ,   90067  ,
(city)               (state)          (zip code)

  (310) 201-9150  ,   clinehan@glancylaw.com  .
(area code + telephone number)   (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

  Lead Plaintiff Movant Pathma Venasithamby   to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since December 5, 2015 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of California (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Supreme Court of California | December 5, 2015 | 307439 |
| U.S. Court of Appeals, Second Circuit | June 6, 2019 | N/A |
| U.S. Court of Appeals, Third Circuit | October 3, 2016 | 16-3607 |
| U.S. Court of Appeals, Ninth Circuit | December 10, 2015 | N/A |
| U.S.D.C., Northern District of California | December 30, 2015 | N/A |
| U.S.D.C., Central District of California | December 15, 2015 | N/A |
|  |  |  |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

None.

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| August 4, 2020 | 2:20-cv-01209 | U.S.D.C., District of Nevada | Granted |
| August 26, 2021 | 2:21-cv-01517 | U.S.D.C., District of Nevada | Granted |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ____California____ )
)
COUNTY OF ____Los Angeles____ )

____Charles H. Linehan____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__1st__ day of __September__, __2022__.

_____
Notary Public or Clerk of Court

HARRY H. KHARADJIAN
Notary Public - California
Los Angeles County
Commission # 2275532
My Comm. Expires Jan 19, 2023

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate __Andrew R. Muehlbauer, Esq.__,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

____7915 West Sahara Avenue, Suite 104____,
(street address)

____Las Vegas____, ____Nevada____, ____89117____,
(city)           (state)           (zip code)

____(702) 330-4505____, ____andrew@mlolegal.com____.
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Andrew R. Muehlbauer, Esq._____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

*Pathma Venasithamby*
(party's signature)

Lead Plaintiff Movant Pathma Venasithamby
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

*[signature]*
Designated Resident Nevada Counsel's signature

10161                    andrew@mlolegal.com
Bar number               Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16



# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### <u>CHARLES HENRY LINEHAN</u>

I, JORGE E. NAVARRETE, Clerk of the Supreme Court of the State of California, do hereby certify that CHARLES HENRY LINEHAN, #307439, was on the 5th day of December, 2015, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

Witness my hand and the seal of the court on the 3rd day of August 2022.

JORGE E. NAVARRETE
*Clerk of the Supreme Court*

By: _____
Biying Jia Assistant Deputy Clerk