1

2

3

4

5

6

7

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

8

9

TAC SCHLARTE, Individually and on
Behalf of all others similarly situated

10             Plaintiff(s),

11       vs.

12   MARATHON DIGITAL HOLDINGS, INC.

13

14             Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case #2:21-cv-02209-RFB-NJK

**VERIFIED PETITION FOR
PERMISSION TO PRACTICE
IN THIS CASE ONLY BY
ATTORNEY NOT ADMITTED
TO THE BAR OF THIS COURT
AND DESIGNATION OF
LOCAL COUNSEL**

FILING FEE IS $250.00

15

16      _____Adam M. Apton_____, Petitioner, respectfully represents to the Court:
            (name of petitioner)

17

18      1.    That Petitioner is an attorney at law and a member of the law firm of

19      _____Levi & Korinsky, LLP_____
                                    (firm name)

20   with offices at _____55 Broadway, 10th Floor_____,
                                    (street address)

21
22      _____New York_____, _____New York_____, ____10006____,
                 (city)                    (state)              (zip code)

23      _____212.363.7500_____, _____aapton@zlk.com_____.
         (area code + telephone number)      (Email address)

24

25      2.    That Petitioner has been retained personally or as a member of the law firm by

26      _____Corey Wiedel_____ to provide legal representation in connection with
                 [client(s)]

27   the above-entitled case now pending before this Court.

28

Rev. 5/16

3.    That since ___January 27, 2010___, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of ___New York___
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or

from the clerk of the supreme court or highest admitting court of each state, territory, or insular

possession of the United States in which the applicant has been admitted to practice law certifying

the applicant's membership therein is in good standing.

4.    That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|-------|---------------|------------|
| See Addendum | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5.    That there are or have been no disciplinary proceedings instituted against petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6.      That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

None.

7.      That Petitioner is a member of good standing in the following Bar Associations.

None.

8.      Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None. | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.      Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.     Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

11.     Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF _____Connecticut_____ )
                                 )
COUNTY OF _____Fairfield_____ )

_____Adam M. Apton_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

6th day of September , 2022 .

_____
Notary Public or Clerk of Court   Commissioner of the Superior Court

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____David C. O'Mara, Esq._____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____311 E. Liberty Street_____,
(street address)

_____Reno_____, _____Nevada_____, _____89501_____,
(city)                    (state)                    (zip code)

_____775.323.1321_____, _____david@omaralaw.net_____.
(area code + telephone number)          (Email address)

4

Rev. 5/16

1  By this designation the petitioner and undersigned party(ies) agree that this designation constitutes

2  agreement and authorization for the designated resident admitted counsel to sign stipulations

3  binding on all of us.

4

5  ## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

6

7  The undersigned party(ies) appoint(s) _____ David C. O'Mara, Esq. _____ as

8  his/her/their Designated Resident Nevada Counsel in this case.

(name of local counsel)

9

10  *Cory J. Wiedel*
Cory J. Wiedel (Sep 6, 2022 09:40 CDT)
_____
(party's signature)

11

12  Cory Wiedel, Lead Plaintiff Movant
_____
(type or print party name, title)

13

14  _____
(party's signature)

15

16  _____
(type or print party name, title)

17  ## CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

18

19

20  _____
Designated Resident Nevada Counsel's signature

21  08599                          david@omaralaw.net
_____
Bar number                    Email address

22

23  APPROVED:

24  Dated: this _____ day of _____, 20___.

25

26  _____
UNITED STATES DISTRICT JUDGE

27

28
5

Rev. 5/16



*Appellate Division of the Supreme Court*
*of the State of New York*
*Second Judicial Department*

_____

I, *Maria T. Fasulo*, *Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that*

## Adam Marc Apton

*was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on* **January 27, 2010**, *has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.*



*In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on September 6, 2022.*

*Maria T. Fasulo*

*Clerk of the Court*

*CertID-00081751*

## ADDENDUM TO APPLICATION FOR ADMISSION

| Court Name | Admission Date | Bar No. |
|---|---|---|
| State of New York | 1/27/10 | 4759841 |
| U.S.D.C., Southern District of New York | 2/23/10 | AS8383 |
| U.S.D.C., Eastern District of New York | 3/8/10 | |
| District of Columbia   - Certificate Pending | 12/9/13 | 1017720 |
| U.S.C.A., Ninth Circuit | 7/22/15 | |
| U.S.C.A., Second Circuit | 1/8/16 | |
| U.S.C.A., Third Circuit | 6/2/16 | |
| State of California   - Certificate Pending | 11/27/17 | 316506 |
| U.S.D.C., Central District of California | 12/8/17 | |
| U.S.D.C., Northern District of California | 12/8/17 | |
| U.S.D.C., Southern District of California | 12/11/17 | |
| U.S.D.C., District of Colorado | 7/26/18 | |
| State of New Jersey   - Certificate Pending | 9/25/20 | 330152020 |
| U.S.D.C., District of New Jersey | 11/17/20 | |
| U.S.C.A., First Circuit | 1/4/22 | 1199969 |