John P. Aldrich, Esq. (Resident Counsel)
Nevada State Bar #6877
Aldrich Law Firm, Ltd.
7866 West Sahara Ave.
Las Vegas, NV 89117
Tel: (702) 853-5490
jaldrich@johnaldrichlawfirm.com

*Liaison Counsel for*
*Lead Plaintiff Carlos Marina*

Reed R. Kathrein (to be admitted *pro hac vice*)
Lucas E. Gilmore (admitted *pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

*Attorneys for*
*Lead Plaintiff Carlos Marina*

[Additional counsel on signature page]

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| TAD SCHLATRE, Individually and On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MARATHON DIGITAL HOLDINGS, INC., f/k/a MARATHON PATENT GROUP, INC., MERRICK D. OKAMOTO, FREDERICK G. THIEL, and SIMEON SALZMAN,<br><br>Defendants. | Case No.: 2:21-cv-02209-RFB-NJK<br><br><u>CLASS ACTION</u><br><br>**LEAD PLAINTIFF CARLOS MARINA'S MOTION FOR ORDER EXTENDING DEADLINES ON FILING OF THE AMENDED COMPLAINT AND BRIEFING ON DEFENDANTS' RESPONSIVE PLEADINGS**<br><br>**LR IA 6-1**<br>**First Extension Request** |

1  Pursuant to LR IA 6-1, Lead Plaintiff Carlos Marina respectfully requests that the Court enter an Order: (i) extending the deadline for Lead Plaintiff to file his amended complaint; and (ii) establishing a briefing schedule on Defendants' anticipated motion to dismiss the amended complaint as to which the parties have agreed.  Defendants take no position on this motion.  This is the first requested extension to the above-referenced deadlines.  Lead Plaintiff submits that the requested relief is reasonable and will cause no prejudice to any party or undue delay.

By way of background, on December 17, 2021, plaintiff Tad Schlatre ("Schlatre") initiated this securities fraud class action governed by the Private Securities Litigation Reform Act ("PSLRA"). ECF No. 1. Under the PSLRA, discovery is generally stayed pending resolution of any motion to dismiss. *See* 15 U.S.C. § 78u-4(b)(3)(B).

On March 17, 2022, the Court entered an Order granting plaintiff Schlatre's and Defendants' stipulation relieving Defendants from responding to the initial complaint until after the appointment of Lead Plaintiff and Lead Counsel.  ECF No. 25.  Instead, the Court ordered that: (1) Defendants' counsel and appointed lead counsel shall meet and confer on the deadline to file the amended complaint and Defendants' deadline to respond within ten (10) business days of the Court's appointment of a lead plaintiff and lead counsel; and (2) a briefing schedule shall be submitted within ten (10) business days after the parties met and conferred on said deadlines. ECF No. 25.

On September 7, 2022, the Court held a hearing on the competing lead plaintiff motions and entered an order granting Carlos Marina's motion for appointment as Lead Plaintiff and approving his selection of Hagens Berman as lead counsel, and Aldrich Law Firm, Ltd. as liaison counsel. ECF No. 46.  At the hearing, the Court directed Lead Counsel to meet and confer with Defendants' counsel and submit a briefing schedule for the filing of an amended complaint and the briefing on Defendants' motion to dismiss within two weeks of the hearing.  The Court stated that the transcript of the lead plaintiff motion hearing shall serve as the Opinion and Order of the Court. ECF No. 46.

|   |   |
|---|---|
| 1 | On September 7, 2022, the Court entered a Minute Order, ruling that the deadline for the filing of the amended complaint is due two weeks from September 7, 2022 (i.e., September 21, 2022). ECF No. 46. |

Lead Counsel is diligently preparing an amended complaint, which allegations will be more expansive than those in the original complaint filed by Schlatre, as is customary in securities class actions governed by the Private Securities Litigation Reform Act ("PSLRA"). Prior to doing so, extensive investigation will be needed to prepare a sufficiently detailed amended complaint for this securities fraud class action which requires particularized pleading to satisfy the PSLRA's heightened pleading standards. Accordingly, Lead Plaintiff respectfully requests that the Court set the date to file the amended complaint to October 21, 2022. To put this request into context, the time between the appointment of lead plaintiff and submission of the consolidated complaint – 44 days – is shorter than the deadline set in other recent securities fraud cases in this District. *See, e.g.*, *Luo v. Spectrum Pharm., Inc., et al.*, Case No. 2:21-cv-01612, ECF. No. 35 (D. Nev. Mar. 2, 2022) (allowing court appointed lead plaintiff 60 days to file amended complaint following appointment); *Sieggreen v. Live Ventures Inc., et al.*, Case No. 2:21-cv-01517, ECF No 11, 19 (D. Nev. 2021) (allowing court appointed lead plaintiff 60 days to file amended complaint following appointment and further extending deadline for lead plaintiff to file amended complaint in light of parallel Securities Exchange Commission case relevant to preparation of the amended complaint); *The Daniels Family Revocable Trust v. Las Vegas Sands Corp., et al.*, Case No. 2:20-cv-01958, ECF No. 25 (D. Nev. Jan. 26, 2021) (allowing court appointed lead plaintiff 62 days to file amended complaint following appointment).

In addition, the parties also propose deadlines for the filing of Defendants' responsive pleadings and briefing on any motion to dismiss, as set forth below:

1. Defendants' responsive pleadings – December 6, 2022.
2. Lead Plaintiff's opposition to any motion to dismiss – January 20, 2023.
3. Defendants' reply in support of any motion to dismiss – February 17, 2023.

**CONCLUSION**

Lead Plaintiff thus respectfully requests that the Court enter the attached [Proposed] Order.

DATED: September 12, 2022        HAGENS BERMAN SOBOL SHAPIRO LLP

By     */s/ Lucas E. Gilmore*
Lucas E. Gilmore (admitted *pro hac vice*)
Reed R. Kathrein (to be admitted *pro hac vice*
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

Steve W. Berman (to be admitted *pro hac vice)*
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

*Attorneys for Lead Plaintiff*
*Carlos Marina and Lead Counsel*

John P. Aldrich, Esq.
NV Bar No. 6877
ALDRICH LAW FIRM, LTD
7866 West Sahara Ave.
Las Vegas NV 89117
Tel. 702.853.5490
Fax. 702.227.1975
Email: jaldrich@johnaldrichlawfirm.com

*Liaison Counsel for Lead Plaintiff*
*Carlos Marina*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 12, 2022, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the email addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List.

                            **HAGENS BERMAN SOBOL SHAPIRO LLP**

                              /s/ *Lucas E. Gilmore*
                            Lucas E. Gilmore