**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| TAD SCHLATRE, Individually and On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MARATHON DIGITAL HOLDINGS, INC., f/k/a MARATHON PATENT GROUP, INC., MERRICK D. OKAMOTO, FREDERICK G. THIEL, and SIMEON SALZMAN,<br><br>Defendants. | Case No.: 2:21-cv-02209-RFB-NJK<br><br><u>CLASS ACTION</u><br><br>**[PROPOSED] ORDER GRANTING LEAD PLAINTIFF CARLOS MARINA'S MOTION FOR ORDER EXTENDING DEADLINES ON FILING OF THE AMENDED COMPLAINT AND BRIEFING ON DEFENDANTS' RESPONSIVE PLEADINGS** |

010468-11 721114V1

Upon consideration of Lead Plaintiff Carlos Marina's Motion for Order Extending Deadlines on Filing of the Amended Complaint and Briefing on Defendants' Responsive Pleadings and good cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED;

1. Lead Plaintiff shall file an amended complaint on October 21, 2022;

2. Defendants shall file their motion to dismiss by December 6, 2022;

3. Lead Plaintiff shall file any opposition to any motion to dismiss by January 20, 2023.

4. Defendants shall file any reply in support of any motion to dismiss by February 17, 2023.

IT IS SO ORDERED.

DATED: _____

_____
THE HONORABLE RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Submitted by:

Dated: September 12, 2022

HAGENS BERMAN SOBOL SHAPIRO LLP

By   /s/ Lucas E. Gilmore

Lucas E. Gilmore (admitted *pro hac vice*)
Reed R. Kathrein (to be admitted *pro hac vice*)
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

Steve W. Berman (to be admitted *pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

[PROP.] ORDER GRANTING MOT. EXTENDING DEADLINES
Case No. 2:21-cv-02209-RFB-NJK
010468-11 721114V1

- 1 -

*Attorneys for Lead Plaintiff*
*Carlos Marina and Lead Counsel*

John P. Aldrich, Esq.
NV Bar No. 6877
ALDRICH LAW FIRM, LTD
7866 West Sahara Ave.
Las Vegas NV 89117
Tel. 702.853.5490
Fax. 702.227.1975
Email: jaldrich@johnaldrichlawfirm.com

*Liaison Counsel for Lead Plaintiff*
*Carlos Marina*